# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

JEFFREY DALE GRANTHAM,     *
     *
     Plaintiff,      *      CIVIL ACTION NO.: 2:19-cv-65
     *
     v.      *
     *
CSX TRANSPORTATION, INC., et al.,    *
     *
     Defendants.      *

## O R D E R

This matter is before the Court on the parties' Proposed Pretrial Order. Dkt. No. 83. Specifically, Defendants and Plaintiff objected to a number of each other's respective deposition designations. Id. at 15–25. So that the Court may resolve these Objections the Court **ORDERS** the parties to file the deposition transcripts of Brian Murray, Rebecca Gardner, Gus Thoele, Macon Jones, and James Turner with the Court **within 14 days of this Order**. Additionally, the Court **ORDERS** the parties to file any desired responses to an opposing party's Objections within **14 days of this Order**.

**SO ORDERED**, this ___2___ day of ___August___, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)