

**Page 1**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JEFFERY DALE GRANTHAM,

    Plaintiff,

vs.         CIVIL ACTION NO.

CSX TRANSPORTATION, INC., a    2:19-cv-65
corporation, BRIAN MURRAY;
REBECCA GARDNER; and GUS
THOELE,
    Defendants.

VIDEOTAPED DEPOSITION OF
BRIAN MURRAY
May 4, 2021
Commencing at 10:57 a.m.
Concluding at 2:52 p.m.

Hall, Bloch, Garland & Meyer, LLP

577 Mulberry Street, Suite 1500

Macon, Georgia 31208-5088

Reported by: Janet S. Paris, CCR B-1835

Videotaped by: Andrew Brooks

**Page 2**

1  APPEARANCES OF COUNSEL:
2  On Behalf of the Plaintiff:
3  F. TUCKER BURGE, SR., Esq.
   Burge & Burge, P.C.
4  2001 Park Place #1350
   Birmingham, Alabama 35203
5  205.251.9000
   Tucker@burge-law.com
6
   On Behalf of the Defendants:
7
   WALKER STEWART, Esq.
8  Hall, Bloch, Garland & Meyer, LLP
   577 Mulberry Street, Suite 1500
9  P.O. Box 5088
   Macon, Georgia 31208-5088
10  478.745.1625
   Walkerstewart@hbgm.com
11
   Also Present:
12
   ANDREW BROOKS, Videographer
13  Legal Video Matters
14
15
16
17
18
19
20
21
22
23
24
25

**Page 3**

1  INDEX OF EXAMINATIONS
2  WITNESS: BRIAN MURRAY
3         Page
4  Cross-Examination by Mr. Burge   6
5
6        - - -
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1       INDEX OF EXHIBITS
2  Number   Description     Page
3  P-1   Notice of Deposition   9
4  P-2   Carrier Exhibit, 7/26/17   31
5  P-3   7/10/17 CSX Letter to J.D. Grantham   35
6  P-4   Carrier Exhibit, 7/9/17   36
7  P-5   Investigative Hearing Transcript   67
8  P-6   7/26/17 E-mail from Brian Murray to   82
     Gus Thoele
9
   P-7   7/26/17 E-mail from Ryan Bartram to   83
10     Brian Murray
11  P-8   6/30/17 E-mail from Brian Murray to   84
     Gus Thoele
12
   P-9   7/26/17 E-mail from Brian Murray to   84
13     Rebecca Gardner
14  P-10   7/26/17 E-mail from Gus Thoele to   85
     Brian Murray with attached statement
15
   P-11   7/9/17 E-mail from Field Administration   88
16     to B. Murray, R. Gardner, M. Houck
17  P-12   7/26/17 E-mail from Gus Thoele to   89
     Brian Murray with attached statement
18
   P-13   7/26/17 E-mail from Brian Murray to   96
19     Drew Hale
20  P-14   7/27/17 CSX Police Department Incident   101
     Report #17072273
21
   P-15   7/28/17 CSX Letter to J.D. Grantham   107
22
   P-16   7/27/17 Handwritten Statement of   109
23     Chad Moore
24
25

Brian Murray                                                    5/4/2021

Page 5

1    THE VIDEOGRAPHER: This is the video
2  deposition of Brian Murray in the matter of
3  Jeffery Grantham vs. CSX Transportation, Inc.,
4  Brian Murray, Rebecca Gardner and Gus Thoele,
5  being held on May the 4th, 2021, at 11:00 a.m. at
6  Hall Bloch Garland and Meyer on 577 Mulberry
7  Street in Macon, Georgia. My name is Andrew
8  Brooks. I am the videographer. The court
9  reporter is Jan Paris. Would the attorneys please
10  introduce themselves, after which the witness will
11  be sworn in.
12    MR. BURGE: This is Tucker Burge on behalf
13  of Jeffery Grantham.
14    MR. STEWART: This is Walker Stewart on
15  behalf of the defendants.
16                  * * *
17
18
19
20
21
22
23
24
25

Page 6

1             BRIAN MURRAY,
2    having been produced and first duly sworn,
3             testified as follows:
4             CROSS-EXAMINATION
5  BY MR. BURGE:
6    Q  Will you tell us your full name, please, sir.
7    A  Brian Russell Murray.
8    Q  What's your home address?
9    A  200 Tidwell Road, Bonaire, Georgia 31005.
10    Q  By whom are you employed?
11    A  CSX Transportation.
12    Q  Do you know Jeffery Dale Grantham?
13    A  I do.
14    Q  Did you used to be one of Jeff Grantham's bosses
15  at CSX?
16    A  Yes, I was his supervisor.
17    Q  Were you one of his bosses in the summer of
18  2017?
19    A  I was.
20    Q  Did you put in a formal assessment accusing Jeff
21  Grantham of violating CSX Rule 104.1 when performing the
22  outbound inspection and Class 1 brake test on train Q25130
23  on June 30, 2017?
24    A  I did.
25    Q  And you testified as the charging officer at the

Page 7

1  formal disciplinary hearing convened against Mr. Grantham
2  for that accusation?
3    A  Correct. I did.
4    Q  And that was on, that hearing was convened on
5  July 27, 2017?
6    A  Correct.
7    Q  Did you report Jeff Grantham a day earlier for
8  making disrespectful comments during the morning safety
9  hookup call on July 26, 2017?
10    A  I did.
11    Q  Were you on that call?
12    A  I was.
13    Q  And you attributed some comments about a clown
14  and juggler to Jeff Grantham.
15    A  I don't -- I attributed them?
16    Q  Yes. You said that you said Jeff Grantham said
17  those comments.
18    A  I did. You're right.
19    Q  You were notified to be available to be a
20  company witness at the formal disciplinary hearing that was
21  convened against Mr. Grantham for that clown comment on
22  August 2nd of 2017.
23    A  That's correct.
24    Q  You're aware that Jeff Grantham was removed from
25  service by CSX after the formal disciplinary hearing on

Page 8

1  July 27th, 2017?
2    A  I'm aware of that, yes.
3    Q  And that the railroad police were called to
4  escort him off the property on that date?
5    A  I'm not familiar with that, no.
6    Q  You're the one who requested that the railroad
7  police be present when Jeff Grantham was removed from
8  service on July 27, 2017; isn't that true?
9    A  That is correct, but the police never made
10  presence and escorted him off the property.
11    Q  So you called for the police but you're saying
12  they didn't arrive?
13    A  They were standing by if needed.
14    Q  You understood that Jeff Grantham, you
15  understand now that Jeff Grantham is claiming that he was a
16  victim of unlawful retaliation in violation of certain
17  employee protections contained in the Federal Railroad
18  Safety Act?
19    A  I'm familiar with his claims, yes.
20    Q  And you're aware that you're a party to that
21  lawsuit?
22    A  Yes.
23    Q  You're also aware that you have been designated
24  to testify on behalf of the railroad on a number of topics?
25    A  Correct.

2  (Pages 5 to 8)

Brian Murray                                                    5/4/2021

Page 9

1  Q   And you've agreed to do that?
2  A   Yes, sir.
3  Q   Okay.  I'm going to be first asking you some
4  questions just about your personal knowledge about these
5  events and your personal involvement in these events and
6  then we're going to turn to the topics.
7  A   Okay.
8       (Whereupon, Plaintiff's Exhibit No. 1
9        was marked for identification.)
10 Q   Let me show you what's been marked as
11 Plaintiff's Exhibit 1, which is just a copy of the
12 deposition notice for CSX with those topics.  Have you had
13 an opportunity to review that document?
14 A   Yes, I have.
15 Q   And have you prepared yourself to testify on
16 certain topics?
17 A   Yes, sir.
18 Q   Can you tell me what topics those are?
19 A   As far as personal are for CSX?
20 Q   The ones that you are designated to testify
21 about CSX on.
22 A   Number 1, number 2, number 3.  Number 4 says
23 that, you know, we've agreed to forego this topic.  Number
24 5, number 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18,
25 19.  Let's see.  I'm not sure about 20.  Yeah, 20, yes.

Page 10

1  21, 22 said the plaintiff agrees to withdraw this topic.
2  And 24, is that mine or is that --
3       MR. STEWART:  Yes.
4       THE WITNESS:  That's mine.  25, I think.
5  Yeah.  26, and that's it.
6       MR. STEWART:  Tucker, if I may, 20 and 22 is
7  not one that Brian, that we have designated Brian
8  on, so he said those.  But I believe the other
9  ones are correct per the e-mails that we've
10 exchanged.
11      MR. BURGE:  20 and 22 are not?
12      MR. STEWART:  Are not Brian.  And then per
13 our agreement going back, y'all had agreed with
14 topics 6, 7, 15, 16, and 17, that those would be
15 deemed covered by production of the yard operating
16 plan spreadsheets.  He can answer questions about
17 those generally, but that was what we discussed
18 back in January when we discussed these topics.
19      MR. BURGE:  Okay.
20      MR. STEWART:  And confirmed by e-mails.
21 BY MR. BURGE:
22 Q   What have you done to prepare yourself to
23 testify today?
24 A   I've read over what your, the matters of
25 examination, and I have talked with my representing

Page 11

1  attorney.
2  Q   Have you reviewed any materials?
3  A   Just our yard operating plan, stuff like that.
4  Q   What other stuff like that?
5  A   Well, just our yard operating plan and MTI
6  forms.
7  Q   And what does MTI stand for?
8  A   Mechanical Training Inspection.
9  Q   And based on your preparations do you feel like
10 you're adequately prepared to testify fully about CSX's
11 corporate knowledge on the topics that you were designated
12 to testify on?
13 A   I do.
14 Q   Turning to your background, what is your date of
15 birth?
16 A   ▮▮▮▮▮ 1975.
17 Q   Where were you born?
18 A   Alma, Georgia.
19 Q   Where did you grow up?
20 A   Appling County.
21 Q   Do you have any relatives by blood or marriage
22 in any of the following counties in Georgia?  Atkinson,
23 Bacon, Brantley, Charlton, Coffee, Pierce, or Ware?
24 A   No.
25 Q   Tell us about your education.

Page 12

1  A   I graduated Appling County High School in 1994.
2  Q   Do you have any education past that?
3  A   No.
4  Q   Do you have any military service?
5  A   I do not.
6  Q   What did you begin doing for work after
7  graduating from high school?
8  A   Highway construction.
9  Q   How long did you do that?
10 A   Until I was middle thirties, I guess you would
11 say.  Yeah.
12 Q   What is your cell phone number?
13 A   478-365-5112.
14 Q   Was that your cell phone number in 2017?
15 A   Yes.
16 Q   Who was your provider?
17 A   Verizon.
18 Q   Have you ever been a party to a lawsuit other
19 than this one?
20 A   No, sir.
21 Q   Do you have any experience testifying other than
22 this case and the last time I took your deposition in a
23 personal injury case?
24 A   I've gave several depositions for CSX, yes.
25 Q   In what kinds of cases?

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Brian Murray                                                    5/4/2021

## Page 13

1    A   Injury cases.
2    Q   Are these cases in which you were a supervisor
3  called by CSX to testify on its behalf?
4    A   Yes.
5    Q   Have you ever testified against CSX?
6    A   No.
7    Q   When and where were you hired by CSX
8  Transportation?
9    A   I was hired in January 2010 at the Baltimore
10 coal piers in Maryland.
11   Q   What was your job?
12   A   I hired on as a heavy equipment operator and was
13 promoted to machinist.
14   Q   What department is that?
15   A   It's mechanical.
16   Q   Did you have any connection to Baltimore,
17 Maryland before going to work for CSX at that location?
18   A   No.
19   Q   How long did you work as a heavy equipment
20 operator and later a machinist in Baltimore, Maryland for
21 CSX?
22   A   Two years.
23   Q   Then what did you do?
24   A   I took a job as an assistant general foreman in
25 Cleveland, Ohio.

## Page 14

1    Q   Is the job of an assistant general foreman your
2  first step into management?
3    A   Correct.
4    Q   And have you been a member of CSX management
5  ever since?
6    A   Yes.
7    Q   And so you entered CSX management somewhere
8  around 2012?
9    A   Yes, sir.
10   Q   As an assistant general foreman, were you over
11 carmen and car inspectors?
12   A   Yes.
13   Q   Did you have any prior railroad experience
14 before going to work for CSX Transportation?
15   A   No.
16   Q   Did you have any experience working or
17 maintaining railroad cars or railroad equipment before
18 going to work for CSX Transportation?
19   A   No.
20   Q   You told us that you were an assistant general
21 foreman in Cleveland beginning somewhere around 2012.  Take
22 us chronologically through the positions that you've held
23 since that time and the places that you've worked.
24   A   After Cleveland I was brought to Waycross as a
25 general foreman in 2013.  I was there until I was promoted

## Page 15

1  to senior general foreman.  I want to think that was 2015.
2  I believe that's right, 2014 or 2015, as a senior general
3  foreman.  And in 2019 I was hired as a trainmaster on the
4  Fitzgerald subdivision for the transportation department.
5    Q   Is that the position you hold at this time?
6    A   Yes, sir.
7    Q   As a general foreman and senior general foreman
8  in Waycross from sometime around 2013 through 2019, did you
9  supervise the carmen and car inspectors?
10   A   I did.
11   Q   Have you ever been a -- have you ever trained or
12 worked as a carman or car inspector?
13   A   I've never worked at a car inspector.  I took
14 the same classes as far as their power brake laws and car
15 repair procedures.
16   Q   Now, carmen and car inspectors, of course, have
17 to complete an apprenticeship program that will last up to
18 two years or longer, correct?
19   A   Correct.
20   Q   Have you done that?
21   A   No.
22   Q   Have you ever clocked in and actually worked as
23 a carman or as --
24   A   No.
25   Q   -- a car inspector?

## Page 16

1    A   No, sir.
2    Q   Now you are a trainmaster.  That's in a
3  different department, correct?
4    A   Correct.  That's with transportation.
5    Q   And so you were supervising the personnel who
6  operate trains and take them from point A to point B?
7    A   Correct.
8    Q   And the personnel who are working in rail yards
9  to assemble trains?
10   A   Correct.
11   Q   And have you ever worked as a locomotive
12 engineer or a conductor?
13   A   No.
14   Q   Are you certified as a locomotive engineer or
15 conductor?
16   A   I'm a certified conductor.
17   Q   That job doesn't take an apprenticeship program,
18 doesn't require an apprenticeship like a carman or car
19 inspector does?
20   A   Correct.
21   Q   In Waycross, what was the difference between, in
22 terms of your responsibilities, from when you were a
23 general foreman and when you were a senior general foreman?
24   A   Senior general foreman, I was oversight of the
25 general foremen.  The general foremen are over the yard

4  (Pages 13 to 16)

Brian Murray                                              5/4/2021

Page 17

1    operations to assist the carmen any way they can, make
2    plans for the shop, just whatever I could do to help the
3    guys get their jobs done.
4        Q   At the time of you putting in these disciplinary
5    charges against Jeff Grantham in 2017, you were already the
6    senior general foreman?
7        A   Yes, sir.
8        Q   And as a senior general foreman in Waycross,
9    were you responsible for productivity?
10       A   Yes, sir, I was, you know, to oversee the
11   general foremen, the carmen, the shop, to make sure trains
12   got out on time, cars were repaired correctly, handled
13   derailments.
14       Q   Did you evaluate such things as shop
15   efficiencies?
16       A   Yes.
17       Q   Seeing that bad order cars or bad order car
18   counts remained at a manageable level?
19       A   That could vary depending on the amount of
20   traffic that comes in, but we just made sure that the
21   carmen worked safely and efficiently in the shop.
22       Q   Did, as a senior general foreman you mentioned
23   that you were supervising general foremen.  How many
24   general foremen did you have on each shift?
25       A   One.

Page 18

1        Q   And how many senior general foremen did you have
2    on each shift?
3        A   Whenever I was there.  It's just whenever I was
4    there.  I was the only senior general foreman.
5        Q   So if a general foreman had a question, he would
6    go to you?
7        A   Yes, sir.
8        Q   And if you had a question you would go to the
9    mechanical terminal superintendent?
10       A   Correct.
11       Q   And during the time that you were the senior
12   general foreman from 2015 through 2019, the senior general
13   foremen were Rebecca Gardner and John Andrews?
14       A   They were the mechanical superintendents, yes.
15       Q   Okay.
16       A   Yeah.
17       Q   In addition to having some supervisory authority
18   over general foremen and carmen and car inspectors, did you
19   also communicate with the lead man on the shifts?
20       A   I did from time to time, yes, sir.
21       Q   And were you aware that the lead men on the
22   shifts in Waycross were communicating with the carmen and
23   car inspectors to tell them what work he wanted performed
24   and what tracks were ready to be inspected?
25       A   Yes, sir.

Page 19

1        Q   And the lead man was the person during the time
2    that you were the senior general foreman who would
3    designate which carmen would work which track?
4        A   Yes, sir.
5        Q   You mentioned some training that you had in
6    power brake laws.  Was that management training?
7        A   No, sir.  That was the same, the same training
8    that the crafts got.
9        Q   Did you, when you became a manager, did you
10   undergo any specialized training in management?
11       A   Not that I can, I mean, we went through some
12   training, you know, as far as our power brake law with
13   carmen.  I'm trying to think of what else.  We went through
14   a lot of different training, rules test, stuff like that.
15       Q   On how to perform operating, operations testing?
16       A   Yes, sir.
17       Q   Did you, we mentioned the power brake law.  Did
18   you have training on performing in the requirements, the
19   federal law requirements for Class 1 brake tests?
20       A   Yes.
21       Q   But your duties have never included actually
22   performing Class 1 brake tests on outbound trains yourself?
23       A   Correct.
24       Q   You've supervised the carmen and the car
25   inspectors who CSX has designated to perform those tasks?

Page 20

1        A   Correct.
2        Q   As part of your management training, did -- have
3    you been trained about the employee protections or the
4    anti-retaliation protections that employees have --
5        A   Yes.
6        Q   -- under the Federal Railroad Safety Act?
7        A   Yes.
8        Q   You understood that back when you were the
9    senior general foreman in 2017 that you could not retaliate
10   against an employee for refusing to violate federal law?
11       A   Correct.
12       Q   And you knew that the bad ordering cars that had
13   inoperative brakes that are discovered during the Class 1
14   brake test is required by federal law?
15       A   That's correct.
16       Q   You knew that reporting hazardous equipment is a
17   protected activity that an employee cannot be retaliated
18   against?
19       A   Correct.
20       Q   And you knew that reporting cars in outbound
21   trains with inoperative brakes was a hazardous condition
22   that needed to be reported?
23       A   Correct.
24       Q   And you knew that refusing to allow equipment,
25   safety equipment to be used when you are an inspector and

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Brian Murray                                                      5/4/2021

| Page 21 |
| --- |

1   discover it to be in a hazardous condition is a protected
2   activity under the act?
3       A    What kind of equipment are you referring to?
4       Q    In this case, rail cars and outbound trains.
5       A    Yes.
6       Q    Brakes?
7       A    That's correct.
8       Q    And based on your Class 1 brake test training,
9   you understood that the brakes on every rail car in a train
10  have to function properly in order to satisfy those
11  requirements?
12      A    When leaving an originating terminal, yes.
13      Q    And the Q trains, for example, Q455, Q251, the
14  ones that depart Waycross each day, are leaving a terminal?
15      A    Correct.
16      Q    And they have to have functioning brakes
17  throughout the train, a hundred percent brakes, to satisfy
18  the requirements of a Class 1 brake test?
19      A    Correct.
20      Q    If CSX or a car inspector allow an outbound
21  train to leave without one hundred percent brakes, then
22  they are violating federal law?
23      A    Correct.
24      Q    And are subject to fines or penalties?
25      A    Correct.

| Page 22 |
| --- |

1       Q    So outbound car inspectors are required to
2   report every single car they find that does not satisfy the
3   Class 1 brake test requirements?
4       A    Correct.
5       Q    And that's for safety reasons?
6       A    Yes.
7       Q    For public safety we don't want trains to be out
8   there that have brake problems.
9       A    Correct.
10      Q    Because not having operative brakes on a train
11  could result in an accident?
12      A    Correct.
13      Q    A derailment?
14      A    Uh-huh, correct.
15      Q    When a train crew for an outbound train learns
16  that there are cars with inoperative brakes that have been
17  discovered on the Class 1 brake test, what do they have to
18  do before leaving the yard?
19      A    They have to set those cars out.
20      Q    Meaning that they have to uncouple that car from
21  the train and shove it into some other track?
22      A    Correct.
23      Q    And when cars with brake defects are discovered
24  in the forwarding yards, where are those cars set out in
25  Waycross?

| Page 23 |
| --- |

1       A    Most of the time they are set out in Z09 on the
2   north side.  On the south side they are set off in any
3   available open track on the south side, whatever is the
4   easiest and safest route.
5       Q    And the more cars that are in bad order status
6   for brake defects that have to be set out, the longer it's
7   going to take unless they are all coupled together?
8       A    Naturally, yes.
9       Q    Now, after the train crew has set out those cars
10  that had brake problems, unsafe brakes, is another test
11  required?
12      A    A Class 3 brake test, yes.
13      Q    Is that sometimes called a roll by test?
14      A    No, sir.  A Class 3 is when your train is one
15  hundred percent built as it's going to roll out, they have
16  to do a Class 3, which is basically a set and release to
17  make sure the brakes apply on the rear car and release on
18  the rear car.  And then after that is completed they can do
19  a roll by inspection.
20      Q    Does having to set out rail cars with
21  nonoperative brakes, can that delay train departures?
22      A    Yes.
23      Q    That's one of the causes for a train departure?
24      A    Correct.
25      Q    Or a delay of a train departure.

| Page 24 |
| --- |

1           And did you know when you were initiating the
2   disciplinary charges against Jeff Grantham for a train
3   delay on June 30, 2017, that the train crew for that train
4   had to set out four bad order cars?
5       A    Yes.
6       Q    And did you know that them having to do so would
7   have the effect of delaying that train's departure from
8   Waycross?
9       A    Yes, to a certain extent.
10      Q    Did you ever quantify how long the train crew
11  having to set out those cars for the defective brakes
12  delayed the train departure of Q25130 on June 30, 2017?
13      A    No.  I didn't do a stop watch on it, no.
14      Q    Did you continue, did you watch them do it?
15      A    No.
16      Q    Is it correct that outbound car inspectors have
17  no control over the condition of the cars that are put into
18  the forwarding yard?
19      A    Correct, to a certain extent.  If it came into
20  the inbound yard, they are inspected on the inbound yard as
21  well by a car inspector.  You know, once they go into the
22  bowl, you know, they could come back out built a whole
23  different train.  So there's defects that could arise out
24  of the bowl, yes.
25      Q    But as far as the condition of cars when they

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Brian Murray                                                5/4/2021

Page 25

1    are put into a forwarding track to be inspected by an
2    outbound car inspector, that inspector doesn't have any
3    control over the condition of the car when it's brought
4    into that track, correct?
5        A    Correct.
6        Q    You mentioned inbound inspections.  Is it
7    correct that at Waycross when a train arrives that it is
8    placed in a receiving track?
9        A    Correct.
10       Q    And in that receiving track they are supposed to
11   be inspected by inbound car inspectors?
12       A    Correct.
13       Q    Both sides of the train?
14       A    Yes.
15       Q    And they are looking for mechanical problems,
16   safety problems, safety appliance issues?
17       A    Correct.
18       Q    And then after if, well, if they discover any,
19   they are supposed to put bad order tags on both sides,
20   notify the lead man of the bad order, and input the bad
21   order condition into the MTI handheld device that they are
22   issued?
23       A    Yes.  There's, you know, at one point in time
24   they had to call the lead man to advise him of the bad
25   order in the inbound train.  I think during this time

Page 26

1    everyone had handheld devices to enter it themselves.  But
2    to your question, yes, some of them would call the lead man
3    if they did not have the handheld and some would enter them
4    into their handheld and not contact the lead man.
5        Q    If I'm an inbound car inspector and I put it
6    into the MTI handheld and I don't contact the lead man, how
7    do the lead man and general foremen and senior general
8    foremen know that I've discovered a bad order car?
9        A    You can look in your mechanical train inspection
10   site and it shows you the car that's bad ordered and what
11   it was bad ordered for and what time it was bad ordered.
12       Q    So there is a computer program that allows lead
13   men, general foremen and the senior general foremen to
14   track bad orders as they are put in?
15       A    Yes.
16       Q    And that was true back in June of 2017?
17       A    Yes, sir.
18       Q    And would that be part of your responsibilities
19   as a senior general foreman, to track bad orders that are
20   put in, be periodically monitoring this computer program?
21       A    Maybe once a day if you get around to it, yes,
22   sir.
23       Q    If a train has had the brakes cut out for a
24   defect that is discovered on the line of road before it
25   arrives in Waycross and a striped bad order tag is put on

Page 27

1    that railcar, what should happen to that railcar when it
2    arrives in the receiving yard in Waycross?
3        A    If it's not already in what we call BOI status,
4    bad order inbound status, the car inspectors on the inbound
5    would see the tags, know what it's for, the description
6    wrote on those striped tags and would place it in the BOS,
7    which is bad order shop.
8        Q    Something should be done with a car that comes
9    in with a striped tag and the brakes cut out when it
10   arrives in Waycross, correct?
11       A    Correct.
12       Q    And if nothing is done in the receiving yard and
13   that car is humped, should somebody discover the striped
14   tag at that point during the humping process?
15       A    That's really not what we call pin pullers to
16   hump operators.  They are not really looking for tags
17   because they should be scanning by that time on the AEI
18   tags on side of the cars.  It would tell them if it's a bad
19   order or not bad order.
20       Q    And if the inbound inspector does not address
21   the bad order car that comes into Waycross with the brakes
22   cut out and the hump personnel do not discover that car
23   during the humping process, is there anyone else who would
24   have an opportunity to discover this bad order car before
25   it was put in as part of a train in the forwarding yard?

Page 28

1        A    No, sir.
2        Q    If things are working correctly and people are
3    doing their jobs correctly, then outbound inspectors should
4    not find striped tags for road defects for bad order brakes
5    in the outbound trains?
6        A    Correct.
7        Q    On June 30th of 2017, what shift were you
8    working?
9        A    First.
10       Q    Is that the shift that you worked that whole
11   summer during that time?
12       A    I would come in at different times.  I'm sure I
13   was there most of the time on first shift, but I was there
14   also on second and third at different times.
15       Q    And did you have an office?
16       A    Yes.
17       Q    Where was your office located?
18       A    At the car shop.
19       Q    Near Rebecca Gardner's?
20       A    Yes.
21       Q    Do you recall whether she was there on June 30th
22   of 2017?
23       A    I can't say for sure if she was there or not,
24   you know.
25       Q    At the beginning of each shift is there a

7  (Pages 25 to 28)

Brian Murray                                                    5/4/2021

Page 29

1   morning safety call with all of the carmen personnel?
2       A   Correct.
3       Q   Where do the carmen personnel report for work in
4   Waycross?
5       A   Your shop personnel reports to the shop.  Your R
6   yard then was reporting to the R yard building.  A group
7   was reporting to what we refer to as the middle trailer and
8   other carmen reported to the B tower at the time.
9       Q   Did the morning safety briefings occur in person
10  or were they conducted over the phone?
11      A   It was all dial-in over the phone.
12      Q   Was that always true while you worked in
13  Waycross?
14      A   Yes.
15      Q   Who was the general foreman on the shift of
16  June 30, 2017?
17      A   I think it was Harold Long.  I believe that's
18  right.
19      Q   Jeff Grantham was one of the outbound car
20  inspectors for that shift?
21      A   Correct.
22      Q   And outbound car inspectors usually work in
23  teams of three; is that correct?
24      A   Yes, for the most part.
25      Q   And in June of 2017, Mr. Grantham had been

Page 30

1   working with Ryan Bartram and Eddie Teston?
2       A   Correct.
3       Q   Was Mr. Teston working on June 30, 2017?
4       A   No, he was not.
5       Q   Why not?
6       A   He was on a vacation day.
7       Q   And was he on vacation that whole week?
8       A   I don't recall.
9       Q   Did CSX fill the vacancy created by Eddie Teston
10  being off on vacation?
11      A   Not that specific job, no.
12      Q   So the work that would normally be performed by
13  three men, Teston, Bartram and Grantham, on June 30th was
14  going to be performed by two, that's Jeff Grantham and Ryan
15  Bartram?
16      A   That's the two that showed up at B Tower.  If
17  need be they could send more people from the north side to
18  help them.
19      Q   CSX could have filled the vacancy created by
20  Eddie Teston's absence on June 30, 2017 if it wanted to?
21      A   If there was a need for it, yes.
22      Q   And who back in June of 2017 would do that?
23  Would it be the senior general foreman, somebody higher
24  than him, somebody lower than him?
25      A   It was up to the general foreman of the prior

Page 31

1   shift or the senior general from the prior shift.
2   Whichever one was working the shift prior would look at the
3   numbers of the amount of cars that was projected to be
4   spotted to be worked and that's how the manpower was
5   figured.
6       Q   So who made the decision in this case not to
7   fill the vacancy created by Eddie Teston's vacation for the
8   first shift on June 30, 2017?
9       A   I would have to go back and look and see what
10  foreman was working that night.
11      Q   Is the answer you just don't know?
12      A   Yeah.
13          (Whereupon, Plaintiff's Exhibit No. 2 was marked
14          for identification.)
15      Q   Mr. Murray, let me hand you what has been marked
16  as Exhibit 2, which -- and just tell me what that is.
17      A   It is an MTI print off of the Q455 Class 1 brake
18  test.
19      Q   Is this the inspection record for train Q45530
20  in track F13 for June 30th of 2017?
21      A   Correct.
22      Q   And who performed the outbound inspection and
23  Class 1 brake test for that train on that date?
24      A   Jeff Grantham and Ryan Bartram.
25      Q   And together how many railcars did Jeff Grantham

Page 32

1   and Ryan Bartram inspect for hump damage and perform a
2   Class 1 brake test on?
3       A   On this one it shows 23 cars and special
4   instructions would be 1 through 132 cars, so 132 cars.
5       Q   So together Jeff Grantham and Ryan Bartram
6   inspected both sides of 132 cars for hump damage, coupled
7   the air between 132 cars, and performed a Class 1 brake
8   test?
9       A   They did a Class 1 brake test, yes.
10      Q   And they did all these things.  Correct?
11      A   Correct.  They laced the air hoses and done a
12  brake test.
13      Q   And inspected both sides for hump damage?
14      A   They inspected both sides for operating brakes,
15  yes.
16      Q   Are you saying they did not inspect for hump
17  damage?
18      A   Outbound inspectors are only required to a 232
19  unless something just sticks out obviously to, you know,
20  damage.
21      Q   And do you inspect, do you expect those outbound
22  inspectors to notice these defects from hump damage?
23      A   Yes.
24      Q   Can you tell how long it took Jeff Grantham and
25  Ryan Bartram to inspect the 132 cars of train Q45530 on

Brian Murray                                          5/4/2021

Page 33

1    June 30th of 2017?
2        A    Their flag on time was 08:35.  Work completed
3    time was 11:01.
4        Q    So that's what, 2 hours and 26 minutes?
5        A    Yes.
6        Q    So two men took two hours and 26 minutes to
7    perform the inspection on 132 cars, correct?
8        A    Correct.
9        Q    Did you have any complaints about how long it
10   took Mr. Bartram and Jeff Grantham working together to
11   inspect and test Q45530 that day?
12       A    No.
13       Q    Shortly after noon on June 30th of 2017, did
14   Ryan Bartram leave?
15       A    Yes.
16       Q    Who allowed Ryan Bartram to leave to attend to a
17   family matter?
18       A    I did.
19       Q    So we have Eddie Teston is on vacation, right?
20       A    Correct.
21       Q    And Ryan Bartram has left at noon?
22       A    Correct.
23       Q    So who is left over there?
24       A    Jeff Grantham until I called Ryan Bartram and
25   Robert King to go assist him.

Page 34

1        Q    I believe you said Ryan Bartram.  You didn't
2    call Ryan Bartram --
3        A    Not Ryan.  I'm talking about Brett Hickcox.  I'm
4    sorry.
5        Q    So the person who was left when Ryan Bartram had
6    to go take care of a family matter there at the time he
7    left was Jeff Grantham?
8        A    Correct.
9        Q    And because you let Ryan Bartram leave during
10   the shift, someone else had to complete the roll by
11   inspection that Mr. Bartram had begun for train Q45530?
12       A    Correct.
13       Q    Who completed the roll by inspection that
14   Bartram had begun for that train?
15       A    Mr. Grantham.
16       Q    Was that necessary for Jeff Grantham to complete
17   that roll by inspection?
18       A    Yes.
19       Q    And did he, Mr. Grantham, perform that roll by
20   inspection roughly from noon to 12:35 that day?
21       A    Roughly, yes.
22       Q    And if we look at the last page of Exhibit 2,
23   can we tell when, the time of day that Mr. Grantham
24   completed the roll by inspection?
25       A    Yes.  That's 12:35 was the time entered.

Page 35

1        Q    So for roughly 30 minutes Mr. Grantham was
2    involved in performing the roll by inspection or completing
3    the roll by inspection that Ryan Bartram had begun on Q455?
4        A    Yes.
5        Q    What was the train that Jeff Grantham inspected
6    and brake tested after he completed that roll by
7    inspection?
8        A    The Q251.
9        Q    And that's the train that you brought
10   disciplinary charges against him for failing to perform in
11   a reasonable amount of time?
12       A    Correct.
13            (Whereupon, Plaintiff's Exhibit No. 3 was
14            marked for identification.)
15       Q    Let me show you what I've marked as Exhibit 3.
16   Can you confirm that that is a charge letter relating to
17   the disciplinary accusations that you made against Jeff
18   Grantham for that day?
19       A    Correct.
20       Q    Now, the charge letter says that the employee
21   could select a waiver; is that right?
22       A    Correct.
23       Q    And if he selected a waiver, what would happen
24   to him?
25       A    He would be -- he wouldn't miss any work and a

Page 36

1    letter would be put in his file.
2        Q    A formal reprimand?
3        A    Yes.
4        Q    And Mr. Grantham did not accept the waiver, did
5    he?
6        A    Correct.
7        Q    Mr. Grantham did not believe he had done
8    anything wrong, correct?
9            MR. STEWART:  Object to form.
10           THE WITNESS:  Correct.
11   BY MR. BURGE:
12       Q    And you knew that because Mr. Grantham did not
13   accept responsibility for the accusations made against him
14   for not completing his work in a reasonable amount of time,
15   that you were going to have to go in to testify at a
16   hearing on July the 27th of 2017?
17       A    Correct.
18       Q    Now, turning back to the inspection of the Q251
19   on June 30th of 2017, is Exhibit 4 a copy of the MTI
20   inspection record for that train?
21       A    Uh-huh (affirmatively).  I'm sorry?
22       Q    Is that, Exhibit 4 the MTI inspection record
23   for train Q251 on June 30, 2017?
24       A    Correct.
25       Q    It's the MTI inspection record for the train

Brian Murray                                          5/4/2021

## Page 37

1  that Jeff Grantham was accused by you of not inspecting in
2  a reasonable amount of time, correct?
3      A   Correct.
4      Q   Now, looking at this record, can you tell us
5  what track Q251 was in that day?
6      A   F11.
7      Q   Is that in the south forwarding yard?
8      A   That's correct.
9      Q   Can you tell us how many railcars there were in
10 this train?
11     A   Cars 1 through 130, so 130.
12     Q   130 cars in Q251.  That's two fewer than had
13 been in Q455, correct?
14     A   Correct.
15     Q   And Q455, again, is the one that Ryan Bartram
16 and Jeff Grantham inspected and tested together?
17     A   Correct.
18     Q   What time did the blue flags go up for the
19 inspection of 251?
20     A   11:30.
21     Q   Is that when the inspection began?
22     A   According to the time he entered, yes.
23     Q   And when did the inspection end?
24     A   Work completed time is 14:30.
25     Q   So it would be 2:30 in the afternoon, correct?

## Page 38

1      A   Correct.
2      Q   So the blue flags were up for the inspection of
3  this train for a total of three hours?
4      A   Correct.
5      Q   Now, during that three hours, we know that for
6  30 minutes or thereabout, Mr. Grantham was having to
7  complete the roll by inspection of Q455 because you had
8  allowed Mr. Bartram to leave early?
9      A   Correct.
10     Q   Now, it was necessary for the outbound
11 inspection and testing of Q251 to buckle the air hoses
12 between all those 130 cars, correct?
13     A   Correct.
14     Q   And that has to be done.  That's necessary in
15 order to have brakes?
16     A   Correct.
17     Q   It's necessary in order to perform a Class 1
18 brake test?
19     A   Correct.
20     Q   And who buckled train Q251?
21     A   Mr. Grantham.
22     Q   By himself?
23     A   Correct.
24     Q   And were both sides of this train inspected?
25     A   Yes.

## Page 39

1      Q   Who inspected both sides of this train?
2      A   Mr. Grantham.
3      Q   Was it necessary to apply an end of train device
4  in order to perform a Class 1 brake test?
5      A   Yes.
6      Q   Who applied the end of train device?
7      A   Mr. Grantham.
8      Q   Was it necessary to apply the yard air?
9      A   I believe this one had locomotives hooked to it.
10     Q   Do you know if the locomotives were present the
11 entire time?
12     A   No.  No, they were not.
13     Q   If the locomotives were not present the entire
14 time, was it necessary for the yard air to be applied?
15     A   Yes.
16     Q   Who performed the Class 1 brake test for this
17 train?
18     A   Mr. Grantham.
19     Q   By himself?
20     A   Appears so.  Mr. Bartram had left.
21     Q   We've talked about the equipment.  And on the
22 Exhibit 4 we can see that, how many cars were found to have
23 brake problems?
24     A   Yes.
25     Q   How many?

## Page 40

1      A   Four.
2      Q   And because of the inoperable brakes on these
3  cars was it necessary for these cars to be put in bad order
4  status?
5      A   Yes.
6      Q   And who wrote out the bad order tags and placed
7  them on these cars?
8      A   Mr. Grantham.
9      Q   Was it necessary for Mr. Grantham to place these
10 tags on both sides of those cars?
11     A   Yes, he was supposed to.
12     Q   That's necessary?
13     A   Yes.
14     Q   And were those bad order cars reported?
15     A   Yes.
16     Q   How were they reported?
17     A   They were entered into the MTI handheld starting
18 at 13:58 -- I'm sorry, 13:56, 13:58, 13:57 and 14:07.  Then
19 they were passed along to the train crew once the flags
20 were dropped.
21     Q   Was it necessary to report these bad order cars?
22     A   Yes.
23     Q   And by what means were these bad order cars
24 reported by Mr. Grantham?
25     A   The MTI handhelds.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Brian Murray                                                    5/4/2021

Page 41

1    Q   Was there any radio communication between him
2    and anyone else about these bad order cars once he
3    discovered them?
4        A   Once he dropped the flags.  Once he completed
5    his inspection.  Not at each time they were discovered, no.
6        Q   Does, do the FRA rules allow the brake system to
7    be retested?
8        A   Yes.
9        Q   And so if I find that the cars are not -- if I
10   find a car that doesn't have operable brakes and instead of
11   just bad ordering it and saying this car has to be set out,
12   there is a procedure that allows carmen to double-check?
13       A   Yeah, a reapply, yes.
14       Q   And a reapply means that the air is released
15   from the train and then it is recharged?
16       A   It means you build your air pressure back up and
17   reapply the brakes.
18       Q   And then you have to go to wherever those cars
19   are in the train and determine whether or not they again
20   fail to function?
21       A   Correct.
22       Q   And if they didn't fail to function a second
23   time then there wouldn't be a bad order anymore?
24       A   Correct, if it holds for three minutes, yes.
25       Q   And they could be taken out of bad order status?

Page 42

1        A   Correct.
2        Q   Now, inspecting these 130 cars on train Q251 for
3    hump damage, that was necessary.  You agree with that?
4        A   Yes.
5        Q   And you agree that Jeff Grantham did that by
6    himself?
7        A   Yes.
8        Q   Both sides of the train?
9        A   Yes.
10       Q   So all these tasks that Jeff Grantham performed
11   by himself on Q251 between 11:30 and 2:30 or 14:30 on
12   June 30th of 2017 are things that had to be performed?
13       A   Yes.
14       Q   They were necessary?
15       A   Correct.
16       Q   And they would have been performed by both Jeff
17   Grantham and Ryan Bartram if Mr. Bartram had not been
18   allowed to leave early?
19       A   Yes.
20       Q   When was the scheduled departure time for train
21   Q251?
22       A   14:30.
23       Q   The same time that Jeff Grantham dropped the
24   blue flags following his inspection and brake testing and
25   retesting of that train?

Page 43

1        A   Correct.
2        Q   If there had not been bad order brakes in that
3    train would it have been necessary to retest the brakes?
4        A   No.
5        Q   And if it had not been necessary to retest the
6    brakes, then the blue flags would have gone down earlier?
7        A   They could have, yes, sir, or if they could
8    have, if he would have used the help that we sent him over
9    there to assist him with this inspection, they would have
10   been down sooner as well.
11       Q   And we'll get to that.  But the question is,
12   would the blue flags have gone down earlier if it had not
13   been necessary to retest the brake system on Q251 because
14   the initial test revealed four cars with bad order brakes?
15       A   Yes.
16       Q   Do you know how much earlier it would have
17   taken?
18       A   No.
19       Q   Now, the train could not depart immediately at
20   14:30 when the blue flags were dropped, right?
21       A   Correct.
22       Q   And that's because it had to set out those bad
23   order cars?
24       A   Correct.
25       Q   Now, the train Q25130 departed Rice Yard in

Page 44

1    Waycross that day at what time?
2        A   I have to see the yard operating plan.
3        Q   Do you know how late it was?
4        A   I would have to see the yard operating plan.
5    That's been four years ago.
6        Q   At the hearing that was held against
7    Mr. Grantham, it was said that Q25130 departed at 16:32, or
8    two hours and 2 minutes after its scheduled departure time.
9        A   Okay.
10       Q   Assuming that's true, can you tell us what was
11   being done to Q25130 during the two minutes -- two hours
12   and two minutes from the time the blue flags were dropped
13   until it departed the yard?
14       A   They had to set out the bad orders before they
15   departed the yard.  Then it would be up to the yard master
16   and the dispatchers to allot them a route out of the yard.
17       Q   And setting out bad orders can take time?
18       A   Yeah.
19       Q   It does take time?
20       A   Yeah, it does take time.
21       Q   And the car, outbound car inspectors have no
22   control over how long it takes the yard master and
23   transportation people to route a train out of the yard, do
24   they?
25       A   Correct.

Brian Murray                                                5/4/2021

Page 45

1    Q   Do you know what movements Q251 made between
2  2:30 that afternoon and 4:32 when it departed Rice Yard?
3    A   He would have had to make four moves to set out
4  four bad orders.
5    Q   And those bad orders that, those moves he was
6  having to make were related to Jeff Grantham's reporting of
7  hazardous brake problems?
8    A   Yes, the four bad orders, yes.
9    Q   And you don't fault Jeff Grantham for the
10  presence of those four bad order brake cars in 251, do you?
11    A   No.  That was his job was to find the bad
12  orders.
13    Q   You just fault him for the time it took him to
14  inspect that train?
15    A   Correct.
16    Q   You don't fault him for the time it took the
17  train crew to switch those cars out?
18    A   Correct.
19    Q   Have we talked about all the tasks that Jeff
20  Grantham performed by himself concerning Q251 on June 30th
21  of 2017?
22    A   Yes, in relation to hanging the EOT and
23  performing a Class 1 brake test.
24    Q   Oh.  You mentioned that the locomotives were
25  attached to the train at some point during that inspection?

Page 46

1    A   Uh-huh (affirmatively).
2    Q   Is that correct?
3    A   That's correct.
4    Q   In order for that to happen, who has to unlock
5  the switch and drop the blue flag to let the engines in?
6    A   A carman.  Probably Mr. Grantham that day.
7    Q   Okay.  So he would have, that's an extra thing
8  that he would have --
9    A   That's right.
10    Q   -- had to do?
11    A   Yeah.
12    Q   And you would expect him, as his supervisor, to
13  allow the transportation employees to attach to the train
14  when they were ready to do so?
15    A   Correct.
16    Q   And so that, doing that would take time away
17  from whatever else he was doing, correct?
18    A   Yeah, roughly five or 10 minutes, yes.
19    A   He would have to disconnect the yard air?
20    A   He would unlock it.  And once he's unlocked from
21  blue flag, the conductor would probably unhook the air from
22  the car.
23    Q   And the conductor is going to have to come down
24  and make a coupling?
25    A   Yes.

Page 47

1    Q   So the conductor is going to take care of
2  coupling the engines to the 130 cars of Q251 while
3  Mr. Grantham is dropping the blue flag, unlocking the
4  switch to let them in, and then reapplying the blue flag
5  and relocking the switch in the derail?
6    A   Correct.
7    Q   And then Mr. Grantham would go back to his
8  testing of the brakes?
9    A   Correct.
10    Q   Is it correct that no matter how many car
11  inspectors were involved in the inspection and brake
12  testing of this train, that train crew was going to have to
13  set out those cars that were found to have defective
14  brakes?
15    A   Yes.
16    Q   That was going to be necessary?
17    A   Yes.
18    Q   Who was the lead man on June 30th, 2017 for the
19  first shift?
20    A   Charles Jones.
21    Q   And what are the responsibilities of the lead
22  man?
23    A   To kind of dispatch the work, the work force,
24  which trains, let them know, you know, where the train
25  responded and what time they responded.

Page 48

1    Q   Did you ever speak to Jeff Grantham on June 30th
2  of 2017?
3    A   No, I did not.
4    Q   Did Mr. Grantham ever try to contact you that
5  day?
6    A   No, sir.
7    Q   Did he ever complain about the work assignment
8  that he was given?
9    A   No, sir.
10    Q   Did he ever complain about the lack of help he
11  was provided?
12    A   No, sir, not to me.
13    Q   Did you watch Jeff Grantham work at all on that
14  day?
15    A   Yes.
16    Q   When did you do that?
17    A   That was while he was on the 251.
18    Q   Had you watched him and Mr. Bartram on the Q455
19  doing that work?
20    A   I could see part of it, yes, from the shop.
21    Q   When did you start watching Mr. Grantham on the
22  Q251?
23    A   Sometime between 14:00 and 14:30, in that area
24  when I knew it was getting time for them to leave to depart
25  the yard.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Brian Murray                                              5/4/2021

Page 49

1    Q  And where were you?  Were you in your office
2  looking out?
3    A  No.  I got in my pickup truck and drove across
4  the yard, from the shop to the forwarding yard.
5    Q  And where did you position your truck?
6    A  On the dirt road.
7    Q  Between what track?
8    A  On the outside of the F14.
9    Q  Did you ever get out of your truck?
10    A  No, sir.
11    Q  Was your truck running?
12    A  I don't remember if it was running or not.
13    Q  And what did you see Jeff Grantham doing when
14  you were in that truck watching?
15    A  He was performing, performing a Class 1 brake
16  test.
17    Q  Okay.  Was it hot that day?
18    A  I don't remember.  I mean, it's south Georgia.
19  I'm sure it wasn't cold.
20    Q  So you likely had your air conditioner on?
21    A  I don't know.  It depends.
22    Q  Did you get out of the truck at any point to go
23  over to speak to Mr. Grantham?
24    A  No, I didn't.
25    Q  Did you try to contact him?

Page 50

1    A  No.
2    Q  But you put in an assessment or initiated
3  disciplinary charges against him for his conduct on that
4  day, right?
5    A  Correct.
6    Q  Saying that he didn't act reasonably, right?
7    A  Correct.
8    Q  And that he delayed a train?
9    A  Correct.
10    Q  Did you put in an assessment or initiate
11  disciplinary charges against any of the other employees for
12  their conduct?
13    A  No.
14    Q  You're aware that one of the bad orders that was
15  found in 251 was a train that or it was a railcar that had
16  a striped tag for an online bad order with brakes cut out
17  that was discovered before the train even arrived in
18  Waycross, right?
19    A  Correct.
20    Q  And that that should have not been in that
21  train, right?
22    A  Correct.
23    Q  That should have been taken out in the inbound
24  inspection?
25    A  Correct.

Page 51

1    Q  And in fact, that bad order tag was on a car
2  that you had discovered had bad brakes on the line of road
3  before it ever got to Waycross?
4    A  Correct.
5    Q  Were you surprised to find out that, you know, a
6  car that had came in with striped bad order tags made it
7  through the receiving yard in the inbound inspection and
8  over the hump and into the outbound inspection without
9  being pulled out to be repaired?
10    A  Yeah.  Yeah.
11    Q  Did you ever try to find out who was the inbound
12  inspector?
13    A  No, I didn't.
14    Q  You didn't bring any charges against the people
15  on the chain during the process who missed this bad order
16  car before it reached --
17    A  Correct.
18    Q  -- Mr. Grantham?
19    A  Correct.
20    Q  Now, you had mentioned earlier, I believe Brett
21  Hickcox and Robert King?
22    A  Yes.
23    Q  And did you give Mr. Hickcox and Mr. King some
24  instructions on June 30th of 2017?
25    A  Yes, to go assist Mr. Grantham in F11 on the

Page 52

1  Q25130 with a Class 1 inspection.
2    Q  Did you make a record of that?
3    A  No.
4    Q  Some people keep up with their time and write
5  down whatever work --
6    A  No.
7    Q  -- they do during the day.  Does a senior
8  general foreman do that?
9    A  No, I don't.
10    Q  Okay.  Where were you when you gave the
11  instructions to Brett Hickcox and Robert King?
12    A  Probably in my office.
13    Q  Where were they?
14    A  They were brought in off the overtime board that
15  day to work a panel truck job.
16    Q  Do you know where their location was when you
17  gave them the instructions?
18    A  I believe they said they were at the R yard,
19  receiving yard.
20    Q  They were in Rice Yard in Waycross?
21    A  Yes.
22    Q  They were on the CSX property?
23    A  Yes.
24    Q  They were no more than a mile away from where
25  Mr. Grantham was working?

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Brian Murray                                          5/4/2021

Page 53

1    A   Or two.  The yard is about two miles long, yeah.
2    Q   And did you tell them that you wanted them to go
3  over there immediately?
4    A   Yes.  I told them to go assist Mr. Grantham in
5  F11 with a Class 1 brake test that he was currently on.
6    Q   And did you ever see them again that day?
7    A   No.
8    Q   So you never saw Brett Hickcox or Robert King
9  inspecting or brake testing Q251 on June 30th of 2017?
10   A   Correct.
11   Q   Now, was Jeff Grantham within earshot when you
12 gave those instructions for Mr. Hickcox and Mr. King to go
13 help inspect Q251?
14   A   Not if I was in my office, no, sir.
15   Q   And how did you contact Mr. Hickcox and
16 Mr. King?
17   A   Best I can remember is by phone or, is by phone
18 or radio, one of the two.
19   Q   If it was by phone, Mr. Grantham certainly
20 wouldn't be able to hear it?
21   A   Correct.
22   Q   Did you send word out to Mr. Grantham that, hey,
23 help is on the way?
24   A   Mr. King advised him of that when he pulled up
25 to help him.

Page 54

1    Q   Other than before those people arrived, did you
2  ever send word to Mr. Grantham that you had help coming on
3  the way?
4    A   No.
5    Q   Never sent word that, hey, I have let Bartram
6  leave early for a family emergency but I'm going to send
7  somebody to help you?
8    A   I mean, he knew Bartram left.  But no, I didn't
9  call him and tell him I had help coming.
10   Q   Now, while carmen and car inspectors are doing
11 their jobs and doing one task, it's not unusual for the
12 lead man to reach out and say, hey, I need you to go do
13 something else?
14   A   Yeah.  It can happen.
15   Q   But of course under federal law, if someone is
16 in the middle of a Class 1 brake test, they can't leave
17 that?
18   A   Well, they can leave it as long as they pick up
19 and, you know, it's completed in its entirety.
20   Q   They would have to go back and go through the
21 whole procedure --
22   A   Yes.
23   Q   -- to make sure that everything was done
24 according to the regulation?
25   A   Correct.

Page 55

1    Q   Now, Jeff Grantham, he didn't ask for any help,
2  right?
3    A   Correct.
4    Q   And he never complained that day?
5    A   Correct.
6    Q   Did you contact the lead man to tell the lead
7  man, I have got help going over to Jeff Grantham?
8    A   I don't recall if I did or not.
9    Q   What time did you tell Mr. Hickcox and Mr. King
10 to join Jeff Grantham for the inspection?
11   A   I would say between 12:00 and 12:30, somewhere
12 in that area maybe.
13   Q   And you inspected them -- you expected them to
14 comply with your order immediately?
15   A   Correct.
16   Q   Between the time that you gave them that order
17 and the time that Jeff Grantham dropped the blue flags, did
18 you have any other communications with Mr. Hickcox or
19 Mr. King?
20   A   No.
21   Q   And you've already mentioned you didn't see
22 them?
23   A   Correct.
24   Q   So you have no firsthand knowledge, no personal
25 knowledge about when they went to join Mr. Grantham?

Page 56

1    A   Correct.
2    Q   Or what they were doing between the time you
3  gave them the order and when those blue flags dropped?
4    A   Correct.
5    Q   So you don't have any information one way or
6  another whether it was after 1:00 o'clock when Hickcox and
7  King finally went to where Jeff Grantham was working?
8    A   Other than their written statements.
9    Q   And they said that they went after 1:00 o'clock?
10   A   Okay.
11   Q   Is that right?
12   A   That's according to their statement, yes.
13   Q   Did Hickcox and King participate in the
14 inspection and brake testing of Q251?
15   A   No, they did not.
16   Q   What did they do instead?
17   A   They were sent to the north side by Mr. Grantham
18 to help work a bunch of cars, I believe was his words.  I
19 would have to look at his statement.
20   Q   Are you talking about Mr. Grantham's statement?
21   A   Mr. King's statement.
22   Q   Well, if a lead man reaches out to a carman and
23 says, Hey, I need some help on the other side of the yard
24 inspecting a different track --
25   A   Uh-huh (affirmatively).

14 (Pages 53 to 56)

Brian Murray                                                    5/4/2021

Page 57

1      Q   -- and that carman cannot do it because he's in
2  the middle of something, is there anything wrong with that
3  carman telling another carman that, I just got this message
4  from a lead man.  He's looking for help.  You should
5  probably contact him?
6          MR. STEWART:  Object to the form.
7          THE WITNESS:  But back to earlier, to your
8      point --
9  BY MR. BURGE:
10     Q   I'm just asking if there's anything wrong with
11 an employee doing that.  Is there any rule that says you
12 will not let a fellow carman know when the lead man is
13 looking for people to work tracks?
14         MR. STEWART:  Object to the form.
15         THE WITNESS:  Yes.
16 BY MR. BURGE:
17     Q   Okay.  What is the rule?
18     A   Well, the rule is back to what you mentioned
19 while ago was working with, in teams and pairs.  They
20 should have finished as a team with the help that I sent
21 Mr. Grantham.  I'm not saying there's a rule saying that he
22 couldn't say that, but three people were doing an
23 inspection is obviously quicker and safer than doing it
24 with one person or alone by yourself.
25     Q   The lead man that day, did you ever speak to him

Page 58

1  to ask what instructions he gave to Mr. Hickcox and
2  Mr. King after you had given them the instruction to go to
3  Q251?
4      A   No.
5      Q   Do you know whether or not Mr. Grantham had
6  discovered that there's four bad order cars in this train
7  when Mr. Hickcox and Mr. King arrived?
8      A   I don't know.  I mean, according to this, they
9  were put in at 13:56, 13:57, 13:58, and 14:07.  So I would
10 say that he hadn't discovered them at that point.
11     Q   Okay.  So who ordered Hickcox and King to go
12 inspect trains on the north side?  Who gave them tracks to
13 go inspect over there?
14     A   Mr. Grantham sent them to the north side.
15     Q   Mr. Grantham or the lead man?
16     A   Mr. Grantham, according to Mr. King's statement.
17 Mr. Grantham instructed him to go see if he could help them
18 on the north side, that he had the 251 under control.
19     Q   Would you fault the lead man for telling Hickcox
20 and King to inspect rail cars on the north side?
21         MR. STEWART:  Object to the form.
22         THE WITNESS:  They weren't instructed, they
23     weren't called by the lead man.  They were told by
24     Mr. Grantham to go from the south side to the
25     north side.

Page 59

1  BY MR. BURGE:
2      Q   My question is a little bit different.  I know
3  that's what you say.  I know that's what you're saying that
4  the statement of King says.  I'm just saying would you
5  fault the lead man for telling Hickcox and King to go
6  inspect rail cars on the north side that day?
7      A   No.
8          MR. STEWART:  Object to the form.
9  BY MR. BURGE:
10     Q   Did you initiate any disciplinary charges
11 against Hickcox and King or King for going to inspect cars
12 on the north side without notifying you?
13     A   No.
14     Q   Was Mr. Grantham a supervisor of Hickcox or
15 King?
16     A   No, sir.  He was a 30-plus-year carman that, you
17 know, a lot of the younger guys would look up to and take
18 their word for it because he was kind of a mentor to them.
19     Q   And so if he said as their mentor, hey, the lead
20 man is looking for work, you need to go and to check with
21 him, then they would probably do that?
22     A   Yeah.
23     Q   And if they came to him as an experienced carman
24 and car inspector without radios and the necessary
25 equipment to perform a Class 1 brake test, you would expect

Page 60

1  Mr. Grantham to tell them that they cannot assist until
2  they have the necessary equipment to participate, correct?
3      A   Yes.
4      Q   Do you know if Hickcox and King showed up with
5  the necessary equipment?
6      A   I don't know.
7      Q   Did you ever ask them whether they did?
8      A   No.
9      Q   Now, whether Mr. Hickcox and Mr. King stayed
10 with Q251 or left to go to the north side, there was going
11 to be four cars with inoperative brakes on that train?
12     A   Correct.
13     Q   And they were going to have to be set out before
14 the train could depart?
15     A   Correct.
16     Q   Now, you made no effort to personally assist
17 Mr. Grantham yourself, right?
18     A   No.
19     Q   And is that because you're not qualified?
20     A   That's because there would be a time claim for a
21 manager doing a carman work.
22     Q   And to avoid a time claim, you did not assist
23 Mr. Grantham yourself?
24     A   Correct.
25     Q   Who did you talk to about, who have you spoken

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Brian Murray                                                    5/4/2021

Page 61

1   with about the delayed departure of Q251 that day?
2       A   I got statements from the two guys that I sent
3   over to help, Mr. Hickcox and Mr. King.
4       Q   Do you get statements every time there's a train
5   delay?
6       A   No.
7       Q   Did you get statements in this case because you
8   were considering bringing disciplinary charges against
9   Mr. Grantham?
10      A   Yes, I was investigating it.
11      Q   And did you communicate about the train delay of
12  Q251 with the lead man?
13      A   No.
14      Q   With any of the, your subordinate general
15  foremen?
16      A   I was the only one there, I believe.
17      Q   So that's a no?
18      A   That's correct.
19      Q   Did you communicate with any superiors about the
20  delay of that train?
21      A   I did with Ms. Gardner.
22      Q   And you told her that day that Q251 was delayed?
23      A   Correct.
24      Q   And did she ask you why?
25      A   Yes.

Page 62

1       Q   What did you tell her?
2       A   I told her the flags was dropped at the
3   scheduled departure time instead of the scheduled flag off
4   time. I told her the help that I had sent to help speed up
5   the process of the Class 1 inspection was turned away and
6   there would also be time allowed to be setting the bad
7   orders out.
8       Q   Did you ever talk to Jeff Grantham about that
9   train delay?
10      A   No.
11      Q   Did you talk to Ms. Gardner about initiating
12  disciplinary charges against Jeff Grantham relating to his
13  inspection of Q251 on that day and the delay of that train?
14      A   I presented her with what I had as far as sent
15  the help, so yes, we discussed it, yes.
16      Q   And was it decided between you that you were
17  going to put in an assessment against him that would
18  trigger disciplinary charges being brought against
19  Mr. Grantham?
20      A   Correct.
21      Q   Did you have any conversations with Gus Thoele
22  about the delay of that train?
23      A   In reference to the hearing?
24      Q   In reference to anything.
25      A   In reference to the hearing, yes, we did.

Page 63

1       Q   Who made the arrangements for Mr. Thoele to be
2   the hearing officer on June 27 -- or July 27th, 2017?
3       A   I think that would have been Ms. Gardner, I
4   believe.
5       Q   You -- it wasn't you who asked him?
6       A   I don't think so.  I can't remember.  Like I
7   said, it's been four years ago.
8       Q   Did you speak to anyone other than Ms. Gardner
9   in management about initiating disciplinary charges over
10  the delay of that train?
11      A   No, sir, I don't believe so.
12      Q   When, you did you tell Ms. Gardner that there
13  had been four bad orders that had to be set out?
14      A   Yes.
15      Q   So she would, she would know that setting out
16  those bad orders was going to play a role in the delay of
17  that train?
18      A   Yeah, yeah, naturally.
19      Q   Did you tell her that there was an online bad
20  order car that came into Waycross that was not pulled out
21  along its course through the yard and ended up in the
22  outbound that still had the bad order tags on it?
23      A   I'm sure it was discussed, yes.  I mean, we
24  would go over the details of what the bad orders were for.
25      Q   And did she, did the two of y'all think about,

Page 64

1   well, why don't we find out who is causing this delay to
2   make sure it doesn't happen again?
3       A   We didn't at the time, I wouldn't think.
4       Q   When initiating the disciplinary charges against
5   Jeff Grantham, you knew that he wasn't responsible for the
6   failure to fill that vacancy for Eddie Teston's absence,
7   right?
8       A   Yeah, I mean, that wasn't nothing to do with
9   Jeff.
10      Q   And Jeff wasn't responsible for Ryan Bartram
11  leaving in the middle of the shift?
12      A   Correct.
13      A   And he wasn't responsible for having to complete
14  the, you know, being required to complete that roll by
15  inspection of Q455?
16      A   Correct.
17      Q   He wasn't responsible for the number of cars
18  that needed to be inspected and brake-tested on Q251?
19      A   He was responsible for, he wasn't responsible
20  for transportation spotting 130 cars.
21      Q   Okay.
22      A   He was responsible for turning away two other
23  people that could have helped him cut that time down
24  significantly.
25          MR. BURGE:  We move to strike the part

16 (Pages 61 to 64)

Brian Murray                                                  5/4/2021

Page 65

1      that's unresponsive.
2         Q    Was he respon- -- was Jeff Grantham responsible
3      for the number of railcars that needed to be inspected and
4      brake-tested for 251?
5         A    No.  He's not responsible for how many cars.
6         Q    Was Jeff Grantham responsible for the number of
7      air hose couplings that would be required?
8         A    No.
9         Q    Jeff Grantham did not create the requirement to
10     inspect both sides of a train on an outbound inspection and
11     test?
12        A    Correct.
13        Q    And he was not responsible for there being four
14     cars that had inoperable brakes in Q251, was he?
15        A    Correct.
16        Q    And Jeff Grantham didn't create the requirement
17     that brake tests be repeated to confirm that the brakes on
18     cars found to have defects, you know, that it be retested?
19        A    Correct.
20        Q    And Jeff Grantham didn't create the requirement
21     to put bad order tags on both sides of the cars when
22     defects are discovered?
23        A    Correct, no.
24        Q    Jeff Grantham didn't make the requirement that
25     every car in a train have inoperable or have operable

Page 66

1      brakes, properly functioning brakes, when the train leaves
2      the terminal?
3         A    Correct.
4         Q    And he had no control over the amount of time it
5      took the train crew to switch those cars out of the train?
6         A    Correct.
7              MR. BURGE:  Can we take a short break?  This
8      is a good time.
9              THE VIDEOGRAPHER:  Going off the video
10     record.  It is 12:26.
11             (Off the Record)
12             We are back on the record.  It's 12:39.
13     BY MR. BURGE:
14        Q    In June of 2017, did CSX Transportation have any
15     written standards governing how long it should take a car
16     inspector to complete a Class 1 brake test?
17        A    All that was based off our yard operating plan.
18        Q    Is there anything that, other than the yard
19     operating plan, that specifies how long it should take a
20     carman say per car to inspect?
21        A    No, sir.
22        Q    The formal disciplinary hearing into the charges
23     that you brought against Jeff Grantham for the delay of
24     Q251 was held on July 27th of 2017; is that correct?
25        A    Yes, sir.

Page 67

1         Q    And that hearing was required because Jeff
2      Grantham refused to accept responsibility for the charge
3      made against him and accept a waiver?
4         A    Correct.
5         Q    You were the charging officer?
6         A    Correct.
7         Q    Exhibit 5 is the hearing transcript.  Have you
8      seen that before?
9         A    Yes.
10        Q    And does that transcript accurately reflect the
11     questions that you were asked and the answers that you gave
12     at that hearing?
13        A    Yes.
14        Q    And you accuse Jeff Grantham of violating CSX
15     Operating Rule 104.1 (3)?
16        A    Correct.
17        Q    And that rule is titled Employee Behavior?
18        A    Correct.
19        Q    And the only provision of that rule that you
20     accuse Jeff Grantham with violating states, When on duty
21     employees must perform duties in a safe and efficient
22     manner that prevents unnecessary delay to customers,
23     correct?
24        A    Correct.
25        Q    The only part of that provision that you accuse

Page 68

1      Jeff Grantham with violating was the efficiency part,
2      correct?
3         A    Correct.
4         Q    You didn't claim that he didn't act in a safe
5      manner?
6         A    Correct.
7         Q    You didn't see him doing to anything unsafe or
8      reckless?
9         A    Correct.  I did not.
10        Q    By that period of time that this hearing is
11     held, you've known Jeff Grantham for how long?
12        A    Ever since I got to Waycross as a general
13     foreman in, I'd say 2013.
14        Q    And this is the first disciplinary charge that
15     you brought against him, correct?
16        A    Correct.
17        Q    And during this time since you arrived in
18     Waycross and Mr. Grantham has been working under your
19     supervision, you've been performing operational testing?
20        A    Correct.
21        Q    And what is that?
22        A    That's where you do -- an O test is basically an
23     observation test where you observe them doing certain tasks
24     or different tasks to make sure they are doing their job
25     safely.

17  (Pages 65 to 68)

Brian Murray                                                    5/4/2021

Page 69

1    Q   And you don't tell employees that you are
2   watching them --
3    A   Correct.
4    Q   -- for purpose of testing them?
5    A   Correct.
6    Q   Employees don't even always know when you are
7   watching and testing them, do they?
8    A   Correct.
9    Q   And is this operational testing also called
10  efficiency testing?
11   A   No, sir.  It's O testing is just an observation
12  test of safety and some, I guess some managers would refer
13  to it as an E test, but we refer to it in the company as an
14  O test, observation test.
15   Q   And whether it's called an operational test or
16  efficiency test, you're trying to see whether or not the
17  employee is following procedures?
18   A   Yes, sir.
19   Q   To the letter?
20   A   To the what?  I'm sorry.
21   Q   To the letter.
22   A   Yes, sir, for the most part, yeah.
23   Q   And as of the time of this hearing on July 27th,
24  you've efficiency tested Jeff Grantham on numerous
25  occasions?

Page 70

1    A   Correct.
2    Q   And you agree that you had done so, according to
3   the records that were produced by your employer, about 150
4   times?
5    A   If that's what they produced, then yes, sir.
6    Q   And how many failures did you ever have with
7   Jeff Grantham?
8    A   Zero.
9    Q   You never found him to not be in compliance with
10  any rule that you tested him on?
11   A   Correct.
12   Q   Did you ever test an employee on Rule 104.1, the
13  one that you accuse Jeff Grantham of violating?
14   A   I don't recall.  I would have to look at my
15  records.
16   Q   You don't recall ever doing that?
17   A   I'm not going to say I have or I haven't, not
18  without looking at my records for eight or nine years.
19   Q   Do you have any independent recollection of ever
20  testing anyone on that rule?
21   A   Again, I'm not going to make a speculation over
22  an eight-year period that I have tested someone on this
23  specific rule.
24   Q   I'm not asking for speculation.  I'm asking for
25  recollection.  Do you have any recollection of ever

Page 71

1   doing --
2        MR. STEWART:  Objection to form.
3   BY MR. BURGE:
4    Q   -- an operational test on that rule?
5        MR. STEWART:  Object to the form.  Please
6   answer the question.
7   BY MR. BURGE:
8    Q   You can answer.
9    A   Again, I'm sure I have O tested on lots of
10  rules.  I don't know which ones and which ones I haven't
11  specifically, so I'm not going to say that I have tested
12  on a specific rule.
13   Q   At the time when you officiated these charges
14  against Jeff Grantham, was there a published standard of
15  how much time per car it should take to perform an outbound
16  inspection?
17   A   The yard operating plan is what all of our times
18  are based off of.
19   Q   At the hearing did you testify that there's
20  nothing in writing stating a certain amount of time for a
21  test?
22       MR. STEWART:  Where are you?
23       MR. BURGE:  I'm looking at page 14, line 33.
24  BY MR. BURGE:
25   Q   Can you give me an example, maybe per car, how

Page 72

1   much is it per car to do a mechanical inspection under 215
2   of the FRA?
3        Answer:  There's nothing in writing that states
4   a certain amount of guideline time.
5    A   Correct.
6    Q   Okay.  And you agree that when you initiated
7   these charges and testified against Jeff Grantham for not
8   inspecting Q251 in a reasonable amount of time, that CSX
9   had nothing in writing establishing a set time for
10  completing a mechanical inspection and Class 1 brake test
11  for an outbound train?
12   A   Well, he was doing a Class 1 brake test, not a
13  mechanical inspection.  We have a yard operating plan that
14  we go by, a scheduled spot time, scheduled flag on,
15  scheduled flag off, and having three inspectors are quicker
16  than having one inspector do it.
17   Q   And did you say at page 15, line 30 of -- at the
18  hearing that there's nothing in writing that says there's a
19  set time for cars?
20   A   Correct.
21   Q   Now, how long was Q251?
22   A   130 cars.  I would have to look and see what
23  is -- what the length was.
24   Q   Page 16, line 5.  How long was that train?
25   A   7,082 feet.

Brian Murray                                                    5/4/2021

Page 73

1    Q   So over 1.3 miles long?
2    A   Yes, sir.
3    Q   And you testified that you usually have three
4    inspectors for the south forwarding yard, correct?
5    A   Correct.
6    Q   And when you watched the inspection of Q251,
7    Jeff Grantham was the only inspector working that train?
8    A   Correct.
9    Q   And you watched him from 4:10 -- excuse me,
10   14:10 until he dropped the blue flags for 251 at 14:30,
11   correct? Page 17.
12   A   I was there at 14:10. I don't see where I was
13   there at 14:30.
14   Q   You continued to watch him until he dropped the
15   blue flags. Did you not continue to watch him until he
16   dropped the blue flags?
17   A   I don't see anywhere in my statement where I
18   said I sat there until 14:30.
19   Q   Okay. Did you watch, did you begin to watch
20   Jeff Grantham at 14:10 as you testified?
21   A   I observed him, yes. I was there and observed
22   him in this track working.
23   Q   And how long did you observe him? From 14:10
24   until when?
25   A   It's hard to say. I don't know. That's, again,

Page 74

1    four years ago.
2    Q   Okay. And with the understanding that it has
3    been four years since these events, and memories can fade,
4    can you tell me whether or not you watched him put the blue
5    flags down?
6    A   I can't remember.
7    Q   So you don't remember whether you were there for
8    five minutes or for 10 or 20 minutes or how long?
9    A   Correct.
10   Q   And while you watched Jeff Grantham for however
11   long beginning at 14:10, he was retesting the brakes?
12   A   I believe that's what I testified to.
13   Q   Yeah, it's page 17.
14   A   Yeah.
15   Q   And so you knew that he was retesting the brakes
16   while you're watching him, correct?
17   A   Yes.
18   Q   So that indicates to you as a senior general
19   foreman that he had discovered brakes that weren't
20   functioning properly on every car when the brakes were
21   tested originally?
22   A   Not on every car. On certain cars.
23   Q   Excuse me. On some cars?
24   A   Yes.
25   Q   Indicates that the cars didn't function properly

Page 75

1    on every car?
2    A   Correct.
3    Q   So he's found some bad orders. And by the time
4    14:10 comes around, he's already put bad orders into the
5    system, correct?
6    A   Correct.
7    Q   Now, where had you been before you went out to
8    watch Jeff Grantham? Did you say you'd been in your
9    office?
10   A   Correct.
11   Q   Do you have a terminal that you can monitor bad
12   orders that are put in by outbound car inspectors in your
13   office?
14   A   If I'm on that program. That's the MTI hand --
15   system we talked about earlier.
16   Q   So you have access to that information in your
17   office?
18   A   Yeah.
19   Q   To retest the brakes it was necessary for Jeff
20   Grantham to charge up the air reservoir again, correct?
21   A   Correct.
22   Q   And how long that takes depends on factors such
23   as the length of the train?
24   A   Correct.
25   Q   And at the time when you initiated the charges

Page 76

1    and testified against Jeff Grantham for not inspecting Q251
2    in a reasonable amount of time, you didn't know how long it
3    took to charge up the air on a rail car, correct?
4    A   Correct.
5    Q   And while you watched Jeff Grantham, he had to
6    set the, reset the brakes twice, right?
7    A   Correct.
8    Q   So he has done a test before you arrived and put
9    in bad orders, right?
10   A   Yeah.
11   Q   And you watch him retest twice?
12   A   Uh-huh (affirmatively).
13   Q   Correct?
14   A   I don't know if I watched -- I wouldn't say I
15   would watch each car twice.
16   Q   At page 18, lines 14 through 17, you were asked
17   how many times he, meaning Jeff Grantham, had to reset the
18   brakes and what was your answer?
19   A   Twice.
20   Q   And you were testifying based on what you had
21   seen, right?
22   A   No, sir. I'm testifying on that's their
23   procedure when you have a no set and you have the ability
24   to reset them twice. After that they are, you don't just
25   keep retesting them.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Brian Murray                                                    5/4/2021

Page 77

1    Q   So he, and you assumed that Jeff Grantham did
2    his job properly?
3    A   Yes.
4    Q   So you go out and watch this inspection because
5    you're concerned that the train is going to be delayed?
6    A   Yes.
7    Q   And you don't contact him and tell him not to
8    retest, just drop the blue flag, do you?
9    A   No.
10   Q   It's been suggested by Ms. Gardner that the
11   retest is something that the FRA allows but does not
12   require; is that right?
13   A   That's correct.
14   Q   So would there have been anything improper about
15   Mr. Grantham just dropping the blue flags and saying, you
16   got four bad order cars in there --
17   A   No.
18   Q   -- that have not been retested?
19   A   No.
20   Q   And if he had not done the retest, then he could
21   have dropped the blue flags at the time that he finished
22   bad ordering the cars, correct?
23   A   Correct.
24   Q   And that was around 14:00, correct?
25   A   Yeah, 14:07 was the last one.

Page 78

1    Q   And if he had done that, the train still would
2    have had a delayed departure, correct?
3    A   That's speculation.  I don't know that, but...
4    Q   It would have taken time -- they would have
5    still had to set those bad order cars out?
6    A   Yeah.  Yeah.
7    Q   They would still have to get rerouted out or
8    routed out of the yard, correct?
9    A   Correct.
10   Q   Now, what -- when did Jeff Grantham first alert
11   somebody or alert CSX that he had found a bad order brake
12   problem in train Q251?  At what time was that?
13   A   The crew didn't know anything about it until he
14   dropped the blue flags.
15   Q   At what time did Jeff Grantham first let CSX
16   know that there were a bad order brake problem?
17   A   13:56 was his first bad order he put into the
18   handheld.
19   Q   And you left your office and went and watched
20   him 14 minutes later?
21   A   Roughly, yes.
22   Q   And it's the third bad order car that he puts in
23   that had arrived in Waycross with the bad order tags that
24   you had put on it for brake problems?
25   A   Correct.

Page 79

1    Q   And that should have been sent to the shop
2    before it ever got to become Jeff Grantham's problem in the
3    outbound yard, correct?
4    A   Correct.
5    Q   Did you reprimand Mr. Hickcox or Mr. King for
6    not doing the work that you told them to go do?
7    A   I did not.
8    Q   Did you initiate disciplinary charges against
9    the lead man for asking Mr. Hickcox or Mr. King to go
10   perform a Class 1 break test in the north forwarding yard?
11        MR. STEWART:  Object to the form.
12        THE WITNESS:  No.  They were sent to the
13        north side by Mr. Grantham.  They weren't
14        contacted by the lead man.
15   BY MR. BURGE:
16   Q   You were at the hearing, correct --
17   A   Correct.
18   Q   -- with Mr. Grantham and you know Mr. Grantham's
19   account is that he told them that he had, he told Hickcox
20   and King that he had been contacted by the lead man and
21   that the lead man was looking for work and that they should
22   contact him?
23   A   Uh-huh (affirmatively).
24   Q   Is that a yes?
25   A   Yes.

Page 80

1    Q   I believe you've already said nobody was
2    investigated or disciplined for not shopping the TTGX
3    railcar that arrived in Waycross in bad order status,
4    correct?
5    A   Correct.
6    Q   So the only person that was charged for
7    discipline that day was, the events of that day was Jeff
8    Grantham, correct?
9    A   Correct.
10   Q   And who was the only person who reported
11   hazardous brake problems in train Q251?
12   A   It would be Mr. Grantham since he's the only one
13   that worked it.
14   Q   And do you dispute that the railcars that Jeff
15   Grantham reported indeed had brake problems?
16   A   No.  They did.
17   Q   And do you dispute that those brake problems had
18   to be repaired before he could authorize use of those cars
19   in an outbound train?
20   A   Yeah.  I agree with that.
21   Q   Now, bad orders, when they are discovered in an
22   inbound inspection in the receiving yard, that doesn't
23   delay outbound trains, correct?
24   A   Correct.
25   Q   It's the bad orders that have to be set out of

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Brian Murray                                                    5/4/2021

Page 81

1    outbound trains that have the potential to delay a train's
2    departure?
3         A    Correct.
4         Q    Before June 30th of 2017, had you ever heard the
5    expression, If it rolled in, it can roll out?
6         A    Yeah, I'm sure everybody with the railroad has
7    heard that expression.
8         Q    What does it mean?
9         A    If just means it can come in, it can go out.
10        Q    And had you ever asked outbound inspectors
11   before June 30th of 2017 to overlook or not report bad
12   order cars in outbound trains?
13        A    No.
14        Q    Before that date had you ever asked outbound
15   inspectors to help you out by not reporting conditions that
16   could delay train departures?
17        A    No.
18        Q    What communications did you have with Gus
19   Thoele, the hearing officer, before the disciplinary
20   hearing against Jeff Grantham was convened?
21        A    We talked about, made him familiar with what a
22   Class 1 brake test was, since he was a locomotive manager.
23   He never had any dealings with the car side.
24        Q    So Mr. Thoele was not familiar with the Class 1
25   brake test requirements?

Page 82

1         A    Correct.
2         Q    Let me show you what's marked as Exhibit 6.  Is
3    this a copy of an e-mail that you sent to Mr. Thoele on the
4    morning of July 26th, 2017?
5         A    Yes, sir.
6         Q    And is this after you've had the morning safety
7    call that day?
8         A    At 9:20, yes, sir.  It would have been after.
9         Q    So this was after you have been on the call
10   where someone told the clown joke?
11        A    Yes, sir.
12        Q    And is this customary for you to provide the
13   hearing officer with kind of a summary of your
14   recollection?
15        A    Yeah, I guess we could, yeah.
16        Q    Did you have any notes that you went by or are
17   you just doing this off the top of your head 26 days after
18   the events?
19        A    I mean, I would have had the charge letter.
20        Q    Okay.  In this statement that you sent, you say
21   in the middle of that paragraph that when Mr. Bartram left,
22   you informed Mr. Hickcox and Mr. King to get with
23   Mr. Grantham and to help with the inspection of Q251; is
24   that right?
25        A    Correct.

Page 83

1         Q    Do you say what time it was, what the time of
2    day was when you did that?
3         A    Let's see.  No, I don't say on here exactly what
4    time I told him.
5         Q    Now, for Mr. Bartram to leave work, even with
6    permission to leave work early to take care of a family
7    matter, he would have to leave the place where he was doing
8    the roll by inspection and go somewhere to clock out,
9    correct?
10        A    Correct.
11        Q    And where did he have to go to clock out?
12        A    Probably B tower is where his ride was at.
13        Q    And so how far was that from where he was
14   performing the roll by inspection?
15        A    Maybe a mile, something like that.
16        Q    So it's going to take some time for him to leave
17   the roll by inspection, go in the B tower and clock out
18   before he can leave?
19        A    Yes.
20        Q    Let me show you what's been marked as Exhibit 7.
21   And is this a copy of a statement that you received from
22   Mr. Bartram?
23        A    Yes.
24        Q    And this is a statement that he made to you on
25   July the 26th, the day before the formal hearing and over

Page 84

1    three weeks after the events of June 30th?
2         A    Correct.
3         Q    And he said that he did not participate in the
4    brake testing of Q251 that day.
5         A    Correct.
6         Q    And upon receiving that statement, did you
7    forward it on to Gus Thoele as shown in Exhibit 8?
8         A    Yes.
9         Q    And did you also forward that statement on to
10   your superior, Rebecca Gardner, as shown in Exhibit 9?
11        A    Yes.
12        Q    So Ms. Gardner, your superior, is tracking this
13   disciplinary matter as well?
14             MR. STEWART:  Object to the form.
15             THE WITNESS:  I mean, I'm sure it's her job
16        to keep up with what goes on for people to report
17        to her.
18   BY MR. BURGE:
19        Q    So looking at these e-mails, the day before the
20   hearing you are talking to the hearing officer about the
21   facts of the case and providing him with your statement and
22   the statements of others who may be witnesses, correct?
23        A    Correct.
24        Q    And you are providing Rebecca Gardner with
25   information about evidence that may be produced at the

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Brian Murray                                                    5/4/2021

Page 85

1    hearing that will be the next day?
2         A    Correct. She's my boss.
3         Q    And that would be normal out there when you have
4    a disciplinary matter, to keep her apprised through the
5    process, correct?
6         A    Correct.
7         Q    From before an assessment is put in through the
8    disciplinary hearing, correct?
9         A    Correct.
10        Q    Had you attended any hearings in which Gus
11   Thoele had been the hearing officer before this one?
12        A    No, sir.  This was our first one, I believe.
13        Q    Let me show you what's marked as Exhibit 10.
14   This is an e-mail that you received from Gus Thoele at 2:23
15   on July the 26th of 2017?
16        A    Yes.
17        Q    That's the afternoon before the disciplinary
18   hearing convened against Jeff Grantham?
19        A    Yes.
20        Q    And what is the subject of that e-mail?
21        A    Your part.
22        Q    Meaning he was telling you the script of the
23   questions that he was planned on asking you, correct?
24        A    Correct.
25        Q    And if we go to the page, if you look at the

Page 86

1    bottom of the page, you'll see these Bates numbers.  And if
2    you go to the one Bates-numbered CSX975.  I think it's the
3    third page of Exhibit 10.  Do you see that?
4         A    Uh-huh (affirmatively).
5         Q    On that page, what is the second question that
6    Mr. Thoele says he's going to ask you?
7         A    At what time did you send Mr. Hickcox and Mr.
8    King to help Mr. Grantham with the Class 1 brake test on a
9    Q251?  Your answer is approximately 12:15.
10        Q    So he gave you the answer, your answer,
11   approximately 12:15, correct?
12             MR. STEWART:  Object to form.
13             THE WITNESS:  It's the same thing in my
14        statement from earlier.
15   BY MR. BURGE:
16        Q    Show me in your statement earlier where it says
17   the time 12:15 anywhere.
18        A    12:10.
19        Q    Well, 12:10 was the -- at 2:10 you went, on the
20   30th you went and watched Mr. Grantham.  Can you show me
21   where in this statement that you sent Mr. Thoele on the
22   morning of the 26th, anywhere where it says a time when you
23   sent Mr. Hickcox and Mr. King?
24        A    No, I can't on that.
25        Q    When you testified at the hearing did you

Page 87

1    provide any evidence that one of CSX's customers had
2    suffered a delay of freight?
3         A    Mechanical works 4, transportation.
4    Transportation is mechanical's customer.
5         Q    It's like saying that the cook is the waiter's
6    customer, right?
7         A    Pretty much, yes.  I mean, the waiter can't do
8    his job until the cook does his.
9         Q    What about the diner?  Is the diner who pays for
10   the meal, the customer?
11        A    Yeah.
12        Q    Turning to page 24, lines 26 through 36.
13        A    What page?
14        Q    24.  You were asked at line 26, the Rule 104.1
15   was read, and then you were asked beginning at line 32, Do
16   you have any documentation that any of this freight was
17   delayed to customers that you wish to submit in this
18   transcript here today?  And what was your answer?
19        A    No, I do not.
20        Q    The suggestion that the mechanical department or
21   the transportation department is the mechanical
22   department's customer --
23        A    Uh-huh (affirmatively).
24        Q    -- is not in the script questions that you were
25   provided by Mr. Thoele, was it?  Or was it?

Page 88

1         A    I have to look and see.
2         Q    Please.
3         A    No.
4         Q    So that question that he later asked you to
5    agree with, that transportation was mechanical's customer,
6    that was an off script question that he added at the
7    hearing, correct?
8         A    Yeah.
9         Q    And that was after you had been asked whether or
10   not you had any documentation of any customer's freight
11   being delayed, correct?
12        A    Uh-huh, correct.
13        Q    Let me hand you what's marked as Exhibit 11.
14   And can you identify this document for us?
15        A    It's a charge letter on Mr. Grantham.
16        Q    Is it the charge letter or is it the assessment
17   form that you put in?
18        A    The assessment.
19        Q    And that led to the charge letter, right?
20        A    Correct.
21        Q    Once the assessment form goes in, I was told by
22   Ms. Gardner Griffin that the assessment form goes into the
23   field administration, who will issue the charge letter
24   containing the rules that are claimed to have been
25   violated.

22  (Pages 85 to 88)

Brian Murray                                              5/4/2021

## Page 89

1    A   Correct.
2    Q   And is this a form, this assessment form, is
3    this something that you filled out?
4    A   It's an O test.  You put it in as an O test and
5    it gives you the areas you see filled out here.
6    Q   The, and so where it says B.R. Murray, that's
7    you as the referring manager?
8    A   Correct.
9    Q   That means that you're the one who is making the
10   charge?
11   A   Correct.
12   Q   Looking in the detailed descriptions section, do
13   you see anywhere in there where you put a time in for when
14   you contacted Mr. Hickcox and Mr. King to go help with the
15   inspection of Q251 that day?
16   A   No.
17   Q   But anyway, Mr. Thoele says in Exhibit 10 that
18   your answer to the question about when you sent Mr. Hickcox
19   and Mr. King to help with that brake test would be, quote,
20   approximately 12:15, right?
21   A   Uh-huh, correct.
22   Q   Did you receive a second script from Mr. Thoele
23   that day?
24   A   I don't remember.
25   Q   Let me show you Exhibit 12.  Is this a second

## Page 90

1    script that you received from Mr. Thoele for the
2    disciplinary hearing held against Jeff Grantham?
3    A   Yes.
4    Q   Just a little bit longer than the last one,
5    correct?
6    A   Correct.
7    Q   Does this one have any questions in it
8    suggesting that the transportation department of CSX is the
9    customer for the mechanical department of CSX?
10   A   No, sir.
11   Q   So the first time you had any clue that
12   Mr. Thoele was going to be asking you to agree that the
13   transportation department is the mechanical department's
14   customer was during the hearing, correct?
15   A   Well, I mean, that's kind of standing knowledge
16   that mechanical works for transportation across the system.
17   Q   Okay.  Move to strike as nonresponsive.
18       Being very specific.
19   A   Uh-huh (affirmatively).
20   Q   The first time you knew that you were going to
21   be asked a question about the mechanical department having
22   the transportation department as a customer was when
23   Mr. Thoele asked you at the hearing?
24   A   In this situation, yes.
25   Q   And that did come after you had testified at

## Page 91

1    page 24 when asked do you have any documentation that any
2    of this freight was delayed to customers that you wish to
3    submit in this transcript here today and you answered no, I
4    do not?
5    A   Okay.
6    Q   Correct?
7    A   Correct.
8    Q   And looking at this revised script at page with
9    the Bates number CSX980, did Mr. Thoele again say that your
10   answer would be, quote, approximately 12:15 when he asked
11   you what time you sent Hickcox and King?
12   A   Yes.
13   Q   Did you follow the script?
14   A   I'll have to look back in here and see.
15   Q   Well, look at page 12, line 22 and tell us what
16   time you said that you gave at the hearing you testified
17   that you gave the instruction to Hickcox and King.
18   A   Around 12:15.
19   Q   The same answer that you had been given in the
20   e-mails from Gus Thoele the day before, correct?
21   A   Correct.  But Mr. Thoele would have to get that
22   number from me at some point in time or some, between a
23   certain time because we were working at two different
24   locations.
25   Q   And that information is not in the statement

## Page 92

1    that you sent him that morning?
2    A   Correct.
3    Q   The morning before?  And it is not in the
4    assessment form that you put into the system?
5    A   Correct.
6    Q   And it is not in the charge letter?
7    A   Correct.
8    Q   When did Hickcox and King finally go to track
9    F11 to help with the inspection of Q251?
10   A   According to Mr. King's statement, between or
11   around 13:00.
12   Q   Okay.  And turning to Mr. Grantham's statement
13   at page 45, line 27, what time did they show up?
14   A   At 13:10, 13:15.
15   Q   So according to both Mr. King and Mr. Grantham,
16   the people that you ordered to show up, according to your
17   testimony, around 12:15, didn't show up until 1:00 to 1:15,
18   right?
19   A   According to these two statements, yes.
20   Q   And now when you are at a hearing and you hear
21   that people didn't promptly comply with your orders to go
22   do something, at that point, having discovered that
23   information, did you do anything to initiate charges
24   against Hickcox or King?
25   A   No, I did not.

Brian Murray                                                    5/4/2021

Page 93

1    Q   And at 12:15, Mr. Grantham is still performing
2    the roll by inspection of Q455, right?  According to
3    Exhibit 2, last page.
4        A   Yeah.  And he's also at flag-on time at the Q251
5    at the same time also.
6        Q   Well, Q251, to be fair, those flags went on at
7    11:30, correct?
8        A   Correct.
9        Q   So he's starting putting the flags on, so he's
10   going to start doing that work while Mr. Bartram is doing
11   the roll by inspection of Q455, right?
12       A   He could be.
13       Q   And then he has to leave that train to go
14   complete the inspection, the roll by inspection that
15   Mr. Bartram has begun on 455 because you have allowed
16   Mr. Bartram to leave early, correct?
17       A   Correct.
18       Q   And so at 12:15, the time that you testified
19   that you gave Hickcox and King the instructions to go to
20   track F11, Mr. Grantham was working over in track F13
21   performing the roll by inspection of Q455, right?
22       A   Correct.
23       Q   And he would be doing that until 12:35?
24       A   That's what time he showed it was complete, yes.
25       Q   And Jeff Grantham is the one who completed it?

Page 94

1        A   Correct.
2        Q   So according to these times, Hickcox and King
3    didn't respond to your order for 45 minutes to an hour,
4    correct?
5        A   Correct.
6        Q   Looking at the assessment form, Exhibit 11, the
7    second sentence?
8        A   Uh-huh (affirmatively).
9        Q   Under the detailed description says, Employee
10   was advised by SGF that someone would come assist with the
11   inspection.
12           Do you see that part?
13       A   I do.
14       Q   Who is the employee?
15       A   It would have been Jeff Grantham, according to
16   this.
17       Q   And who was the SGF?
18       A   That was me.
19       Q   So this says the employee, Mr. Grantham, was
20   advised by you that someone was going to be coming to
21   assist with the inspection of Q251?
22       A   Correct.
23       Q   But --
24       A   But I never made contact with him.
25       Q   But you never had any contact with him, right?

Page 95

1        A   Correct.
2        Q   So Mr. Grantham was never advised by you?
3        A   Not directly by me, no.
4        Q   And did you put that information into the
5    assessment form?
6        A   I did.  I did.
7        Q   So what you put in was false?
8        A   Yes.
9        Q   And were any charges brought against you for
10   making false statements or dishonesty?
11       A   No.
12       Q   Did you, you're having all these communications
13   with people on the day before the hearing?
14       A   Uh-huh (affirmatively).
15       Q   Did you have any communications with
16   Mr. Grantham the day before the hearing?
17       A   Not that I can recall.
18       Q   Did you have any other communications about Jeff
19   Grantham on that day?
20       A   Not that I can recall outside the hearing.
21       Q   Well, the day I'm referring to, the day before
22   the hearing would be July 26th of 2017.  Did you have some
23   communications about Jeff Grantham on that day --
24       A   That was --
25       Q   -- with others?

Page 96

1        A   That was the day of the clown joke.
2        Q   Correct.
3        A   Yes.
4        Q   And who did you have communications with that
5    day about Mr. Grantham?
6        A   General foreman Drew Hale and my boss Rebecca.
7        Q   What discussions did you have with them?
8        A   We just told them the extent of the phone
9    conversation, the joke that was made.
10       Q   After you spoke with Ms. Gardner, your boss, did
11   you speak to anybody else about the clown joke?
12       A   With Drew Hale.
13       Q   Anybody else?
14       A   I can't recall who I talked to.
15       Q   At some point that day were you asked to write
16   down the details of the morning safety briefing and what
17   you were accusing Jeff Grantham of having said?
18       A   Yes.
19       Q   Who asked you to do that?
20       A   Rebecca Gardner.
21       Q   Let me show you what's been marked as
22   Exhibit 13.  Is this a copy of the written statement that
23   you gave Ms. Garner following her instructions that you
24   write out the details of that call?
25       A   Yes.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Brian Murray                                                  5/4/2021

Page 97

1    Q   And the statement concerns comments that you
2  accuse Jeff Grantham of making on July 26th, the day before
3  the disciplinary hearing into the train delay?
4    A   Right.
5    Q   And you accused him of making those comments on
6  a morning safety briefing call?
7    A   Correct.
8    Q   Were you on that call?
9    A   Yes, I was.
10   Q   Are those calls recorded?
11   A   I'm not sure if they are recorded or not.
12   Q   How many people were on that call?
13   A   All the car inspectors in all three locations.
14   Q   So how many people?
15   A   I'm trying to add them up in my head.  Six, 12,
16  roughly 17 to 18 people, 17 to 20 people.
17   Q   Where did you participate from?
18   A   From the yard.
19   Q   Where in the yard?
20   A   From my truck.
21   Q   Was anyone with you?
22   A   No.
23   Q   And what comments did you accuse Jeff Grantham
24  of making following that call?
25   A   That he made a joke of, let's see where it's at.

Page 98

1  When you're being attacked by a bunch of clowns, go for the
2  juggler.  That was the word.
3    Q   And how did you react when you heard that?
4    A   It was kind of odd, I guess.
5    Q   Why did you think it was odd?
6    A   Well, I mean, why would you be having jokes on a
7  safety call, you know, the day before, if it's coming from
8  Mr. Grantham the day before his scheduled hearing?  You
9  know, that's kind of, could be taken as a threat by some.
10   Q   Was it taken as a potential threat of workplace
11  violence by you?
12   A   No, not knowing, I mean, knowing Jeff, I know it
13  was out of character, you know, just something that
14  wouldn't be tolerated.
15   Q   Out of character for Jeff Grantham?
16   A   Well, just out of character for anybody to make
17  a joke like that going into a hearing, not just Grantham.
18   Q   And you keep mentioning that he's going into a
19  hearing.  So did you believe that Jeff Grantham was saying,
20  Hey, the officials who are bringing these charges are a
21  bunch of clowns and you have to go for the juggler?
22   A   Very well could have been, yes.  That's the way
23  I took it.
24   Q   And what time was the safety briefing call?
25   A   At 0700.

Page 99

1    Q   And where was Jeff Grantham during this call?
2    A   He should have been on B tower is where he
3  reports to.
4    Q   How many other people would have been on the
5  call at the B tower?
6    A   Normal day, two to three people.
7    Q   Well, given that you believe this could have
8  been a threat of workplace violence, what actions did you
9  take?
10   A   I reported it to my supervisor.
11   Q   Did you drive to the B tower?
12   A   No.
13   Q   Did you contact Jeff Grantham?
14   A   No.  I contacted my supervisor.
15   Q   Did you contact her immediately after the call?
16   A   Yeah, I would say I did.  I mean, it was
17  something like that.
18   Q   And did you express your concern that this is
19  the potential of a workplace vi- -- threat of workplace
20  violence?
21       MR. STEWART:  Object to the form.
22       THE WITNESS:  I told her what the call
23   consists of and, you know, the rest is up to her.
24  BY MR. BURGE:
25   Q   And so is the answer no, you didn't tell her

Page 100

1  your concerns about the potential that this was a threat of
2  workplace violence?
3    A   No.  My answer was I reported the call to my
4  supervisor.
5    Q   And my question is whether or not as part of
6  that report, did you include any concerns that you had that
7  there was the potential that what was said was a threat of
8  workplace violence?
9    A   I would say it was more of a respect, disrespect
10  towards management.  I mean, I'm not really scared of
11  Mr. Grantham.  So I reported it as just that.
12   Q   So did you tell your superior that you believed
13  that the telling, by telling this joke, Mr. Grantham had
14  been disrespectful to management?
15   A   Yes.  I mean, in a roundabout way.  Way before I
16  would say it was workplace violence.
17   Q   And it would be disrespectful to call the
18  managers there a mob of clowns?
19   A   Yes.
20   Q   And what course of action did you and
21  Ms. Gardner decide upon?
22   A   I didn't decide upon.  I just reported what
23  happened with my statement and my direct report statement
24  to Ms. Rebecca, and from there I was out of it.
25   Q   Did you see Mr. Grantham at all that day?

25  (Pages 97 to 100)

Brian Murray                                                    5/4/2021

Page 101

1    A   No.
2    Q   Did you consciously try to avoid him?
3    A   No.
4    Q   Did you work that same shift?
5    A   Yes.
6    Q   Was Mr. Grantham pulled out of service that day?
7    A   The day that he made the clown joke, no, I don't
8    think he was.
9    Q   CSX just let him go on and work that whole
10   shift, right?
11   A   That's correct.
12   Q   Let me show you what I'll mark as Exhibit 14.
13   And can you tell me what that document is?
14   A   It's an incident report written by CSX Police
15   Agent Bryan Robbins.
16   Q   Have you seen this before?
17   A   Yes.
18   Q   Do you see where it says that on Thursday,
19   July 27th, 2017 at about 8:55 hours, I stood by A-Tower in
20   my office in reference to assisting the car department with
21   an employee investigation.  This was done at the request of
22   Brian Murray, who is the CSX car shop general foreman.  I
23   was asked to remain out of sight but close by in case the
24   employee became out of control so that I could respond
25   quickly if needed.

Page 102

1        Did you see that part?
2    A   Yes, I did.
3    Q   And do you agree that you were the person who
4    asked the CSX police to be nearby during the investigation
5    hearing?
6    A   Yes.
7    Q   And do you agree that you asked them to remain
8    out of sight but close by in case Mr. Grantham became out
9    of control so they could respond quickly if needed?
10   A   That was his choice was to remain out of sight.
11   Out of sight.
12   Q   You didn't care whether they were in sight or
13   out of sight?
14   A   Yeah.  That's -- we just request them when we
15   have somebody like that, you know, or a hearing.  It's not
16   uncommon to have an agent stand by at any time.
17   Q   Somebody that you're worried about becoming out
18   of control?
19   A   Any employee that you're having a hearing with,
20   you can request this.
21   Q   You can, but you don't always do that?
22   A   Only two times I've been in a situation I've
23   requested an officer, yes.
24   Q   And what was the other occasion when you've
25   requested an officer?

Page 103

1    A   When another carman was pulled out of service
2    for, by another manager.
3    Q   For what?
4    A   By another manager.
5    Q   For what?
6    A   I would have to look and see what it was.
7    Q   Who was the other carman that you requested a
8    police officer to be nearby during the investigation?
9    A   His last name is Sweat.
10   Q   Dave Sweat?
11   A   I think that's right.
12   Q   And did you have the police come and escort
13   Mr. Sweat off the property when he was pulled out of
14   service?
15   A   No, I did not.  They were just notified.
16   Q   Was that in connection with, the charge against
17   Mr. Sweat in connection with bad ordering a car on an
18   inbound inspection?
19   A   I would have to go back and look and see.  I was
20   not the charging officer on that.
21   Q   The request to the police to be on standby for
22   this investigation or formal hearing came after you heard
23   someone say the clown joke?
24   A   Yeah.  That would have been, yeah, at 8:55.  The
25   morning call was at 0700.

Page 104

1    Q   Had you ever known Mr. Grantham to become out of
2    control?
3    A   No.
4    Q   Had you ever known him to be violent?
5    A   No.
6    Q   But after hearing the clown joke, you were
7    concerned enough to contact the police?
8        MR. STEWART:  Object to the form.
9        THE WITNESS:  That's what I just, I just
10   answered that.  It has nothing to do with the
11   clown joke or anything like that.  When you're
12   having a hearing, it's not uncommon for a manager
13   to request a police be close just in case
14   something was to happen.
15   BY MR. BURGE:
16   Q   You say not uncommon but my understanding is
17   you've only done it twice?
18   A   That's because I've only been involved with, you
19   know, a handful of hearings like this.
20   Q   Do you have any personal knowledge of the
21   frequency with which railroad police have been asked to
22   stand by during an employee hearing?
23   A   No, none.
24   Q   But you thought that the statement about clowns
25   and going for the juggler was disrespectful to management

Page 105

1    at CSX?
2        A   Yes.
3        Q   On July 26, 2017 after that call, did you
4    express any shock or about the clown joke being said?
5        A   I wouldn't say shocked.  You know, I'm not real
6    thin-skinned, so no, I wouldn't say I was shocked.
7        Q   Did you express any disbelief that you couldn't
8    believe that Jeff Grantham would say something like that on
9    a morning safety call?
10       A   Again, I mean, I wasn't shocked.  I wasn't
11   scared.  I just reported it to my manager.
12       Q   Did you make comments during that day in the
13   presence of others that you couldn't believe that Jeff
14   Grantham had made the clown comments?
15       A   No idea.  I wouldn't think I would, but...
16       Q   Do you recall being told by others that day that
17   they didn't think it was Jeff Grantham that had said that?
18       A   No, I do not.  Not that day.
19       Q   So we let Grantham work that whole shift after
20   the clown joke is told and we let him go through the whole
21   disciplinary hearing with the police in the wings, right?
22       A   With the police, I mean, he didn't know anything
23   about the police.  Yes.
24       Q   And did Jeff Grantham get out of control at the
25   hearing?

Page 106

1        A   No.
2        Q   I mean, he never attacked you or any other
3    manager, did he?
4        A   No.
5        Q   He never made any threats towards you?
6        A   No.
7        Q   And CSX waited until after that hearing ended
8    and Jeff Grantham was leaving the building where the
9    hearing was held to advise him that he was being held out
10   of service pending disciplinary investigation, correct?
11       A   Correct, yes.  But I was not involved in that.
12       Q   Yeah.  You asked Gus Thoele to do it?
13       A   No, I didn't ask anybody to do it.  I was not
14   involved in the decision to pull him out of service.  I
15   didn't even know he was getting pulled out of service.
16       Q   So the decision to pull him out of service was
17   Rebecca Gardner's?
18       A   Yes.  It would have been above me.  I don't make
19   decisions to pull people out of service.
20       Q   So Jeff Grantham gets pulled out after the
21   disciplinary hearing has concluded on July 27, 2017, right?
22       A   Correct.
23       Q   And you're aware that CSX issued formal
24   disciplinary charges against Mr. Grantham for that clown
25   joke that was told on the safety briefing call on

Page 107

1    July 26th?
2        A   Not after, not until after it had already
3    happened, no.
4        Q   But you're aware that CSX issued formal
5    disciplinary charges against Jeff Grantham for the clown
6    joke told during the --
7        A   Yes, yes.
8        Q   The call?
9        A   Yes.
10       Q   I'll show you Exhibit 15.  Can you tell me what
11   that is?
12       A   Notice of hearing.
13       Q   That's the charge letter, isn't it --
14       A   That's correct.
15       Q   -- for the clown joke?
16       A   Yes.
17       Q   And when is it dated?
18       A   July 28th.
19       Q   It accuses Jeff Grantham of making disrespectful
20   comments?
21       A   Yes.
22       Q   You're copied on that charge letter, aren't you?
23       A   That's correct.
24       Q   And you were told to arrange to be present as a
25   witness?

Page 108

1        A   Correct.
2        Q   And when the letter goes out on July the 28th,
3    CSX has already removed Jeff Grantham from service the day
4    before, right?
5        A   Correct.
6        Q   And the letter notes that Mr. Grantham is going
7    to be held out of service pending the outcome of the
8    hearing that's scheduled for -- what's that date?
9        A   August the 2nd, 2017.
10       Q   So he's going to be held out of service until,
11   at least until that hearing, correct?
12       A   Yes.
13       Q   And you're aware that CSX convened that
14   disciplinary hearing against Jeff Grantham on August the
15   2nd, correct?
16       A   You mean scheduled the hearing?
17       Q   That they convened it.  They opened it?
18       A   Yes.
19       Q   And did you attend it?
20       A   Yes.
21       Q   Now, when that hearing was convened, you and
22   other managers at CSX already knew that Jeff Grantham had
23   been wrongly accused?
24       A   Correct.
25       Q   You already knew that Jeff Grantham did not tell

Brian Murray                                                5/4/2021

Page 109

1   the clown joke?
2        A   Correct.
3        Q   You already knew that Jeff Grantham never said a
4   word on that morning call on July 26th of 2017?
5        A   Correct.
6        Q   You knew who had made the clown joke, correct?
7        A   Correct.
8        Q   You knew that Chad Moore had been the person who
9   told the clown joke, correct?
10       A   Correct.
11       Q   And you knew that CSX had a statement from Chad
12  Moore admitting that he had been the person telling the
13  clown joke?
14       A   Correct.  And when I was given the statement --
15       Q   And Exhibit 16 that you have there, is that a
16  copy of Chad Moore's handwritten statement?
17       A   Yes.
18       Q   So Rebecca Gardner had asked you to get a
19  statement from Chad Moore when it became known that he had
20  told the clown joke and that Jeff Grantham had been wrongly
21  accused, correct?
22       A   Correct.
23       Q   And you were the person who got the statement
24  from Chad Moore, correct?
25       A   Correct.

Page 110

1        Q   And Chad Moore gave you that statement on what
2   day?
3        A   July the 27th.
4        Q   The same day that Jeff Grantham was removed from
5   service, correct?
6        A   Correct.
7        Q   The day before the charge letter was issued?
8        A   Correct.
9        Q   And did you communicate with Jeff Grantham
10  between when he was pulled out of service for the clown
11  joke and when that hearing against him was convened the
12  following week?
13       A   Yeah.  I apologized to him.
14       Q   When?
15       A   It was after the hearing.  When it came out,
16  well, I'm sorry.  This would have been on the hearing
17  when Chad actually, we went to the hearing, would have been
18  on August 2nd when I apologized to Jeff.
19       Q   So between the time when he's pulled out of
20  service and when the hearing is held, do you have any
21  communications with him?
22       A   No, sir.
23       Q   But for virtually that entire time, you know
24  that he has been wrongly accused?
25       A   Oh, yeah.  Yeah.

Page 111

1        Q   And did you ask anyone to put him back in
2   service?
3        A   That's all I can do is give my supervisor, just
4   like pulling them out, I can't reinstate them.  I can give
5   them the statement from Chad and that is above me.
6        Q   Were you surprised that CSX did not reinstate
7   Mr. Grantham after Chad Moore gave the statement on
8   July 27th and continued to pursue a formal disciplinary
9   hearing?
10       A   Well, they, once you pull someone out, typically
11  it goes to the hearing before they are reinstated.  They
12  have got to, I guess, go through the process.
13       Q   Do you know of any manager who contacted Jeff
14  Grantham to let him know during this period of time that
15  he's been held out of service pending a discipline hearing,
16  that CSX is aware that the accusations that it has made
17  against him are false?
18       A   I don't know.
19       Q   Was Chad Moore pulled out of service after he
20  admitted in writing that he is who told the clown joke?
21       A   No, he was, the same thing.  He was charged.
22  There was charges brought against him by, I believe
23  Ms. Gardner.
24       Q   Was he held out of service?
25       A   Not to my knowledge, no.

Page 112

1        Q   But Jeff Grantham was kept out of service after
2   Mr. Moore admitted to the clown joke in writing?
3        A   Correct.
4        Q   Can you understand how someone could be upset by
5   being falsely accused of making disrespectful comments or
6   threats of workplace violence?
7        A   Yes.  Which is why I apologized to him and shook
8   his hand.
9        Q   After he had been held out of service for a
10  week?
11       A   That's the first time I saw him since it had
12  happened.
13       Q   And you made no efforts to contact him during
14  that time?
15       A   We're really not supposed to contact employees
16  who have been taken out of service.
17       Q   Even when you know they have been falsely
18  accused?
19       A   That's out of my hands.  I didn't say it was
20  right.  It's just out of our hands.  You don't contact
21  employees who are pulled out of service.
22       Q   Before sending that statement to Rebecca Gardner
23  on the afternoon of the 26th claiming that Jeff Grantham
24  told the clown joke, did you ever try to make sure that you
25  had your facts straight by talking to Mr. Grantham or

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Brian Murray                                          5/4/2021

Page 113

1  anyone else who had been at his location during that call?
2      A   No.  I talked with the manager that was on duty
3  running the call, Drew Hale.
4      Q   If Jeff Grantham had not been facing
5  disciplinary charges, would he have been pulled out of
6  service for telling a clown joke?
7          MR. STEWART:  Object to the form.
8          THE WITNESS:  That's not my call.  That's
9      above me.
10 BY MR. BURGE:
11     Q   Have you ever known anyone before Jeff Grantham
12 to be pulled out of service for telling a joke on a morning
13 hookup call?
14     A   No, but I'm only part of a small percentage of
15 morning hookups.
16     Q   You're on the ones in Waycross?
17     A   Yeah.
18     Q   But you've never known anyone in Waycross to be
19 pulled out of service for telling a joke?
20     A   No.
21     Q   Only Mr. Grantham?
22     A   Correct.
23     Q   Who was facing charges for a train delay?
24     A   Correct.
25     Q   A delay of a train that he had inspected, right?

Page 114

1      A   Uh-huh (affirmatively).
2      Q   Correct?
3      A   Correct.
4      Q   And found four bad order cars, correct?
5      A   Correct.
6      Q   That needed to be set out?
7      A   Correct.
8      Q   Were you present at the hearing when
9  Mr. Grantham testified?
10     A   No.
11     Q   Were you aware that he said he never refused the
12 work of Mr. Hickcox or King?  Were you aware of that?
13         MR. STEWART:  Object to the form.
14         THE WITNESS:  (Shakes head negatively).
15 BY MR. BURGE:
16     Q   Did you know that he had stated that Mike Jones,
17 the lead man, had called looking for assistance and he had
18 received that call before Mr. Hickcox and Mr. King arrived?
19     A   I didn't.
20         MR. BURGE:  I think that's all I have got
21     for this part.  If we want to take a break and
22     then turn to whatever these other topics are.  If
23     you want to look and see.
24         THE VIDEOGRAPHER:  Going off the video
25     record at 13:57.

Page 115

1          (Off the Record)
2          THE VIDEOGRAPHER:  We're back on the record.
3      It's 2:04.
4  BY MR. BURGE:
5      Q   Turning to the matters of examination in
6  Exhibit 1, I think we have covered a number of the things
7  that you are, a number of the topics that you've been
8  designated by CSX to testify on its behalf about.  But
9  we'll go through them and see if there's anything in
10 addition to what you've already testified about.
11         First, in answer to the first one, are you aware
12 of any instructions or directives that limit the time or
13 concern the time for performing a Class 1 brake test by
14 outbound car inspectors?
15     A   Just in a safe and timely manner.
16     Q   So nothing specific about you have a certain
17 amount of time to inspect a train of this length or that
18 length?
19     A   Correct.
20     Q   And am I correct that retests are expected of
21 the carmen?
22     A   Yes.
23     Q   And that retests will add to the time it takes
24 them to get the blue flags down?
25     A   Yes.

Page 116

1      Q   And the retest is because they have found bad
2  orders, correct?
3      A   Correct.
4      Q   Involving brakes, correct?
5      A   Correct.
6      Q   And that is going to add to the time it takes
7  them, correct?
8      A   Correct.
9      Q   Do you know whether or not Mr. Grantham had ever
10 been specifically told that he had to have the blue flags
11 down 30 minutes before the train's scheduled departure time
12 regardless of whether he found bad orders, regardless of
13 whether it would require foregoing a retest of the brakes?
14         MR. STEWART:  Objection to the question as a
15     30(b)(6).  I have got no problem with you asking
16     him that question in his personal capacity, but
17     you're asking for his personal knowledge about
18     specific instructions to Mr. Grantham.
19 BY MR. BURGE:
20     Q   And subject to that objection, can you tell me?
21     A   Uh-uh (negatively).
22         MR. STEWART:  Do you understand what he's
23     asking you about?
24 BY MR. BURGE:
25     Q   Whether or not Mr. Grantham --

                                    29  (Pages 113 to 116)

Brian Murray                                                      5/4/2021

---

Page 117

1    A   I mean, yes, the --
2    Q   -- was ever told?
3    A   Well, I mean, every carman there knows, and
4  every yard that CSX has, every yard is governed by a yard
5  operating plan, that is, a scheduled spot time, build time,
6  and it encompasses transportation and mechanical as well.
7  I mean, transportation has to have a bowl cutoff time, a
8  build complete time.
9    Q   And was Mr. Grantham ever told he had to have
10  the blue flags down 30 minutes before the train's scheduled
11  departure time regardless of what he found during his
12  inspection?
13       MR. STEWART:  Same objection as to
14       communications directly to the plaintiff.  You can
15       answer if you have personal knowledge of that.
16       THE WITNESS:  The carmen in every yard is
17       familiar with the yard operating plan.  They know
18       what our scheduled flag off times are.
19  BY MR. BURGE:
20    Q   And are there any instructions to carmen that
21  they are to have the flags off at that time regardless of
22  what they find?
23    A   No, not regardless of what they find.  It's you
24  complete --
25    Q   So --

---

Page 118

1    A   -- an inspection in a safe and efficient manner.
2  And all this is built into that yard operating plan.
3    Q   Okay.  Now, I believe we've already talked about
4  the purpose of Class 1 brake test, which is topic number 2.
5  And that's to make sure that the train goes out with one
6  hundred percent operating brakes?
7    A   Correct.
8    Q   That's for safety?
9    A   That's correct.
10    Q   Number 3 asks about factors that can affect how
11  long it takes to complete a Class 1 brake test.  What are
12  those factors?
13    A   Most of the factors are different type cars, the
14  length of the train, the air supply and the temperature.
15    Q   When a car is spotty, when a track is spotty can
16  affect when the work can begin, correct?
17    A   Correct.  But that's not how long it takes to
18  complete the Class 1 once it's started.  I'm going by from
19  the time you start until you finish.
20    Q   So the number of cars is a factor because of the
21  number of air hoses that have to be buckled?
22    A   Correct.
23    Q   The number of bad orders that are found, if
24  there's bad order bowl damage, that can affect the time it
25  takes to perform an outbound?

---

Page 119

1    A   Yes.  Bowl damage, not no-sets.  You know,
2  you've got damage that you would have to apply a runaround
3  hose.  Naturally, that would take a little bit longer.  But
4  just because you don't have no brakes or no sets or brakes
5  cut out, that still allows that air to flow through your
6  train line to the rest of the cars.
7    Q   Brake defects that are discovered can affect how
8  long it takes, correct?
9    A   For resets, yes.
10    Q   Allowing the power and transportation to come in
11  and couple to the train during an inspection, that can
12  affect how long it takes?
13    A   Yes.
14    Q   Certainly the number of inspectors we've
15  mentioned can affect some facets of an inspection, correct?
16    A   Yeah, any time -- three is better than one.
17    Q   Whether a retest is required is a factor?
18    A   Yes.
19    Q   And whether re- -- whether multiple retests are
20  performed is a factor?
21    A   Yes, up to two.
22    Q   And all of these factors are outside the
23  carman's control, correct?
24    A   Correct.
25    Q   Number 4, CSX stipulates that the outbound

---

Page 120

1  inspections in the south yard was a three-man job, correct?
2       MR. STEWART:  In the month of June 2017?
3       MR. BURGE:  Correct.
4       MR. STEWART:  I think the stipulation I sent
5       you, just to be clear, during the month of
6       June 2017, CSXT generally assigned three carmen to
7       work in the south forwarding yard during first
8       shift.
9  BY MR. BURGE:
10    Q   Number 5 deals with staffing decisions and you
11  had mentioned earlier that the general foreman on the prior
12  shift would determine whether it was going to be necessary
13  to fill the vacancy created by Eddie Teston's absence.
14       MR. BURGE:  Do y'all, does CSX stipulate
15       that we can incorporate that earlier testimony as
16       to this subject to CSX?
17       MR. STEWART:  The factors they consider for
18       staffing decisions?
19       MR. BURGE:  Correct.  Well, it's actually
20       asking specifically about the staffing decisions
21       that affected the number of carmen working on that
22       day during this shift.
23       MR. STEWART:  I don't know that we will
24       stipulate.
25

---

Brian Murray                                                    5/4/2021

Page 121

```
 1   BY MR. BURGE:
 2       Q   I'll go ahead and ask you again.  As to topic 5,
 3   dealing with the staffing decisions for the number of car
 4   inspectors working at Rice Yard in Waycross on this
 5   particular day in June of 2017, who made the staffing
 6   decisions?
 7       A   The manager before each shift and that's based
 8   on traffic.
 9       Q   Just as we had discussed earlier in your
10   deposition?
11       A   Correct.
12       Q   Correct?
13           Do you have a copy of the Waycross outbound plan
14   that was in effect for that day?
15       A   Yes, we do.
16       MR. STEWART:  You have got it.
17       THE WITNESS:  Right here.  It's the whole
18   month.  June the 30th?
19   BY MR. BURGE:
20       Q   Is that the same as a yard operating plan, an
21   outbound plan?
22       A   Yes.
23       MR. STEWART:  And Tucker, just to be clear,
24   when we discussed this back on January 22nd,
25   because I documented my e-mail, this was one that
```

Page 122

```
 1   we discussed that if we provided the yard
 2   operating plan, that would satisfy this particular
 3   topic as well as number 7, 15, 16, and 17.
 4   BY MR. BURGE:
 5       Q   Is the document that you're looking at there, is
 6   that a document that CSX personnel generated?
 7       A   Yes.
 8       Q   Do you know who at CSX generated that document?
 9   I ask because it looks like some kind of a...
10       A   It's entered into our YES, our Yard Enterprise
11   System by yardmasters or trainmasters.  But each one of
12   these times that you're showing your flag on actual, that
13   is populated through our MTI handheld.
14       Q   What does the yard operating plan for June 30,
15   2017 show as the reason for the train delay of Q25130?
16       A   LMU.
17       Q   What does that mean?
18       A   Late makeup.
19       Q   What does the makeup of a train?
20       A   Transportation.
21       Q   So that wouldn't have anything to do with
22   Mr. Grantham?
23       A   Not according to late makeup.  But if you look
24   at Mr. Grantham's, you know, back to our other mechanical
25   train inspection, the scheduled spot time for the Q251 is
```

Page 123

```
 1   11:35.  According to Mr. Grantham's own exhibit on the time
 2   for the Q251, that train was spotted an hour and 25 minutes
 3   earlier than what it was scheduled to be spotted.
 4       Q   It was spotted at what time?
 5       A   On this document, on the S document, there is no
 6   scheduled spot time posted.  On the mechanical document,
 7   the MTI, that is created by mechanical and controlled by
 8   the car inspectors themselves.  The track ready time for
 9   Q251 was at 10:10 in the morning.
10       Q   And what was Mr. Grantham doing at that time?
11       A   He was on his other inspection with the Q455.
12       Q   Doing what he was supposed to do, right?
13       A   That's right.
14       Q   So the, according to the yard operating plan,
15   the reason for the train delay was LMU --
16       A   Correct.
17       Q   -- or late train makeup by transportation,
18   right?
19       A   Correct.
20       Q   And according to that document, how late was the
21   train's departure?
22       A   Two hours and two minutes.
23       Q   It left the yard two hours and two minutes after
24   Mr. Grantham dropped the blue flags?
25       A   Correct.
```

Page 124

```
 1       Q   Topic number 8 about instructions that CSX
 2   management issued to Mr. Grantham on June 30, 2017, do you
 3   know of any instructions that he was given by a CSX manager
 4   other than to the instructions to inspect Q255, to complete
 5   the roll by of Q255, and to inspect and test Q251?
 6       MR. STEWART:  I think you meant 455.
 7       THE WITNESS:  455.
 8   BY MR. BURGE:
 9       Q   Excuse me, 455.  I did mean that.
10       A   His, as far as instructions daily, our
11   instructions are work safe and effective.  There is no
12   going to carman 1 and carman 2 and telling them different
13   instructions day after day.  They all know what they have
14   to do at each location.
15       Q   Okay.  So in answer to this topic, do you know
16   of any instructions that Mr. Grantham was specifically
17   given on that day by CSX management beyond the instructions
18   to inspect and test Q455, complete the roll by that
19   Mr. Bartram had started on 455, and to inspect Q251?
20       A   No.
21       Q   And as far as number 9, I asked about CSX's
22   knowledge when it charged and disciplined Mr. Grantham.  Is
23   its knowledge limited to what is contained in the hearing
24   transcript and exhibits?
25       A   And the statements, yes, sir.
```

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Brian Murray                                                    5/4/2021

Page 125

1    Q    And the statements are exhibits, correct?
2    A    Yes, sir, that's correct.
3    Q    Topic 10, what equipment tools and personal
4  protective equipment must car inspectors have when
5  performing outbound inspections and Class 1 break tests as
6  of June of 2017?
7    A    As far as their personal protective equipment is
8  vests, hardhats or bump caps, gloves, steel-toed boots and
9  a vest and safety glasses.  Their equipment would be their,
10  you know, their Kubota that they use to ride up and down
11  the tracks with, the timer tester and air hose gaskets in
12  case you find a leaking air hose.
13    Q    And?
14    A    The brake shoes if they find brake shoes that
15  are worn, a watch to be able to, with a second hand to be
16  able to tell, you know, a minute brake test or a three-
17  minute reset.  Radios.
18    Q    Why are radios necessary?
19    A    Communication.
20    Q    If somebody came to help with a brake test and
21  they didn't have a radio, they wouldn't be allowed to
22  safely do that job, would they?
23    A    Yeah.  I mean, they are side by side.  There has
24  been many times that people -- do we prefer them to be
25  without it?  Probably not.  But they can perform their

Page 126

1  duties without a radio because they are usually side by
2  side watching their brakes.  So two men are together.
3    Q    You mentioned brake shoes.  Do outbound car
4  inspectors that find worn brake shoes as part of their
5  work, are they to replace those?
6    A    If they find them, yes, sir.
7    Q    And that can take some time, correct?
8    A    To replace a brake shoe?  Yeah, roughly
9  30 seconds.
10    Q    Well, you have to take the key out, take the old
11  one out.
12    A    About 30 seconds.
13    Q    Put the new one in, reapply the key, take the
14  old one, put it in the buggy so you can put it in the scrap
15  barrel later?
16    A    If they do that.  Most carmen don't pick them
17  up.  But yes, about 30 seconds.
18    Q    The last, the last time you and I met was for
19  somebody who had a torn meniscus --
20    A    Stepped on a brake shoe.
21    Q    The right thing wasn't done.
22    A    Yeah.
23    Q    Now, number 11, is the makeup of train Q25130,
24  is that, do you have any information about that train other
25  than what's in the MTI report?

Page 127

1    A    Besides what may be shown here in your yard
2  operating plan.  You know, it tells you how many cars it
3  is.
4    Q    About the makeup of the train?
5    A    It just tells you what the makeup is, the MTI
6  form.  That's your train car makeup.
7    Q    Okay.  That would have the consist in the order
8  of the cars and so forth?
9    A    Yes, yes.
10    Q    As far as the number 12, the facts known to CSX
11  concerning the bad order equipment defects that Jeff
12  Grantham reported for that train, Q25130, are those facts
13  that there were four cars?
14    A    Yes.  All that is listed in the Exhibit 4 of the
15  MTI.
16    Q    And that they all had bad brakes?
17    A    Yes.
18        MR. STEWART:  Yeah --
19  BY MR. BURGE:
20    Q    So they all had to be switched?
21    A    Repaired, yes, sir.  Set out and repaired.
22        MR. STEWART:  Tucker, just for the record,
23  we produced the repair records for the cars.
24        THE WITNESS:  Yeah.
25        MR. STEWART:  That's 2 -- CSX 215 to -- or

Page 128

1  2015 to 2023.
2        MR. BURGE:  Is that something that we need
3  to go into?
4        MR. STEWART:  I don't -- I'm happy to --
5        MR. BURGE:  I believe he's already agreed
6  that it was brake defects on all these cars and
7  that they --
8        THE WITNESS:  Yeah, that's just repair --
9        MR. BURGE:  -- needed to be repaired.
10        MR. STEWART:  The only reason I add is to
11  make sure the record is complete because whenever
12  you say something about all facts and things like
13  that, I just want the record to be complete.
14        MR. BURGE:  Well, thank you.
15  BY MR. BURGE:
16    Q    I asked you earlier about the facts that you
17  knew about the movements of train 251 within the yard on
18  that day and we know that there was, according to the yard
19  plan, there was a late makeup of switching the cars into
20  track, into the outbound track to be inspected, right?
21        MR. STEWART:  Object to form.
22        THE WITNESS:  We have other stuff over here
23  that showed that it was ready before.  The train
24  was spotted, created by mechanical people
25  themselves.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Brian Murray                                                    5/4/2021

Page 129

1    BY MR. BURGE:
2        Q   So there's inconsistent information between the
3    yard plan saying that there was a late makeup?
4        A   There is no time in the yard operating plan for
5    several trains that day for some reason.
6        Q   Well, looking at number 13, the facts known,
7    what do we know about the movements of the train that day
8    inside the yard?
9        A   Well, the 251, it became a 251 when we they put
10   the power on the train at whatever time Mr. Grantham was
11   doing the inspection.
12       Q   Okay.  And what do we know from that point until
13   it left the yard, what movements it made?
14       A   Set out four bad order cars.
15       Q   Any other movements that we know of other than
16   those associated with setting out the bad orders?
17       A   It would have departed the yard.
18       Q   And if Mr. Grantham not reported the equipment
19   defects, it would have left the yard earlier than it did?
20       A   If he hadn't have found them, I mean, but the
21   thing is, he found the defects.  That's his job is to find
22   the defects.
23       Q   But again, just the answer to my question, the
24   Q251 would have left earlier than it did had Mr. Grantham
25   not reported the four cars with brake issues?

Page 130

1        MR. STEWART:  Let me just object.  This is
2    beyond the scope of topic 13.  I think he's
3    already answered it in a personal capacity, and he
4    can answer it in his personal capacity, but that's
5    a question beyond the scope of 13.
6        MR. BURGE:  I'm asking all facts known
7    concerning the movements.
8        MR. STEWART:  Right, and he's answered --
9        THE WITNESS:  (Unintelligible).
10       (Speaking over one another)
11       MR. STEWART:  Wait, just hang on, Brian.
12   He's answered your question regarding the
13   movements that were known of that train between
14   the time it became a train and it then departed
15   the yard as shown in the documentation.  And so
16   you're asking him a hypothetical that goes, that
17   is not the facts concerning the movements.  And he
18   can answer that in his personal capacity but not
19   as a representative of CSX.
20       MR. BURGE:  Well, I asked him to answer and
21   we'll let the court figure out whether all facts
22   known to CSX concerning the movement --
23       MR. STEWART:  But you're not asking him
24   about a --
25       MR. BURGE:  -- is inclusive of this.

Page 131

1        MR. STEWART:  You're not asking him about a
2    movement of the train.
3    BY MR. BURGE:
4        Q   Well, the train could first leave the track
5    where it was inspected when the blue flags went down,
6    correct?
7        A   When the blue flags went down, yes.
8        Q   And that was at 14:30, correct?
9        A   Correct.
10       Q   And we know that it did not leave until 16:32,
11   two hours later, correct?
12       A   Correct.
13       Q   And do we know of any movements that that train
14   made other than setting out the four bad order cars?
15       A   He departed the yard.
16       Q   And as far as the time between the two hours and
17   two minutes between the departure time schedule and the
18   actual departure time, do we know of it doing anything
19   other, does CSX know of it doing anything else other than
20   setting out the bad orders that were reported by Jeff
21   Grantham?
22       A   No.
23       Q   Did train Q251 make any movements that were not
24   related to the bad order cars that Jeff Grantham reported
25   between the time when the blue flags were dropped and the

Page 132

1    time it actually departed?
2        A   That's the departure.  I mean, that was --
3    departure is a movement.  That's the only movement it made
4    other than setting out the bad orders.
5        Q   So other than setting out the bad orders, the
6    train made no movements, no other movements between its
7    scheduled departure time and its actual departure time?
8        A   No, I mean he -- the train traverses up the
9    track to get out of the yard and when he hits his departure
10   scan, so he's traversing from F11, I believe it was, up to
11   this point, so he's --
12       MR. STEWART:  Okay.
13   BY MR. BURGE:
14       Q   And how far is it from the F11 to the departure
15   scan?
16       A   Half mile.
17       Q   Number 14, the delayed departure from Rice Yard
18   was 2 hours and 2 minutes?
19       A   That's correct.
20       Q   And what were the, all of the reasons for that?
21       A   The train, according to us, was spotted at
22   10:10.  We know there was four bad orders in it.  That was
23   part of it.  It's not all of it.  One person working that
24   track instead of three people working that track.  That's
25   part of it.  Having to stop and take down the blue flag to

33 (Pages 129 to 132)

Brian Murray                                                        5/4/2021

Page 133

```
 1   let the locomotives get on, that was part of it.  So it's
 2   all contributing factors.
 3        Q   Number 15 asks for records and communications
 4   concerning the delayed departure of that train.  Are there
 5   any records that you know of other than the --
 6        A   The YOB.
 7        Q   The yard profile?
 8        A   No, sir.
 9        Q   Number 16, did you create the documents for the
10   month showing whatever train delays there were the month
11   before?
12        A   Did I create them?
13        Q   Right.
14        A   No.
15        Q   Did you put them in the form that they are in
16   the exhibit that was produced to me late last week?
17        A   This is straight from our yard enterprise
18   system.
19        Q   Did you look at the yard enterprise system
20   yourself?
21        A   I mean, I look at it every day.  That's just one
22   of the things we keep up with.  Every manager looks at the
23   yard enterprise system.
24        Q   And were there train delays during that period
25   of time?
```

Page 134

```
 1        A   Yes.
 2        Q   And what are the reasons for train delays during
 3   that period of time?
 4        A   Let's see.  They can range from air leaks on
 5   locomotives, late inbound power, bad order vent valves on a
 6   car.  They range from any mechanical issue to terminal
 7   delay, no power for on time departures, bad orders.
 8        Q   Setting out bad orders is one of the reasons?
 9        A   That's correct.
10        Q   And you're looking at those documents in the
11   fields that say the reason for the delay?
12        A   Correct.
13        Q   And are there any records or communications
14   concerning train delays for that month other than the
15   documents that you're looking at right now?
16        MR. STEWART:  Hold on just a second.
17   Because this is one where during our conversation,
18   I said if we produced the yard operating plan, you
19   said that would satisfy this topic.  And that's
20   what I'm memorialized in my e-mails to both you
21   and your son, Tucker, Jr.  And that's what we have
22   done rather than make an objection because we
23   reached an agreement on how this would be
24   addressed.
25
```

Page 135

```
 1   BY MR. BURGE:
 2        Q   And my question is whether beyond that if
 3   there's anything else, if there's some other document?
 4        MR. STEWART:  I'm going to object to him
 5   answering that question as representative of CSX
 6   because Tucker, we reached an agreement as I
 7   memorialized in January and sent again on Thursday
 8   of what our agreement was regarding this
 9   particular topic.  As it has been testified to,
10   there are conference calls about train delays that
11   occur.  That's been testified to by everybody, or
12   at least by Ms. Gardner.  And so, you know, we
13   would have made an objection to this topic but for
14   our agreement that the yard operating plan would
15   satisfy this request, this topic request.
16        MR. BURGE:  I'm not going to quibble with
17   you.
18        MR. STEWART:  Okay.
19   BY MR. BURGE:
20        Q   Number 18, what does CSX know about the, what
21   did it know at the time that it charged and disciplined
22   Jeff Grantham about King, Hickcox, and Bartram's work
23   activities?
24        A   There were no charges brought against them.
25        Q   What do they know about their work activities?
```

Page 136

```
 1   Is it anything beyond what you testified to earlier?
 2        A   No.  Mr. Bartram had a family emergency and the
 3   other two continued to work trains.
 4        Q   The other two being King and Hickcox?
 5        A   Correct.
 6        Q   And they were told by you to go at or about
 7   12:15 to go begin working on Q251, correct?
 8        A   Correct.
 9        Q   And according to Mr. King, they didn't get over
10   there until around 1:00 o'clock?
11        A   Around 1:00.
12        Q   Correct?
13        A   Correct.
14        Q   And according to Mr. Grantham, they didn't get
15   there until around 10 or 15 minutes past 1:00 o'clock?
16        A   That's according to his statement, yes, which
17   was still an hour and a half before he was dropping the
18   flags on that track.
19        Q   And it was before the bad orders were
20   discovered?
21        A   Correct.  They could have assisted with that.
22        Q   I saw an e-mail that we talked to Rebecca
23   Gardner about in her deposition where she was concerned
24   from reviewing records that King and Hickcox did not do any
25   work between the time that Ryan Bartram left and 1:40 that
```

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Brian Murray                                              5/4/2021

Page 137

1  afternoon.
2        MR. STEWART:  If he's not going to show it
3  to you, I'll show you a copy of the e-mail.
4        THE WITNESS:  That all goes back to your
5  lead man, what time he enters the times.
6  BY MR. BURGE:
7        Q   Was that an e-mail that you were copied on?
8        A   No.
9        Q   What's the Bates number at the bottom of that?
10       A   987 and 988.
11       Q   So, and what's the date of that?
12       A   July 27th.
13       Q   So that would be the date of the hearing against
14  Mr. Grantham, correct?
15       A   Correct.
16       Q   And before the discipline decision was made?
17       A   Correct.
18       Q   And so at that time at least Ms. Gardner was
19  expressing concern about Mr. King and Hickcox's work
20  activities that day?
21       A   Yeah, it's got all three of her speculations on
22  Mr. King's statement, Mr. Hickcox's statement and
23  Mr. Bartram's statement.
24       Q   Well, we know from the records that Mr. Bartram
25  reports for work and together with Mr. Grantham performs an

Page 138

1  outbound inspection and Class 1 brake test of Q455 and that
2  he begins a roll by inspection of Q455, right?
3        A   Correct.
4        Q   What do we know about what King and Hickcox did
5  that day?
6        A   They were working on their power truck, expedite
7  repair truck.
8        Q   And then you told them to go do something else?
9        A   That's correct.
10       Q   And that was to go work on the Q251, correct?
11       A   That's, yes, sir.  That's what I have already
12  stated before.
13       Q   And CSX knew at the time that it charged and
14  disciplined Mr. Grantham that King and Hickcox did not
15  assist with the inspection of Q251, correct?
16       A   Correct.  They were advised by Mr. Grantham he
17  didn't need them.
18       Q   Well --
19       MR. STEWART:  Let him finish his answer.
20       MR. BURGE:  I move to strike the parts that
21  are nonresponsive.
22  BY MR. BURGE:
23       Q   And do we know, do we know what they did
24  instead?
25       A   They went to the north side after they were

Page 139

1  directed by Mr. Grantham to go to the north side, that he
2  didn't need their help, to get with the lead man there and
3  work another outbound train.
4        Q   When they arrived 45 minutes to an hour after
5  you had instructed them to go to assist with train 251, had
6  Mr. Grantham already buckled all 130 cars?
7        A   I don't know if he did or not.
8        Q   Had he already put on the EOT?
9        A   I don't know about that either, if he had.
10       Q   Other than the assessment that we have looked
11  at, are there any records or communications concerning the
12  decision to bring the disciplinary charges against
13  Mr. Grantham for failing to perform a Class 1 brake test in
14  a reasonable amount of time resulting in delay of train?
15       A   Yes, just all the evidence we've already
16  submitted, correct.
17       Q   Just in terms of records and communications,
18  other than the assessment form, are there any other records
19  or communications concerning that decision to bring charges
20  against him?
21       MR. STEWART:  Are you asking about
22  documents?
23       MR. BURGE:  Yes.
24       MR. STEWART:  Just -- okay.
25       THE WITNESS:  Just none other than what is

Page 140

1  here today.
2        MR. BURGE:  The assessment form.
3        THE WITNESS:  Well, you're saying documents.
4        MR. STEWART:  About the decision to bring
5  disciplinary charges.
6        THE WITNESS:  Oh, no.  Yeah.  No, no.
7  That's all I'm aware of.
8  BY MR. BURGE:
9        Q   Number 20, I was told you were not going to
10  be --
11       MR. STEWART:  That's right.
12  BY MR. BURGE:
13       Q   You had mentioned that as one that you would be
14  covering and then I was told that it was not.
15       A   Correct.
16       Q   Number 21...
17       A   That's not me either, is it?
18       Q   Are you here to testify about the details for
19  carmen and car inspectors that CSX charged with delaying
20  trains in Waycross between January 1st of 2015 and
21  December 31st of 2017?
22       A   No.
23       Q   Do you know of any other carmen or car
24  inspectors who have been charged with delaying a train
25  during that period of time?

35  (Pages 137 to 140)

Brian Murray                                                5/4/2021

```
                                      Page 141
1        A   No, not to my knowledge.
2        Q   Number 22 you didn't say was one that you would
3    be covering and number 23 you did not say was one that you
4    would be covering, correct?
5            MR. STEWART:  Tucker, just for the record,
6        you have withdrawn 22.
7            MR. BURGE:  Okay.
8            MR. STEWART:  And 23 was part of Gus
9        Thoele's examination.
10           MR. BURGE:  Okay.
11   BY MR. BURGE:
12       Q   Number 24, other than the statements and
13   correspondence that you had with Rebecca Gardner and the
14   CSX police, do you know of any other records concerning the
15   decision to bring disciplinary charges against Mr. Grantham
16   for allegedly failing to assist and cooperate with fellow
17   employees by making disrespectful comments when
18   participating in a safety briefing?
19       A   No.  I mean, the only thing is what we submitted
20   here today.
21           MR. STEWART:  Tucker, that would include
22       Rebecca Garner's assessment.
23           MR. BURGE:  Yeah.
24   BY MR. BURGE:
25       Q   The, are those morning safety calls recorded?
```

```
                                      Page 142
1        A   I don't know.  Honestly, I don't know.  I mean,
2    there's a dial-in that you have to dial into but I don't
3    know if they record it.
4        Q   So we're asking for all communications
5    concerning the decision to bring the disciplinary charges,
6    and it's your understanding that that someone other
7    than you?
8        A   Correct.
9        Q   And on behalf of CSX, are you testifying that
10   the person who did make that decision was Rebecca Gardner?
11       A   That's who I was, I reported it to, correct.
12           MR. STEWART:  Can we take a break real
13       quick --
14           MR. BURGE:  Yeah.
15           MR. STEWART:  -- Tucker, and let me talk to
16       Brian for just a second.
17           (Off the Record)
18           THE VIDEOGRAPHER:  Ready?  We're back on.
19   BY MR. BURGE:
20       Q   Mr. Murray, in preparing to testify on CSX's
21   behalf, did you review the assessment form that initiated
22   the disciplinary charges against Mr. Grantham?
23       A   Yes, sir.
24       Q   And as it pertains to the charge made against
25   him for disrespectful comments, was that put in, that
```

```
                                      Page 143
1    assessment form put in by Rebecca Gardner?
2        A   Yes, sir.
3        Q   Do you know of any other records concerning the
4    decision to discipline him for that?
5            MR. STEWART:  Other than the statements?
6            THE WITNESS:  Other than the statements.
7    BY MR. BURGE:
8        Q   The statements we have talked about --
9        A   Yes, sir.
10       Q   And the assessment form was relied on, was based
11   on statements that you and Mr. Hale had given to Rebecca
12   Gardner?
13       A   Correct.
14       Q   As far as 26, as to when CSX learned that the
15   allegedly disrespectful comments had been made by Mr. Moore
16   rather than Jeff Grantham, was that on July the 27th of
17   2017?
18       A   Yes, sir.
19       Q   And as to how CSX learned that the allegedly
20   disrespectful comments that were falsely attributed to
21   Mr. Grantham were actually made by Mr. Moore, was that by
22   Mr. Moore coming forward and telling you and writing a
23   handwritten statement?
24       A   That's correct.
25       Q   And that handwritten statement was made and
```

```
                                      Page 144
1    given to you?
2        A   Correct.
3        Q   And I believe that number 27 and 28 are not
4    topics that you said you would be testifying about.
5            MR. STEWART:  Correct.
6            THE WITNESS:  Correct.
7    BY MR. BURGE:
8        Q   So have we reviewed all the topics that you were
9    prepared, that CSX prepared you to testify about?
10       A   Yes, sir.
11           MR. BURGE:  Well, thank you.
12           THE VIDEOGRAPHER:  We're off the video
13       record.
14           (Off video record at 2:52 p.m.)
15           THE REPORTER:  Will he waive or read and
16       sign?
17           MR. STEWART:  He will read and sign and you
18       send it to me and I'll coordinate with him.
19           THE REPORTER:  Are you ordering the
20       transcript?
21           MR. STEWART:  Please.
22           THE REPORTER:  Do you have a standing order?
23           MR. BURGE:  I've had the same secretary for
24       38 years.  I'd have to tell you she's the boss.
25           THE REPORTER:  And what would you like as
```

                                          36  (Pages 141 to 144)

Brian Murray                                                    5/4/2021

Page 145

```
1    your --
2         MR. STEWART:  Electronic copies are fine or
3    PDF copies are fine for me.
4         THE REPORTER:  Do you need the exhibits as
5    well?
6         MR. STEWART:  Yeah, send me the exhibits,
7    please.
8         (Off the record at 2:52 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 146

```
1              DISCLOSURE
2    STATE OF GEORGIA:
3    COUNTY OF HOUSTON:
4
5         Pursuant to Article 10.B of the Rules and
     Regulations of the Board of Court Reporting of the Judicial
     Council of Georgia, I make the following disclosure:
6         Combs Court Reporting, Inc. was contacted by the
     party taking the deposition to provide court reporting
7    services for this deposition and there is no contract that
     is prohibited by O.C.G.A. 15-14-37 (a) and (b) or Article
8    7.C of the Rules and regulations of the Board for the
     taking of this deposition.
9         There is no contract to provide reporting services
     between Combs Court Reporting, Inc. or any person with whom
10   Combs Court Reporting, Inc. has a principal and agency
     relationship, nor any attorney at law in this action, party
11   to this action, party having a financial interest in this
     action, or agent for an attorney at law in this action,
12   party to this action, or party having a financial interest
     in this action.  Normal and customary rates will be charged
13   and a financial discount will not be given to any party in
     this litigation.
14
15
16              _____
                Janet S. Paris, CCR
17              Certificate No. B-1835
18
19
20
21
22
23
24
25
```

Page 147

```
1                  CERTIFICATE
2    STATE OF GEORGIA:
3    GEORGIA, HOUSTON COUNTY:
4
5         I, Janet S. Paris, Certified Court Reporter,
6    State of Georgia, Certificate No. B-1835, CERTIFY that
7    acting in such capacity, I reported the testimony herein,
8    and on the foregoing pages have transcribed a true and
9    correct transcript thereof.
10        I FURTHER CERTIFY that I am not counsel for,
11   nor am I related to any party in the above case; nor am I
12   interested in the event or outcome.
13        WITNESS my hand and official seal as Certified
14   Court Reporter, State of Georgia, Certificate No. B-1835,
15   this 14th day of May, 2021.
16
17
18        _____
19        Janet S. Paris, CCR
          Certificate No. B-1835
20
21
22
23
24
25
```

Page 148

```
1                E R R A T A  P A G E
2    IN RE:  Deposition of Brian Murray, 5/4/2021
3         I, _____,
     the witness herein, have read the transcript of my
4    testimony and the same is true and correct, to the best of
     my knowledge, with the exception of the following changes
5    noted below, if any:
6    Page / Line /    Change        / Reason
7    _____  _____
8    _____  _____
9    _____  _____
10   _____  _____
11   _____  _____
12   _____  _____
13   _____  _____
14   _____  _____
15   _____  _____
16   _____  _____
17   _____  _____
18   _____  _____
19   _____  _____
20   _____  _____
21
              _____
22
     Sworn to and subscribed before me,
23   this the _____ day of _____, 2021.
24
              _____
25              Notary Public
```

**A**

**A-Tower** 101:19
**a.m** 1:14 5:5
**ability** 76:23
**able** 53:20
  125:15,16
**absence** 30:20
  64:6 120:13
**accept** 36:4,13
  67:2,3
**access** 75:16
**accident** 22:11
**account** 79:19
**accurately**
  67:10
**accusation** 7:2
**accusations**
  35:17 36:13
  111:16
**accuse** 67:14,20
  67:25 70:13
  97:2,23
**accused** 37:1
  97:5 108:23
  109:21 110:24
  112:5,18
**accuses** 107:19
**accusing** 6:20
  96:17
**act** 8:18 20:6
  21:2 50:6 68:4
**acting** 147:7
**action** 1:5
  100:20 146:10
  146:11,11,11
  146:12,12
**actions** 99:8
**activities** 135:23
  135:25 137:20
**activity** 20:17
  21:2
**actual** 122:12
  131:18 132:7
**add** 97:15
  115:23 116:6

128:10
**added** 88:6
**addition** 18:17
  115:10
**address** 6:8
  27:20
**addressed**
  134:24
**adequately**
  11:10
**administration**
  4:15 88:23
**admitted** 111:20
  112:2
**admitting**
  109:12
**advise** 25:24
  106:9
**advised** 53:24
  94:10,20 95:2
  138:16
**AEI** 27:17
**affect** 118:10,16
  118:24 119:7
  119:12,15
**affirmatively**
  36:21 46:1
  56:25 76:12
  79:23 86:4
  87:23 90:19
  94:8 95:14
  114:1
**afternoon** 37:25
  45:2 85:17
  112:23 137:1
**agency** 146:10
**agent** 101:15
  102:16 146:11
**ago** 44:5 57:19
  63:7 74:1
**agree** 42:3,5
  70:2 72:6
  80:20 88:5
  90:12 102:3,7
**agreed** 9:1,23
  10:13 128:5

**agreement**
  10:13 134:23
  135:6,8,14
**agrees** 10:1
**ahead** 121:2
**air** 32:7,11
  38:11 39:8,14
  41:14,16 46:19
  46:21 49:20
  65:7 75:20
  76:3 118:14,21
  119:5 125:11
  125:12 134:4
**Alabama** 2:4
**alert** 78:10,11
**allegedly** 141:16
  143:15,19
**allot** 44:16
**allow** 20:24
  21:20 41:6
  46:13
**allowed** 33:16
  38:8 42:18
  62:6 93:15
  125:21
**Allowing** 119:10
**allows** 26:12
  41:12 77:11
  119:5
**Alma** 11:18
**amount** 17:19
  31:3 35:11
  36:14 37:2
  66:4 71:20
  72:4,8 76:2
  115:17 139:14
**Andrew** 1:19
  2:12 5:7
**Andrews** 18:13
**answer** 10:16
  31:11 71:6,8
  71:11 72:3
  76:18 86:9,10
  86:10 87:18
  89:18 91:10,19
  99:25 100:3

115:11 117:15
  124:15 129:23
  130:4,18,20
  138:19
**answered** 91:3
  104:10 130:3,8
  130:12
**answering** 135:5
**answers** 67:11
**anti-retaliation**
  20:4
**anybody** 96:11
  96:13 98:16
  106:13
**anymore** 41:23
**anyway** 89:17
**apologized**
  110:13,18
  112:7
**APPEARAN...**
  2:1
**Appears** 39:20
**appliance** 25:16
**applied** 39:6,14
**Appling** 11:20
  12:1
**apply** 23:17 39:3
  39:8 119:2
**apprenticeship**
  15:17 16:17,18
**apprised** 85:4
**approximately**
  86:9,11 89:20
  91:10
**area** 48:23 55:12
**areas** 89:5
**arrange** 107:24
**arrangements**
  63:1
**arrive** 8:12
**arrived** 50:17
  54:1 58:7
  68:17 76:8
  78:23 80:3
  114:18 139:4
**arrives** 25:7

26:25 27:2,10
**Article** 146:4,7
**asked** 63:5
  67:11 76:16
  81:10,14 87:14
  87:15 88:4,9
  90:21,23 91:1
  91:10 96:15,19
  101:23 102:4,7
  104:21 106:12
  109:18 124:21
  128:16 130:20
**asking** 9:3 57:10
  70:24,24 79:9
  85:23 90:12
  116:15,17,23
  120:20 130:6
  130:16,23
  131:1 139:21
  142:4
**asks** 118:10
  133:3
**assemble** 16:9
**assessment** 6:20
  50:2,10 62:17
  85:7 88:16,18
  88:21,22 89:2
  92:4 94:6 95:5
  139:10,18
  140:2 141:22
  142:21 143:1
  143:10
**assigned** 120:6
**assignment** 48:7
**assist** 17:1 33:25
  43:9 51:25
  53:4 60:1,16
  60:22 94:10,21
  138:15 139:5
  141:16
**assistance**
  114:17
**assistant** 13:24
  14:1,10,20
**assisted** 136:21
**assisting** 101:20

Brian Murray                                                5/4/2021

associated
  129:16
assumed 77:1
Assuming 44:10
Atkinson 11:22
attach 46:13
attached 4:14,17
  45:25
attacked 98:1
  106:2
attend 33:16
  108:19
attended 85:10
attorney 11:1
  146:10,11
attorneys 5:9
attributed 7:13
  7:15 143:20
August 7:22
  108:9,14
  110:18
authority 18:17
authorize 80:18
available 7:19
  23:3
avoid 60:22
  101:2
aware 7:24 8:2
  8:20,23 18:21
  50:14 106:23
  107:4 108:13
  111:16 114:11
  114:12 115:11
  140:7

―――――――
        B
b 4:16 16:6 29:8
  30:16 83:12,17
  99:2,5,11
  146:7
B-1835 1:18
  146:16 147:6
  147:14,19
B.R 89:6
back 10:13,18
  20:8 24:22

26:16 30:22
31:9 36:18
41:16 47:7
54:20 57:7,18
66:12 91:14
103:19 110:16
111:1 115:2
121:24 122:24
137:4 142:18
background
  11:14
Bacon 11:23
bad 17:17,17
  20:12 23:5
  24:4 25:19,20
  25:20,24 26:8
  26:10,11,11,14
  26:19,25 27:4
  27:7,18,19,21
  27:24 28:4
  40:3,6,14,21
  40:23 41:2,11
  41:23,25 43:2
  43:14,22 44:14
  44:17 45:4,5,8
  45:10,11 50:14
  50:16 51:1,2,6
  51:15 58:6
  62:6 63:13,16
  63:19,22,24
  65:21 75:3,4
  75:11 76:9
  77:16,22 78:5
  78:11,16,17,22
  78:23 80:3,21
  80:25 81:11
  103:17 114:4
  116:1,12
  118:23,24
  127:11,16
  129:14,16
  131:14,20,24
  132:4,5,22
  134:5,7,8
  136:19
Baltimore 13:9

13:16,20
barrel 126:15
Bartram 4:9
  30:1,13,15
  31:24 32:1,5
  32:25 33:10,14
  33:16,21,24
  34:1,2,5,9,11
  34:14 35:3
  37:15 38:8
  39:20 42:17,17
  48:18 54:5,8
  64:10 82:21
  83:5,22 93:10
  93:15,16
  124:19 136:2
  136:25 137:24
Bartram's
  135:22 137:23
based 11:9 21:8
  66:17 71:18
  76:20 121:7
  143:10
basically 23:16
  68:22
Bates 86:1 91:9
  137:9
Bates-number...
  86:2
becoming
  102:17
began 37:21
beginning 14:21
  28:25 74:11
  87:15
begins 138:2
begun 34:11,14
  35:3 93:15
behalf 2:2,6
  5:12,15 8:24
  13:3 115:8
  142:9,21
Behavior 67:17
believe 10:8
  15:2 29:17
  34:1 36:7 39:9

51:20 52:18
56:18 61:16
63:4,11 74:12
80:1 85:12
98:19 99:7
105:8,13
111:22 118:3
128:5 132:10
144:3
believed 100:12
best 53:17 148:4
better 119:16
beyond 124:17
  130:2,5 135:2
  136:1
Birmingham
  2:4
birth 11:15
bit 59:2 90:4
  119:3
Bloch 1:15 2:8
  5:6
blood 11:21
blue 37:18 38:2
  42:24 43:6,12
  43:20 44:12
  46:5,21 47:3,4
  55:17 56:3
  73:10,15,16
  74:4 77:8,15
  77:21 78:14
  115:24 116:10
  117:10 123:24
  131:5,7,25
  132:25
board 52:14
  146:5,8
BOI 27:3
Bonaire 6:9
boots 125:8
born 11:17
BOS 27:6
boss 85:2 96:6
  96:10 144:24
bosses 6:14,17
bottom 86:1

137:9
bowl 24:22,24
  117:7 118:24
  119:1
Box 2:9
brake 6:22
  15:14 19:6,12
  19:17,19,22
  20:14 21:8,18
  22:3,8,17,23
  23:6,10,12
  31:17,23 32:2
  32:7,9,12 35:6
  38:18 39:4,16
  39:23 41:6
  42:24 43:13
  45:7,10,23
  47:11 49:15
  53:5,9 54:16
  56:14 59:25
  65:17 66:16
  72:10,12 78:11
  78:16,24 80:11
  80:15,17 81:22
  81:25 84:4
  86:8 89:19
  115:13 118:4
  118:11 119:7
  125:14,14,16
  125:20 126:3,4
  126:8,20 128:6
  129:25 138:1
  139:13
brake-tested
  64:18 65:4
brakes 20:13,21
  21:6,9,16,17
  21:21 22:10,16
  23:10,17,21
  24:11 26:23
  27:9,21 28:4
  32:14 38:15
  40:2 41:10,17
  43:2,3,6,14
  47:8,14 50:16
  51:2 60:11

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Brian Murray                                                5/4/2021

65:14,17 66:1
66:1 74:11,15
74:19,20 75:19
76:6,18 116:4
116:13 118:6
119:4,4 126:2
127:16
**Brantley** 11:23
**break** 66:7
79:10 114:21
125:5 142:12
**Brett** 34:3 51:20
52:11 53:8
**Brian** 1:7,12 3:2
4:8,10,11,12
4:14,17,18 5:2
5:4 6:1,7 10:7
10:7,12 101:22
130:11 142:16
148:2
**briefing** 96:16
97:6 98:24
106:25 141:18
**briefings** 29:9
**bring** 51:14
139:12,19
140:4 141:15
142:5
**bringing** 61:8
98:20
**Brooks** 1:19
2:12 5:8
**brought** 14:24
25:3 35:9
52:14 62:18
66:23 68:15
95:9 111:22
135:24
**BRUNSWICK**
1:2
**Bryan** 101:15
**buckle** 38:11
**buckled** 38:20
118:21 139:6
**buggy** 126:14
**build** 41:16

117:5,8
**building** 29:6
106:8
**built** 23:15
24:22 118:2
**bump** 125:8
**bunch** 56:18
98:1,21
**Burge** 2:3,3,3
3:4 5:12,12 6:5
10:11,19,21
36:11 57:9,16
59:1,9 64:25
66:7,13 71:3,7
71:23,24 79:15
84:18 86:15
99:24 104:15
113:10 114:15
114:20 115:4
116:19,24
117:19 120:3,9
120:14,19
121:1,19 122:4
124:8 127:19
128:2,5,9,14
128:15 129:1
130:6,20,25
131:3 132:13
135:1,16,19
137:6 138:20
138:22 139:23
140:2,8,12
141:7,10,11,23
141:24 142:14
142:19 143:7
144:7,11,23

———————
**C**
**call** 7:9,11 25:24
26:2 27:3,15
29:1 34:2 54:9
82:7,9 96:24
97:6,8,12,24
98:7,24 99:1,5
99:15,22 100:3
100:17 103:25

105:3,9 106:25
107:8 109:4
113:1,3,8,13
114:18
**called** 8:3,11
13:3 23:13
33:24 58:23
69:9,15 114:17
**calls** 97:10
135:10 141:25
**capacity** 116:16
130:3,4,18
147:7
**caps** 125:8
**car** 14:11 15:9
15:12,13,14,16
15:25 16:18
17:17 18:18,23
19:24 21:9,20
22:1,2,20
23:17,18 24:16
24:21 25:2,3
25:11 26:5,8
26:10 27:4,8
27:13,21,22,24
28:18 29:19,22
41:10,11 44:21
44:21 46:22
47:10 51:1,6
51:16 54:10
59:24 63:20
65:25 66:15,20
71:15,25 72:1
74:20,22 75:1
75:12 76:3,15
78:22 81:23
97:13 101:20
101:22 103:17
115:14 118:15
121:3 123:8
125:4 126:3
127:6 134:6
140:19,23
**care** 34:6 47:1
83:6 102:12
**carman** 15:12

15:23 16:18
46:6 56:22
57:1,3,3,12
59:16,23 60:21
66:20 103:1,7
117:3 124:12
124:12
**carman's**
119:23
**carmen** 14:11
15:9,16 17:1
17:11,21 18:18
18:22 19:3,13
19:24 29:1,3,8
41:12 54:10
115:21 117:16
117:20 120:6
120:21 126:16
140:19,23
**Carrier** 4:4,6
**cars** 14:17 17:12
17:17 20:12,20
21:4 22:16,19
22:23,24 23:5
23:9,20 24:4
24:11,17,25
27:18 31:3
32:3,4,4,6,7,25
33:7 37:11,12
38:12 39:22
40:3,3,7,10,14
40:21,23 41:2
41:9,18 42:2
43:14,23 45:10
45:17 47:2,13
56:18 58:6,20
59:6,11 60:11
64:17,20 65:5
65:14,18,21
66:5 72:19,22
74:22,23,25
77:16,22 78:5
80:18 81:12
114:4 118:13
118:20 119:6
127:2,8,13,23

128:6,19
129:14,25
131:14,24
139:6
**case** 12:22,23
21:4 31:6 61:7
84:21 101:23
102:8 104:13
125:12 147:11
**cases** 12:25 13:1
13:2
**causes** 23:23
**causing** 64:1
**CCR** 1:18
146:16 147:18
**cell** 12:12,14
**certain** 8:16
9:16 24:9,19
68:23 71:20
72:4 74:22
91:23 115:16
**certainly** 53:19
119:14
**Certificate**
146:16 147:1,6
147:14,19
**certified** 16:14
16:16 147:5,13
**CERTIFY**
147:6,10
**Chad** 4:23 109:8
109:11,16,19
109:24 110:1
110:17 111:5,7
111:19
**chain** 51:15
**Change** 148:6
**changes** 148:4
**character** 98:13
98:15,16
**charge** 35:16,20
67:2 68:14
75:20 76:3
82:19 88:15,16
88:19,23 89:10
92:6 103:16

Brian Murray                                                     5/4/2021

Page 152

107:13,22
110:7 142:24
**charged** 80:6
111:21 124:22
135:21 138:13
140:19,24
146:12
**charges** 17:5
24:2 35:10
50:3,11 51:14
59:10 61:8
62:12,18 63:9
64:4 66:22
71:13 72:7
75:25 79:8
92:23 95:9
98:20 106:24
107:5 111:22
113:5,23
135:24 139:12
139:19 140:5
141:15 142:5
142:22
**charging** 6:25
67:5 103:20
**Charles** 47:20
**Charlton** 11:23
**check** 59:20
**choice** 102:10
**chronologically**
14:22
**CIVIL** 1:5
**claim** 60:20,22
68:4
**claimed** 88:24
**claiming** 8:15
112:23
**claims** 8:19
**Class** 6:22 19:19
19:22 20:13
21:8,18 22:3
22:17 23:12,14
23:16 31:17,23
32:2,7,9 38:17
39:4,16 45:23
49:15 52:1

53:5 54:16
59:25 62:5
66:16 72:10,12
79:10 81:22,24
86:8 115:13
118:4,11,18
125:5 138:1
139:13
**classes** 15:14
**clear** 120:5
121:23
**Cleveland** 13:25
14:21,24
**clock** 83:8,11,17
**clocked** 15:22
**close** 101:23
102:8 104:13
**clown** 7:13,21
82:10 96:1,11
101:7 103:23
104:6,11 105:4
105:14,20
106:24 107:5
107:15 109:1,6
109:9,13,20
110:10 111:20
112:2,24 113:6
**clowns** 98:1,21
100:18 104:24
**clue** 90:11
**coal** 13:10
**Coffee** 11:23
**cold** 49:19
**Combs** 146:6,9
146:10
**come** 24:22
28:12 46:23
81:9 90:25
94:10 103:12
119:10
**comes** 17:20
27:8,21 75:4
**coming** 54:2,9
94:20 98:7
143:22
**Commencing**

1:14
**comment** 7:21
**comments** 7:8
7:13,17 97:1,5
97:23 105:12
105:14 107:20
112:5 141:17
142:25 143:15
143:20
**communicate**
18:19 61:11,19
110:9
**communicating**
18:22
**communication**
41:1 125:19
**communicatio...**
55:18 81:18
95:12,15,18,23
96:4 110:21
117:14 133:3
134:13 139:11
139:17,19
142:4
**company** 7:20
69:13
**complain** 48:7
48:10
**complained**
55:4
**complaints** 33:9
**complete** 15:17
34:10,16 38:7
64:13,14 66:16
93:14,24 117:8
117:24 118:11
118:18 124:4
124:18 128:11
128:13
**completed** 23:18
33:2 34:13,24
35:6 37:24
41:4 54:19
93:25
**completing** 35:2
36:14 72:10

**compliance** 70:9
**comply** 55:14
92:21
**computer** 26:12
26:20
**concern** 99:18
115:13 137:19
**concerned** 77:5
104:7 136:23
**concerning**
45:20 127:11
130:7,17,22
133:4 134:14
139:11,19
141:14 142:5
143:3
**concerns** 97:1
100:1,6
**concluded**
106:21
**Concluding**
1:14
**condition** 20:21
21:1 24:17,25
25:3,21
**conditioner**
49:20
**conditions** 81:15
**conduct** 50:3,12
**conducted** 29:10
**conductor** 16:12
16:15,16 46:21
46:23 47:1
**conference**
135:10
**confirm** 35:16
65:17
**confirmed** 10:20
**connection**
13:16 103:16
103:17
**consciously**
101:2
**consider** 120:17
**considering**
61:8

**consist** 127:7
**consists** 99:23
**construction**
12:8
**contact** 26:4,6
48:4 49:25
53:15 55:6
57:5 77:7
79:22 94:24,25
99:13,15 104:7
112:13,15,20
**contacted** 79:14
79:20 89:14
99:14 111:13
146:6
**contained** 8:17
124:23
**containing**
88:24
**continue** 24:14
73:15
**continued** 73:14
111:8 136:3
**contract** 146:7,9
**contributing**
133:2
**control** 24:17
25:3 44:22
58:18 66:4
101:24 102:9
102:18 104:2
105:24 119:23
**controlled** 123:7
**convened** 7:1,4
7:21 81:20
85:18 108:13
108:17,21
110:11
**conversation**
96:9 134:17
**conversations**
62:21
**cook** 87:5,8
**cooperate**
141:16
**coordinate**

Brian Murray                                                    5/4/2021

Page 153

144:18
**copied** 107:22
  137:7
**copies** 145:2,3
**copy** 9:11 36:19
  82:3 83:21
  96:22 109:16
  121:13 137:3
**corporate** 11:11
**corporation** 1:7
**correct** 7:3,6,23
  8:9,25 10:9
  14:3 15:18,19
  16:3,4,7,10,20
  18:10 19:23
  20:1,11,15,19
  20:23 21:7,15
  21:19,23,25
  22:4,9,12,14
  22:22 23:24
  24:16,19 25:4
  25:5,7,9,12,17
  27:10,11 28:6
  29:2,21,23
  30:2 31:21
  32:10,11 33:7
  33:8,20,22
  34:8,12 35:12
  35:19,22 36:6
  36:8,10,17,24
  37:2,3,8,13,14
  37:17,25 38:1
  38:4,9,12,13
  38:16,19,23
  41:21,24 42:1
  42:15 43:1,21
  43:24 44:25
  45:15,18 46:2
  46:3,15,17
  47:6,9,10 50:5
  50:7,9,19,22
  50:25 51:4,17
  51:19 53:10,21
  54:25 55:3,5
  55:15,23 56:1
  56:4 60:2,12

60:15,24 61:18
61:23 62:20
64:12,16 65:12
65:15,19,23
66:3,6,24 67:4
67:6,16,18,23
67:24 68:2,3,6
68:9,15,16,20
69:3,5,8 70:1
70:11 72:5,20
73:4,5,8,11
74:9,16 75:2,5
75:6,10,20,21
75:24 76:3,4,7
76:13 77:13,22
77:23,24 78:2
78:8,9,25 79:3
79:4,16,17
80:4,5,8,9,23
80:24 81:3
82:1,25 83:9
83:10 84:2,5
84:22,23 85:2
85:5,6,8,9,23
85:24 86:11
88:7,11,12,20
89:1,8,11,21
90:5,6,14 91:6
91:7,20,21
92:2,5,7 93:7,8
93:16,17,22
94:1,4,5,22
95:1 96:2 97:7
101:11 106:10
106:11,22
107:14,23
108:1,5,11,15
108:24 109:2,5
109:6,7,9,10
109:14,21,22
109:24,25
110:5,6,8
112:3 113:22
113:24 114:2,3
114:4,5,7
115:19,20

116:2,3,4,5,7,8
118:7,9,16,17
118:22 119:8
119:15,23,24
120:1,3,19
121:11,12
123:16,19,25
125:1,2 126:7
131:6,8,9,11
131:12 132:19
134:9,12 136:5
136:7,8,12,13
136:21 137:14
137:15,17
138:3,9,10,15
138:16 139:16
140:15 141:4
142:8,11
143:13,24
144:2,5,6
147:9 148:4
**correctly** 17:12
  28:2,3
**correspondence**
  141:13
**Council** 146:5
**counsel** 2:1
  147:10
**counties** 11:22
**counts** 17:18
**County** 11:20
  12:1 146:3
  147:3
**couple** 119:11
**coupled** 23:7
  32:6
**coupling** 46:24
  47:2
**couplings** 65:7
**course** 15:16
  54:15 63:21
  100:20
**court** 1:1 5:8
  130:21 146:5,6
  146:6,9,10
  147:5,14

**covered** 10:15
  115:6
**covering** 140:14
  141:3,4
**crafts** 19:8
**create** 65:9,16
  65:20 133:9,12
**created** 30:9,19
  31:7 120:13
  123:7 128:24
**crew** 22:15 23:9
  24:3,10 40:19
  45:17 47:12
  66:5 78:13
**Cross-Examin...**
  3:4 6:4
**CSX** 1:6 4:5,20
  4:21 5:3 6:11
  6:15,21 7:25
  9:12,19,21
  12:24 13:3,5,7
  13:17,21 14:4
  14:7,14,18
  19:25 21:20
  30:9,19 52:22
  66:14 67:14
  72:8 78:11,15
  90:8,9 101:9
  101:14,22
  102:4 105:1
  106:7,23 107:4
  108:3,13,22
  109:11 111:6
  111:16 115:8
  117:4 119:25
  120:14,16
  122:6,8 124:1
  124:3,17
  127:10,25
  130:19,22
  131:19 135:5
  135:20 138:13
  140:19 141:14
  142:9 143:14
  143:19 144:9
**CSX's** 11:10

87:1 124:21
  142:20
**CSX975** 86:2
**CSX980** 91:9
**CSXT** 120:6
**currently** 53:5
**customary**
  82:12 146:12
**customer** 87:4,6
  87:10,22 88:5
  90:9,14,22
**customer's**
  88:10
**customers** 67:22
  87:1,17 91:2
**cut** 26:23 27:9
  27:22 50:16
  64:23 119:5
**cutoff** 117:7

**D**

**daily** 124:10
**Dale** 1:3 6:12
**damage** 32:1,6
  32:13,17,20,22
  42:3 118:24
  119:1,2
**date** 8:4 11:14
  31:23 81:14
  108:8 137:11
  137:13
**dated** 107:17
**Dave** 103:10
**day** 7:7 21:14
  26:21 30:6
  33:11 34:20,23
  35:18 37:5
  44:1 46:6 48:5
  48:14 49:17
  50:4 52:7,15
  53:6 55:4
  57:25 59:6
  61:1,22 62:13
  80:7,7 82:7
  83:2,25 84:4
  84:19 85:1

Brian Murray                                                    5/4/2021

Page 154

95:13,16,19,21
95:21,23 96:1
96:5,15 97:2
98:7,8 99:6
100:25 101:6,7
105:12,16,18
108:3 110:2,4
110:7 120:22
121:5,14
124:13,13,17
128:18 129:5,7
133:21 137:20
138:5 147:15
148:23
**days** 82:17
**dealing** 121:3
**dealings** 81:23
**deals** 120:10
**December**
140:21
**decide** 100:21
100:22
**decided** 62:16
**decision** 31:6
106:14,16
137:16 139:12
139:19 140:4
141:15 142:5
142:10 143:4
**decisions** 106:19
120:10,18,20
121:3,6
**deemed** 10:15
**defect** 26:24
**defective** 24:11
47:13
**defects** 22:23
23:6 24:23
28:4 32:22
65:18,22 119:7
127:11 128:6
129:19,21,22
**defendants** 1:9
2:6 5:15
**delay** 23:21,25
24:3 61:5,11

61:20 62:9,13
62:22 63:10,16
64:1 66:23
67:22 80:23
81:1,16 87:2
97:3 113:23,25
122:15 123:15
134:7,11
139:14
**delayed** 24:12
50:8 61:1,22
77:5 78:2
87:17 88:11
91:2 132:17
133:4
**delaying** 24:7
140:19,24
**delays** 133:10,24
134:2,14
135:10
**depart** 21:14
43:19 48:24
60:14
**departed** 43:25
44:7,13,15
45:2 129:17
130:14 131:15
132:1
**department**
4:20 13:14
15:4 16:3
87:20,21 90:8
90:9,13,21,22
101:20
**department's**
87:22 90:13
**departure** 23:23
23:25 24:7,12
42:20 44:8
61:1 62:3 78:2
81:2 116:11
117:11 123:21
131:17,18
132:2,3,7,9
132:14,17
133:4

**departures**
23:21 81:16
134:7
**depending**
17:19
**depends** 49:21
75:22
**deposition** 1:11
4:3 5:2 9:12
12:22 121:10
136:23 146:6,7
146:8 148:2
**depositions**
12:24
**derail** 47:5
**derailment**
22:13
**derailments**
17:13
**description** 4:2
27:5 94:9
**descriptions**
89:12
**designate** 19:3
**designated** 8:23
9:20 10:7
11:11 19:25
115:8
**detailed** 89:12
94:9
**details** 63:24
96:16,24
140:18
**determine** 41:19
120:12
**device** 25:21
39:3,6
**devices** 26:1
**dial** 142:2
**dial-in** 29:11
142:2
**difference** 16:21
**different** 16:3
19:14 24:23
28:12,14 56:24
59:2 68:24

91:23 118:13
124:12
**diner** 87:9,9
**direct** 100:23
**directed** 139:1
**directives**
115:12
**directly** 95:3
117:14
**dirt** 49:6
**disbelief** 105:7
**disciplinary** 7:1
7:20,25 17:4
24:2 35:10,17
50:3,11 59:10
61:8 62:12,18
63:9 64:4
66:22 68:14
79:8 81:19
84:13 85:4,8
85:17 90:2
97:3 105:21
106:10,21,24
107:5 108:14
111:8 113:5
139:12 140:5
141:15 142:5
142:22
**discipline** 80:7
111:15 137:16
143:4
**disciplined** 80:2
124:22 135:21
138:14
**disclosure** 146:1
146:5
**disconnect**
46:19
**discount** 146:13
**discover** 21:1
25:18 27:13,22
27:24
**discovered**
20:13 22:17,23
26:8,24 41:3,5
50:17 51:2

58:6,10 65:22
74:19 80:21
92:22 119:7
136:20
**discussed** 10:17
10:18 62:15
63:23 121:9,24
122:1
**discussions** 96:7
**dishonesty**
95:10
**dispatch** 47:23
**dispatchers**
44:16
**dispute** 80:14,17
**disrespect** 100:9
**disrespectful**
7:8 100:14,17
104:25 107:19
112:5 141:17
142:25 143:15
143:20
**DISTRICT** 1:1
1:1
**DIVISION** 1:2
**document** 9:13
88:14 101:13
122:5,6,8
123:5,5,6,20
135:3
**documentation**
87:16 88:10
91:1 130:15
**documented**
121:25
**documents**
133:9 134:10
134:15 139:22
140:3
**doing** 12:6 28:3
46:16,17 48:19
49:13 54:10,11
56:2 57:11,22
57:23 60:21
68:7,23,24
70:16 71:1

72:12 79:6
82:17 83:7
93:10,10,23
123:10,12
129:11 131:18
131:19
**double-check**
41:12
**Drew** 4:19 96:6
96:12 113:3
**drive** 99:11
**drop** 46:5 77:8
**dropped** 40:20
41:4 42:23
43:20 44:12
55:17 56:3
62:2 73:10,14
73:16 77:21
78:14 123:24
131:25
**dropping** 47:3
77:15 136:17
**drove** 49:3
**duly** 6:2
**duties** 19:21
67:21 126:1
**duty** 67:20
113:2

_____
**E**
**E** 69:13 148:1,1
**e-mail** 4:8,9,11
4:12,14,15,17
4:18 82:3
85:14,20
121:25 136:22
137:3,7
**e-mails** 10:9,20
84:19 91:20
134:20
**earlier** 7:7 43:6
43:12,16 51:20
57:7 75:15
86:14,16
120:11,15
121:9 123:3

128:16 129:19
129:24 136:1
**early** 38:8 42:18
54:6 83:6
93:16
**earshot** 53:11
**easiest** 23:4
**Eddie** 30:1,9,20
31:7 33:19
64:6 120:13
**education** 11:25
12:2
**effect** 24:7
121:14
**effective** 124:11
**efficiencies**
17:15
**efficiency** 68:1
69:10,16,24
**efficient** 67:21
118:1
**efficiently** 17:21
**effort** 60:16
**efforts** 112:13
**eight** 70:18
**eight-year** 70:22
**either** 139:9
140:17
**Electronic** 145:2
**emergency** 54:6
136:2
**employed** 6:10
**employee** 8:17
20:3,10,17
35:20 57:11
67:17 69:17
70:12 94:9,14
94:19 101:21
101:24 102:19
104:22
**employees** 20:4
46:13 50:11
67:21 69:1,6
112:15,21
141:17
**employer** 70:3

**encompasses**
117:6
**ended** 63:21
106:7
**engineer** 16:12
16:14
**engines** 46:5
47:2
**enter** 26:1,3
**entered** 14:7
34:25 37:22
40:17 122:10
**enterprise**
122:10 133:17
133:19,23
**enters** 137:5
**entire** 39:11,13
110:23
**entirety** 54:19
**EOT** 45:22
139:8
**equipment**
13:12,19 14:17
20:16,24,25
21:3 39:21
59:25 60:2,5
125:3,4,7,9
127:11 129:18
**escort** 8:4
103:12
**escorted** 8:10
**Esq** 2:3,7
**establishing**
72:9
**evaluate** 17:14
**event** 147:12
**events** 9:5,5
74:3 80:7
82:18 84:1
**everybody** 81:6
135:11
**evidence** 84:25
87:1 139:15
**exactly** 83:3
**examination**
10:25 115:5

141:9
**EXAMINATI...**
3:1
**example** 21:13
71:25
**exception** 148:4
**exchanged**
10:10
**excuse** 73:9
74:23 124:9
**exhibit** 4:4,6 9:8
9:11 31:13,16
34:22 35:13,15
36:19,22 39:22
67:7 82:2
83:20 84:7,10
85:13 86:3
88:13 89:17,25
93:3 94:6
96:22 101:12
107:10 109:15
115:6 123:1
127:14 133:16
**exhibits** 4:1
124:24 125:1
145:4,6
**expect** 32:21
46:12 59:25
**expected** 55:13
115:20
**expedite** 138:6
**experience**
12:21 14:13,16
**experienced**
59:23
**express** 99:18
105:4,7
**expressing**
137:19
**expression** 81:5
81:7
**extent** 24:9,19
96:8
**extra** 46:7

_____
**F**

**F** 2:3
**F11** 37:6 51:25
53:5 92:9
93:20 132:10
132:14
**F13** 31:20 93:20
**F14** 49:8
**facets** 119:15
**facing** 113:4,23
**fact** 51:1
**factor** 118:20
119:17,20
**factors** 75:22
118:10,12,13
119:22 120:17
133:2
**facts** 84:21
112:25 127:10
127:12 128:12
128:16 129:6
130:6,17,21
**fade** 74:3
**fail** 41:20,22
**failing** 35:10
139:13 141:16
**failure** 64:6
**failures** 70:6
**fair** 93:6
**false** 95:7,10
111:17
**falsely** 112:5,17
143:20
**familiar** 8:5,19
81:21,24
117:17
**family** 33:17
34:6 54:6 83:6
136:2
**far** 9:19 15:14
19:12 24:25
62:14 83:13
124:10,21
125:7 127:10
131:16 132:14
143:14
**fault** 45:9,13,16

Brian Murray                                                    5/4/2021

58:19 59:5
**federal** 8:17
  19:19 20:6,10
  20:14 21:22
  54:15
**feel** 11:9
**feet** 72:25
**fellow** 57:12
  141:16
**fewer** 37:12
**field** 4:15 88:23
**fields** 134:11
**figure** 130:21
**figured** 31:5
**file** 36:1
**fill** 30:9 31:7
  64:6 120:13
**filled** 30:19 89:3
  89:5
**finally** 56:7 92:8
**financial** 146:11
  146:12,13
**find** 22:2 28:4
  41:9,10 45:11
  51:5,11 64:1
  117:22,23
  125:12,14
  126:4,6 129:21
**fine** 145:2,3
**fines** 21:24
**finish** 118:19
  138:19
**finished** 57:20
  77:21
**first** 6:2 9:3 14:2
  28:9,13 31:8
  47:19 68:14
  78:10,15,17
  85:12 90:11,20
  112:11 115:11
  115:11 120:7
  131:4
**firsthand** 55:24
**Fitzgerald** 15:4
**five** 46:18 74:8
**flag** 33:2 46:5,21

47:3,4 62:3
  72:14,15 77:8
  117:18 122:12
  132:25
**flag-on** 93:4
**flags** 37:18 38:2
  40:19 41:4
  42:24 43:6,12
  43:20 44:12
  55:17 56:3
  62:2 73:10,15
  73:16 74:5
  77:15,21 78:14
  93:6,9 115:24
  116:10 117:10
  117:21 123:24
  131:5,7,25
  136:18
**flow** 119:5
**follow** 91:13
**following** 11:22
  42:24 69:17
  96:23 97:24
  110:12 146:5
  148:4
**follows** 6:3
**force** 47:23
**forego** 9:23
**foregoing**
  116:13 147:8
**foreman** 13:24
  14:1,10,21,25
  15:1,3,7,7
  16:23,23,24
  17:6,8,22 18:4
  18:5,12 19:2
  20:9 26:19
  29:15 30:23,25
  31:10 52:8
  68:13 74:19
  96:6 101:22
  120:11
**foremen** 16:25
  16:25 17:11,23
  17:24 18:1,13
  18:18 26:7,8

26:13,13 61:15
**form** 36:9 57:6
  57:14 58:21
  59:8 71:2,5
  79:11 84:14
  86:12 88:17,21
  88:22 89:2,2
  92:4 94:6 95:5
  99:21 104:8
  113:7 114:13
  127:6 128:21
  133:15 139:18
  140:2 142:21
  143:1,10
**formal** 6:20 7:1
  7:20,25 36:2
  66:22 83:25
  103:22 106:23
  107:4 111:8
**forms** 11:6
**forth** 127:8
**forward** 84:7,9
  143:22
**forwarding**
  22:24 24:18
  25:1 27:25
  37:7 49:4 73:4
  79:10 120:7
**found** 39:22
  47:13 50:15
  65:18 70:9
  75:3 78:11
  114:4 116:1,12
  117:11 118:23
  129:20,21
**four** 24:4 40:1
  43:14 44:5
  45:3,4,8,10
  58:6 60:11
  63:7,13 65:13
  74:1,3 77:16
  114:4 127:13
  129:14,25
  131:14 132:22
**FRA** 41:6 72:2
  77:11

**freight** 87:2,16
  88:10 91:2
**frequency**
  104:21
**full** 6:6
**fully** 11:10
**function** 21:10
  41:20,22 74:25
**functioning**
  21:16 66:1
  74:20
**FURTHER**
  147:10

_____

**G**

**G** 148:1
**Gardner** 1:7
  4:13,16 5:4
  18:13 61:21
  62:11 63:3,8
  63:12 77:10
  84:10,12,24
  88:22 96:10,20
  100:21 109:18
  111:23 112:22
  135:12 136:23
  137:18 141:13
  142:10 143:1
  143:12
**Gardner's** 28:19
  106:17
**Garland** 1:15
  2:8 5:6
**Garner** 96:23
**Garner's** 141:22
**gaskets** 125:11
**general** 13:24
  14:1,10,20,25
  15:1,2,7,7
  16:23,23,24,25
  16:25 17:6,8
  17:11,22,23,24
  18:1,4,5,12,12
  18:18 19:2
  20:9 26:7,7,13
  26:13,19 29:15

30:23,25 31:1
  52:8 61:14
  68:12 74:18
  96:6 101:22
  120:11
**generally** 10:17
  120:6
**generated** 122:6
  122:8
**Georgia** 1:1,17
  2:9 5:7 6:9
  11:18,22 49:18
  146:2,5 147:2
  147:3,6,14
**getting** 48:24
  106:15
**give** 51:23 71:25
  111:3,4
**given** 48:8 58:2
  91:19 99:7
  109:14 124:3
  124:17 143:11
  144:1 146:13
**gives** 89:5
**glasses** 125:9
**gloves** 125:8
**go** 18:6,8 24:21
  31:9 33:25
  34:6 36:15
  37:18 41:18
  47:7 49:22
  51:25 53:2,4
  53:12 54:12,20
  54:20 58:2,11
  58:13,17,24
  59:5,20 60:10
  63:24 72:14
  77:4 79:6,9
  81:9 83:8,11
  83:17 85:25
  86:2 89:14
  92:8,21 93:13
  93:19 98:1,21
  101:9 103:19
  105:20 111:12
  115:9 121:2

Brian Murray                                                    5/4/2021

128:3 136:6,7
138:8,10 139:1
139:5
**goes** 84:16 88:21
88:22 108:2
111:11 118:5
130:16 137:4
**going** 9:3,6
10:13 13:17
14:14,18 23:7
23:15 30:14
36:15 46:23
47:1,12,16
54:6 55:7
59:11 60:10,13
62:17 63:16
66:9 70:17,21
71:11 77:5
83:16 86:6
90:12,20 93:10
94:20 98:17,18
104:25 108:6
108:10 114:24
116:6 118:18
120:12 124:12
135:4,16 137:2
140:9
**good** 66:8
**governed** 117:4
**governing** 66:15
**graduated** 12:1
**graduating** 12:7
**Grantham** 1:3
4:5,21 5:3,13
6:12,21 7:1,7
7:14,16,21,24
8:7,14,15 17:5
24:2 29:19,25
30:13,14 31:24
31:25 32:5,24
33:10,24 34:7
34:15,16,19,23
35:1,5,18 36:4
36:7,12 37:1
37:16 38:6,21
39:2,7,18 40:8

40:9,24 42:5
42:10,17,23
44:7 45:9,20
46:6 47:3,7
48:1,4,13,21
49:13,23 51:18
51:25 52:25
53:4,11,19,22
54:2 55:1,7,10
55:17,25 56:7
56:17 57:21
58:5,14,15,16
58:17,24 59:14
60:1,17,23
61:9 62:8,12
62:19 64:5
65:2,6,9,16,20
65:24 66:23
67:2,14,20
68:1,11,18
69:24 70:7,13
71:14 72:7
73:7,20 74:10
75:8,20 76:1,5
76:17 77:1,15
78:10,15 79:13
79:18 80:8,12
80:15 81:20
82:23 85:18
86:8,20 88:15
90:2 92:15
93:1,20,25
94:15,19 95:2
95:16,19,23
96:5,17 97:2
97:23 98:8,15
98:17,19 99:1
99:13 100:11
100:13,25
101:6 102:8
104:1 105:8,14
105:17,19,24
106:8,20,24
107:5,19 108:3
108:6,14,22,25
109:3,20 110:4

110:9 111:7,14
112:1,23,25
113:4,11,21
114:9 116:9,18
116:25 117:9
122:22 123:10
123:24 124:2
124:16,22
127:12 129:10
129:18,24
131:21,24
135:22 136:14
137:14,25
138:14,16
139:1,6,13
141:15 142:22
143:16,21
**Grantham's**
6:14 45:6
56:20 79:2,18
92:12 122:24
123:1
**Griffin** 88:22
**group** 29:6
**grow** 11:19
**guess** 12:10
69:12 82:15
98:4 111:12
**guideline** 72:4
**Gus** 1:7 4:8,11
4:14,17 5:4
62:21 81:18
84:7 85:10,14
91:20 106:12
141:8
**guys** 17:3 59:17
61:2

**H**
**Hale** 4:19 96:6
96:12 113:3
143:11
**half** 132:16
136:17
**Hall** 1:15 2:8 5:6
**hand** 31:15

75:14 88:13
112:8 125:15
147:13
**handful** 104:19
**handheld** 25:21
26:1,3,4,6
40:17 78:18
122:13
**handhelds** 40:25
**handled** 17:12
**hands** 112:19,20
**handwritten**
4:22 109:16
143:23,25
**hang** 130:11
**hanging** 45:22
**happen** 27:1
35:23 46:4
54:14 64:2
104:14
**happened**
100:23 107:3
112:12
**happy** 128:4
**hard** 73:25
**hardhats** 125:8
**Harold** 29:17
**hazardous** 20:16
20:21 21:1
45:7 80:11
**head** 82:17
97:15 114:14
**hear** 53:20
92:20
**heard** 81:4,7
98:3 103:22
**hearing** 4:7 7:1
7:4,20,25
36:16 44:6
62:23,25 63:2
66:22 67:1,7
67:12 68:10
69:23 71:19
72:18 79:16
81:19,20 82:13
83:25 84:20,20

85:1,8,11,18
86:25 88:7
90:2,14,23
91:16 92:20
95:13,16,20,22
97:3 98:8,17
98:19 102:5,15
102:19 103:22
104:6,12,22
105:21,25
106:7,9,21
107:12 108:8
108:11,14,16
108:21 110:11
110:15,16,17
110:20 111:9
111:11,15
114:8 124:23
137:13
**hearings** 85:10
104:19
**heavy** 13:12,19
**held** 5:5 14:22
44:6 66:24
68:11 90:2
106:9,9 108:7
108:10 110:20
111:15,24
112:9
**help** 17:2 30:18
43:8 48:10
53:13,23,25
54:2,7,9 55:1,7
56:18,23 57:4
57:20 58:17
61:3 62:4,4,15
81:15 82:23
86:8 89:14,19
92:9 125:20
139:2
**helped** 64:23
**hey** 53:22 54:5
54:12 56:23
59:19 98:20
**Hickcox** 34:3
51:21,23 52:11

53:8,12,15
55:9,18 56:6
56:13 58:1,7
58:11,19 59:5
59:11,14 60:4
60:9 61:3 79:5
79:9,19 82:22
86:7,23 89:14
89:18 91:11,17
92:8,24 93:19
94:2 114:12,18
135:22 136:4
136:24 138:4
138:14
**Hickcox's**
137:19,22
**high** 12:1,7
**higher** 30:23
**Highway** 12:8
**hired** 13:7,9,12
15:3
**hits** 132:9
**hold** 15:5 134:16
**holds** 41:24
**home** 6:8
**Honestly** 142:1
**hooked** 39:9
**hookup** 7:9
113:13
**hookups** 113:15
**hose** 65:7 119:3
125:11,12
**hoses** 32:11
38:11 118:21
**hot** 49:17
**Houck** 4:16
**hour** 94:3 123:2
136:17 139:4
**hours** 33:4,6
38:3,5 44:8,11
101:19 123:22
123:23 131:11
131:16 132:18
**HOUSTON**
146:3 147:3
**hump** 27:16,22

32:1,6,13,16
32:22 42:3
51:8
**humped** 27:13
**humping** 27:14
27:23
**hundred** 21:17
21:21 23:15
118:6
**hypothetical**
130:16

___
**I**
**idea** 105:15
**identification**
9:9 31:14
35:14
**identify** 88:14
**immediately**
43:19 53:3
55:14 99:15
**improper** 77:14
**inbound** 24:20
24:20 25:6,11
25:25 26:5
27:4,4,20
50:23 51:7,11
80:22 103:18
134:5
**incident** 4:20
101:14
**include** 100:6
141:21
**included** 19:21
**inclusive** 130:25
**inconsistent**
129:2
**incorporate**
120:15
**independent**
70:19
**INDEX** 3:1 4:1
**indicates** 74:18
74:25
**information**
56:5 75:16

84:25 91:25
92:23 95:4
126:24 129:2
**informed** 82:22
**initial** 43:14
**initiate** 50:10
59:10 79:8
92:23
**initiated** 50:2
72:6 75:25
142:21
**initiating** 24:1
62:11 63:9
64:4
**injury** 12:23
13:1
**inoperable** 40:2
65:14,25
**inoperative**
20:13,21 22:16
60:11
**input** 25:20
**inside** 129:8
**inspect** 32:1,16
32:21,25 33:11
45:14 53:13
58:12,13,20
59:6,11 65:10
66:20 115:17
124:4,5,18,19
**inspected** 18:24
24:20 25:1,11
32:6,13,14
35:5 37:16
38:24 39:1
55:13 64:18
65:3 113:25
128:20 131:5
**inspecting** 37:1
42:2 53:9
56:24 72:8
76:1
**inspection** 6:22
11:8 23:19
26:9 31:19,22
33:7 34:11,13

34:17,20,24
35:2,3,7 36:18
36:20,22,25
37:19,21,23
38:2,7,11 41:5
42:24 43:9
45:25 47:11
50:24 51:7,8
52:1 55:10
56:14 57:23
62:5,13 64:15
65:10 71:16
72:1,10,13
73:6 77:4
80:22 82:23
83:8,14,17
89:15 92:9
93:2,11,14,14
93:21 94:11,21
103:18 117:12
118:1 119:11
119:15 122:25
123:11 129:11
138:1,2,15
**inspections** 25:6
120:1 125:5
**inspector** 15:12
15:13,25 16:19
20:25 21:20
24:21 25:2,2
26:5 27:20
51:12 59:24
66:16 72:16
73:7
**inspectors** 14:11
15:9,16 18:18
18:23 19:25
22:1 24:16
25:11 27:4
28:3 29:20,22
32:18,22 44:21
47:11 54:10
72:15 73:4
75:12 81:10,15
97:13 115:14
119:14 121:4

123:8 125:4
126:4 140:19
140:24
**instructed** 58:17
58:22 139:5
**instruction** 58:2
91:17
**instructions**
32:4 51:24
52:11,17 53:12
58:1 93:19
96:23 115:12
116:18 117:20
124:1,3,4,10
124:11,13,16
124:17
**interest** 146:11
146:12
**interested**
147:12
**introduce** 5:10
**investigated**
80:2
**investigating**
61:10
**investigation**
101:21 102:4
103:8,22
106:10
**Investigative**
4:7
**involved** 35:2
47:11 104:18
106:11,14
**involvement** 9:5
**Involving** 116:4
**issue** 88:23
134:6
**issued** 25:22
106:23 107:4
110:7 124:2
**issues** 25:16
129:25

___
**J**
**J.D** 4:5,21

Brian Murray                                                        5/4/2021

| | | | | |
|---|---|---|---|---|
| **Jan** 5:9 | 112:23 113:4 | **June** 6:23 24:3 | 137:22 | 138:23,23 |
| **Janet** 1:18 | 113:11 127:11 | 24:12 26:16 | **knew** 20:12,16 | 139:7,9 140:23 |
| 146:16 147:5 | 131:20,24 | 28:7,21 29:16 | 20:20,24 36:12 | 141:14 142:1,1 |
| 147:18 | 135:22 143:16 | 29:25 30:3,13 | 48:24 54:8 | 142:3 143:3 |
| **January** 10:18 | **Jeffery** 1:3 5:3 | 30:20,22 31:8 | 64:5 74:15 | **knowing** 98:12 |
| 13:9 121:24 | 5:13 6:12 | 31:20 33:1,13 | 90:20 108:22 | 98:12 |
| 135:7 140:20 | **job** 13:11,24 | 36:19,23 42:12 | 108:25 109:3,6 | **knowledge** 9:4 |
| **Jeff** 6:14,20 7:7 | 14:1 16:17 | 45:20 47:18 | 109:8,11 | 11:11 55:24,25 |
| 7:14,16,24 8:7 | 30:11 45:11 | 48:1 51:24 | 128:17 138:13 | 90:15 104:20 |
| 8:14,15 17:5 | 52:15 68:24 | 53:9 63:2 | **know** 6:12 9:23 | 111:25 116:17 |
| 24:2 29:19 | 77:2 84:15 | 66:14 81:4,11 | 17:10 19:12 | 117:15 124:22 |
| 30:14 31:24,25 | 87:8 120:1 | 84:1 120:2,6 | 24:1,6,21,22 | 124:23 141:1 |
| 32:5,24 33:10 | 125:22 129:21 | 121:5,18 | 25:23 26:8 | 148:4 |
| 33:24 34:7,16 | **jobs** 17:3 28:3 | 122:14 124:2 | 27:5 28:24 | **known** 68:11 |
| 35:5,17 37:1 | 54:11 | 125:6 | 31:11 32:19 | 104:1,4 109:19 |
| 37:16 42:5,10 | **John** 18:13 | | 38:5 39:10 | 113:11,18 |
| 42:16,23 45:6 | **join** 55:10,25 | _____ | 43:16 44:3 | 127:10 129:6 |
| 45:9,19 48:1 | **joke** 82:10 96:1 | **K** | 45:1 47:24,24 | 130:6,13,22 |
| 48:13 49:13 | 96:9,11 97:25 | **keep** 52:4 76:25 | 49:21 51:5 | **knows** 117:3 |
| 53:11 55:1,7 | 98:17 100:13 | 84:16 85:4 | 52:16 54:19 | **Kubota** 125:10 |
| 55:10,17 56:7 | 101:7 103:23 | 98:18 133:22 | 57:12 58:5,8 | |
| 62:8,12 64:5,9 | 104:6,11 105:4 | **kept** 112:1 | 59:2,3,17 60:4 | _____ |
| 64:10 65:2,6,9 | 105:20 106:25 | **key** 126:10,13 | 60:6 63:15 | **L** |
| 65:16,20,24 | 107:6,15 109:1 | **kind** 21:3 47:23 | 64:14 65:18 | **laced** 32:11 |
| 66:23 67:1,14 | 109:6,9,13,20 | 59:18 82:13 | 69:6 71:10 | **lack** 48:10 |
| 67:20 68:1,11 | 110:11 111:20 | 90:15 98:4,9 | 73:25 76:2,14 | **late** 44:3 122:18 |
| 69:24 70:7,13 | 112:2,24 113:6 | 122:9 | 78:3,13,16 | 122:23 123:17 |
| 71:14 72:7 | 113:12,19 | **kinds** 12:25 | 79:18 98:7,9 | 123:20 128:19 |
| 73:7,20 74:10 | **jokes** 98:6 | **King** 33:25 | 98:12,13 99:23 | 129:3 133:16 |
| 75:8,19 76:1,5 | **Jones** 47:20 | 51:21,23 52:11 | 102:15 104:19 | 134:5 |
| 76:17 77:1 | 114:16 | 53:8,12,16,24 | 105:5,22 | **law** 19:12,17,19 |
| 78:10,15 79:2 | **Jr** 134:21 | 55:9,19 56:7 | 106:15 110:23 | 20:10,14 21:22 |
| 80:7,14 81:20 | **Judicial** 146:5 | 56:13 58:2,7 | 111:13,14,18 | 54:15 146:10 |
| 85:18 90:2 | **juggler** 7:14 | 58:11,20 59:4 | 112:17 114:16 | 146:11 |
| 93:25 94:15 | 98:2,21 104:25 | 59:5,11,11,15 | 116:9 117:17 | **laws** 15:14 19:6 |
| 95:18,23 96:17 | **July** 7:5,9 8:1,8 | 60:4,9 61:3 | 119:1 120:23 | **lawsuit** 8:21 |
| 97:2,23 98:12 | 36:16 63:2 | 79:5,9,20 | 122:8,24 124:3 | 12:18 |
| 98:15,19 99:1 | 66:24 69:23 | 82:22 86:8,23 | 124:13,15 | **lead** 18:19,21 |
| 99:13 105:8,13 | 82:4 83:25 | 89:14,19 91:11 | 125:10,16 | 19:1 25:20,24 |
| 105:17,24 | 85:15 95:22 | 91:17 92:8,15 | 127:2 128:18 | 26:2,4,6,7,12 |
| 106:8,20 107:5 | 97:2 101:19 | 92:24 93:19 | 129:7,12,15 | 47:18,21 54:12 |
| 107:19 108:3 | 105:3 106:21 | 94:2 114:12,18 | 131:10,13,18 | 55:6,6 56:22 |
| 108:14,22,25 | 107:1,18 108:2 | 135:22 136:4,9 | 131:19 132:22 | 57:4,12,25 |
| 109:3,20 110:4 | 109:4 110:3 | 136:24 137:19 | 133:5 135:12 | 58:15,19,23 |
| 110:9,18 | 111:8 137:12 | 138:4,14 | 135:20,21,25 | 59:5,19 61:12 |
| 111:13 112:1 | 143:16 | **King's** 56:21 | 137:24 138:4 | 79:9,14,20,21 |
| | | 58:16 92:10 | | 114:17 137:5 |

139:2
**leaking** 125:12
**leaks** 134:4
**learned** 143:14
143:19
**learns** 22:15
**leave** 21:21
33:14,16 34:9
38:8 42:18
48:24 54:6,16
54:18 83:5,6,7
83:16,18 93:13
93:16 131:4,10
**leaves** 66:1
**leaving** 21:12,14
22:18 64:11
106:8
**led** 88:19
**left** 33:21,23
34:5,7 39:20
54:8 60:10
78:19 82:21
123:23 129:13
129:19,24
136:25
**Legal** 2:13
**length** 72:23
75:23 115:17
115:18 118:14
**let's** 9:25 83:3
97:25 134:4
**letter** 4:5,21
35:16,20 36:1
69:19,21 82:19
88:15,16,19,23
92:6 107:13,22
108:2,6 110:7
**level** 17:18
**limit** 115:12
**limited** 124:23
**line** 26:24 51:2
71:23 72:17,24
87:14,15 91:15
92:13 119:6
148:6
**lines** 76:16

87:12
**listed** 127:14
**litigation** 146:13
**little** 59:2 90:4
119:3
**LLP** 1:15 2:8
**LMU** 122:16
123:15
**located** 28:17
**location** 13:17
52:16 113:1
124:14
**locations** 91:24
97:13
**locomotive**
16:11,14 81:22
**locomotives**
39:9,10,13
45:24 133:1
134:5
**long** 12:9 13:19
24:10 29:17
32:24 33:9
44:22 53:1
54:18 66:15,19
68:11 72:21,24
73:1,23 74:8
74:11 75:22
76:2 118:11,17
119:8,12
**longer** 15:18
23:6 90:4
119:3
**look** 26:9 31:2,9
34:22 56:19
59:17 70:14
72:22 85:25
88:1 91:14,15
103:6,19
114:23 122:23
133:19,21
**looked** 139:10
**looking** 25:15
27:16 37:4
49:2 57:4,13
59:20 70:18

71:23 79:21
84:19 89:12
91:8 94:6
114:17 122:5
129:6 134:10
134:15
**looks** 122:9
133:22
**lot** 19:14 59:17
**lots** 71:9
**lower** 30:24

_____

**M**

**M** 4:16
**machinist** 13:13
13:20
**Macon** 1:17 2:9
5:7
**maintaining**
14:17
**makeup** 122:18
122:19,23
123:17 126:23
127:4,5,6
128:19 129:3
**making** 7:8 89:9
95:10 97:2,5
97:24 107:19
112:5 141:17
**man** 18:19 19:1
25:20,24 26:2
26:4,6,7 47:18
47:22 54:12
55:6,7 56:22
57:4,12,25
58:15,19,23
59:5,20 61:12
79:9,14,20,21
114:17 137:5
139:2
**manageable**
17:18
**management**
14:2,4,7 19:6
19:10 20:2
63:9 100:10,14

104:25 124:2
124:17
**manager** 19:9
60:21 81:22
89:7 103:2,4
104:12 105:11
106:3 111:13
113:2 121:7
124:3 133:22
**managers** 69:12
100:18 108:22
**manner** 67:22
68:5 115:15
118:1
**manpower** 31:4
**mark** 101:12
**marked** 9:9,10
31:13,15 35:14
35:15 82:2
83:20 85:13
88:13 96:21
**marriage** 11:21
**Maryland** 13:10
13:17,20
**master** 44:15,22
**materials** 11:2
**matter** 5:2 33:17
34:6 47:10
83:7 84:13
85:4
**matters** 2:13
10:24 115:5
**meal** 87:10
**mean** 19:11
49:18 54:8
58:8 63:23
64:8 81:8
82:19 84:15
87:7 90:15
98:6,12 99:16
100:10,15
105:10,22
106:2 108:16
117:1,3,7
122:17 124:9
125:23 129:20

132:2,8 133:21
141:19 142:1
**meaning** 22:20
76:17 85:22
**means** 40:23
41:14,16 81:9
89:9
**meant** 124:6
**mechanical** 11:8
13:15 18:9,14
25:15 26:9
72:1,10,13
87:3,20,21
90:9,13,16,21
117:6 122:24
123:6,7 128:24
134:6
**mechanical's**
87:4 88:5
**member** 14:4
**memorialized**
134:20 135:7
**memories** 74:3
**men** 18:21 26:13
30:13 33:6
126:2
**meniscus** 126:19
**mentioned**
17:22 19:5,17
25:6 45:24
51:20 55:21
57:18 119:15
120:11 126:3
140:13
**mentioning**
98:18
**mentor** 59:18,19
**message** 57:3
**met** 126:18
**Meyer** 1:15 2:8
5:6
**middle** 12:10
29:7 54:16
57:2 64:11
82:21
**Mike** 114:16

mile 52:24 83:15
  132:16
miles 53:1 73:1
military 12:4
mine 10:2,4
minute 125:16
  125:17
minutes 33:4,6
  35:1 38:6
  41:24 44:8,11
  44:12 46:18
  74:8,8 78:20
  94:3 116:11
  117:10 123:2
  123:22,23
  131:17 132:18
  136:15 139:4
missed 51:15
mob 100:18
monitor 75:11
monitoring
  26:20
month 120:2,5
  121:18 133:10
  133:10 134:14
Moore 4:23
  109:8,12,19,24
  110:1 111:7,19
  112:2 143:15
  143:21,22
Moore's 109:16
morning 7:8
  29:1,9 82:4,6
  86:22 92:1,3
  96:16 97:6
  103:25 105:9
  109:4 113:12
  113:15 123:9
  141:25
move 64:25
  90:17 138:20
movement
  130:22 131:2
  132:3,3
movements 45:1
  128:17 129:7

129:13,15
  130:7,13,17
  131:13,23
  132:6,6
moves 45:3,5
MTI 11:5,7
  25:21 26:6
  31:17 36:19,22
  36:25 40:17,25
  75:14 122:13
  123:7 126:25
  127:5,15
Mulberry 1:16
  2:8 5:6
multiple 119:19
Murray 1:7,12
  3:2 4:8,10,11
  4:12,14,16,17
  4:18 5:2,4 6:1
  6:7 31:15 89:6
  101:22 142:20
  148:2

**N**

name 5:7 6:6
  103:9
naturally 23:8
  63:18 119:3
Near 28:19
nearby 102:4
  103:8
necessary 34:16
  38:10,14,17
  39:3,8,14 40:3
  40:9,12,21
  42:3,14 43:3,5
  43:13 47:16
  59:24 60:2,5
  75:19 120:12
  125:18
need 30:17,21
  54:12 56:23
  59:20 128:2
  138:17 139:2
  145:4
needed 8:13

20:22 64:18
  65:3 101:25
  102:9 114:6
  128:9
negatively
  114:14 116:21
never 8:9 15:13
  19:21 53:8
  54:5 55:4 70:9
  81:23 94:24,25
  95:2 106:2,5
  109:3 113:18
  114:11
new 126:13
night 31:10
nine 70:18
no-sets 119:1
nonoperative
  23:21
nonresponsive
  90:17 138:21
noon 33:13,21
  34:20
normal 85:3
  99:6 146:12
normally 30:12
north 23:2 30:17
  56:17 58:12,14
  58:18,20,25
  59:6,12 60:10
  79:10,13
  138:25 139:1
Notary 148:25
noted 148:5
notes 82:16
  108:6
notice 4:3 9:12
  32:22 107:12
notified 7:19
  103:15
notify 25:20
notifying 59:12
number 4:2 8:24
  9:22,22,22,22
  9:23,24 12:12
  12:14 64:17

65:3,6 91:9,22
  115:6,7 118:4
  118:10,20,21
  118:23 119:14
  119:25 120:10
  120:21 121:3
  122:3 124:1,21
  126:23 127:10
  129:6 132:17
  133:3,9 135:20
  137:9 140:9,16
  141:2,3,12
  144:3
numbers 31:3
  86:1
numerous 69:24

**O**

O 68:22 69:11
  69:14 71:9
  89:4,4
o'clock 56:6,9
  136:10,15
O.C.G.A 146:7
object 36:9 57:6
  57:14 58:21
  59:8 71:5
  79:11 84:14
  86:12 99:21
  104:8 113:7
  114:13 128:21
  130:1 135:4
objection 71:2
  116:14,20
  117:13 134:22
  135:13
observation
  68:23 69:11,14
observe 68:23
  73:23
observed 73:21
  73:21
obviously 32:19
  57:23
occasion 102:24
occasions 69:25

occur 29:9
  135:11
odd 98:4,5
office 28:15,17
  49:1 52:12
  53:14 75:9,13
  75:17 78:19
  101:20
officer 6:25 63:2
  67:5 81:19
  82:13 84:20
  85:11 102:23
  102:25 103:8
  103:20
official 147:13
officials 98:20
officiated 71:13
Oh 45:24 110:25
  140:6
Ohio 13:25
okay 9:3,7 10:19
  18:15 44:9
  46:7 49:17
  52:10 56:10
  57:17 58:11
  64:21 72:6
  73:19 74:2
  82:20 90:17
  91:5 92:12
  118:3 124:15
  127:7 129:12
  132:12 135:18
  139:24 141:7
  141:10
old 126:10,14
once 24:21
  26:21 40:17
  41:2,4,4 46:20
  88:21 111:10
  118:18
ones 9:20 10:9
  21:14 71:10,10
  113:16
online 50:16
  63:19
open 23:3

Brian Murray                                                5/4/2021

**opened** 108:17
**operable** 41:10
  65:25
**operate** 16:6
**operating** 10:15
  11:3,5 19:15
  32:14 44:2,4
  66:17,19 67:15
  71:17 72:13
  117:5,17 118:2
  118:6 121:20
  122:2,14
  123:14 127:2
  129:4 134:18
  135:14
**operational**
  68:19 69:9,15
  71:4
**operations** 17:1
  19:15
**operative** 22:10
**operator** 13:12
  13:20
**operators** 27:16
**opportunity**
  9:13 27:24
**order** 17:17,17
  21:10 23:5
  24:4 25:19,20
  25:21,25 26:8
  26:25 27:4,7
  27:19,19,21,24
  28:4 38:15,17
  39:4 40:3,6,14
  40:21,23 41:2
  41:23,25 43:2
  43:14,23 45:10
  46:4 50:16
  51:1,6,15
  55:14,16 56:3
  58:6 63:20,22
  65:21 77:16
  78:5,11,16,17
  78:22,23 80:3
  81:12 94:3
  114:4 118:24

127:7,11
129:14 131:14
131:24 134:5
144:22
**ordered** 26:10
  26:11,11 58:11
  92:16
**ordering** 20:12
  41:11 77:22
  103:17 144:19
**orders** 26:14,19
  44:14,17 45:4
  45:5,8,12
  50:14 62:7
  63:13,16,24
  75:3,4,12 76:9
  80:21,25 92:21
  116:2,12
  118:23 129:16
  131:20 132:4,5
  132:22 134:7,8
  136:19
**originally** 74:21
**originating**
  21:12
**outbound** 6:22
  19:22 20:20
  21:4,20 22:1
  22:15 24:16
  25:2 28:3,5
  29:19,22 31:22
  32:18,21 38:10
  44:21 51:8
  63:22 65:10
  71:15 72:11
  75:12 79:3
  80:19,23 81:1
  81:10,12,14
  115:14 118:25
  119:25 121:13
  121:21 125:5
  126:3 128:20
  138:1 139:3
**outcome** 108:7
  147:12
**outside** 49:8

95:20 119:22
**overlook** 81:11
**oversee** 17:10
**oversight** 16:24
**overtime** 52:14

——————————
**P**

**P** 148:1
**P-1** 4:3
**P-10** 4:14
**P-11** 4:15
**P-12** 4:17
**P-13** 4:18
**P-14** 4:20
**P-15** 4:21
**P-16** 4:22
**P-2** 4:4
**P-3** 4:5
**P-4** 4:6
**P-5** 4:7
**P-6** 4:8
**P-7** 4:9
**P-8** 4:11
**P-9** 4:12
**P.C** 2:3
**p.m** 1:14 144:14
  145:8
**P.O** 2:9
**page** 3:3 4:2
  34:22 71:23
  72:17,24 73:11
  74:13 76:16
  85:25 86:1,3,5
  87:12,13 91:1
  91:8,15 92:13
  93:3 148:6
**pages** 147:8
**pairs** 57:19
**panel** 52:15
**paragraph**
  82:21
**Paris** 1:18 5:9
  146:16 147:5
  147:18
**Park** 2:4
**part** 20:2 26:18

27:25 29:24
48:20 64:25
67:25 68:1
69:22 85:21
94:12 100:5
102:1 113:14
114:21 126:4
132:23,25
133:1 141:8
**participate**
  56:13 60:2
  84:3 97:17
**participating**
  141:18
**particular** 121:5
  122:2 135:9
**parts** 138:20
**party** 8:20 12:18
  146:6,10,11,12
  146:12,13
  147:11
**passed** 40:19
**pays** 87:9
**PDF** 145:3
**penalties** 21:24
**pending** 106:10
  108:7 111:15
**people** 28:2
  30:17 44:23
  51:14 52:4
  54:1 57:13,22
  64:23 84:16
  92:16,21 95:13
  97:12,14,16,16
  99:4,6 106:19
  125:24 128:24
  132:24
**percent** 21:17
  21:21 23:15
  118:6
**percentage**
  113:14
**perform** 19:15
  19:25 32:1
  33:7 34:19
  35:10 38:17

39:4 59:25
67:21 71:15
79:10 118:25
125:25 139:13
**performed**
  18:23 30:12,14
  31:22 32:7
  39:16 42:10,12
  42:16 45:20
  119:20
**performing** 6:21
  19:18,22 35:2
  45:23 49:15,15
  68:19 83:14
  93:1,21 115:13
  125:5
**performs**
  137:25
**period** 68:10
  70:22 111:14
  133:24 134:3
  140:25
**periodically**
  26:20
**permission** 83:6
**person** 19:1 29:9
  34:5 57:24
  80:6,10 102:3
  109:8,12,23
  132:23 142:10
  146:9
**personal** 9:4,5
  9:19 12:23
  55:24 104:20
  116:16,17
  117:15 125:3,7
  130:3,4,18
**personally**
  60:16
**personnel** 16:5,8
  27:22 29:1,3,5
  122:6
**pertains** 142:24
**phone** 12:12,14
  29:10,11 53:17
  53:17,19 96:8

Brian Murray                                              5/4/2021

pick 54:18
  126:16
pickup 49:3
Pierce 11:23
piers 13:10
pin 27:15
place 2:4 27:6
  40:9 83:7
placed 25:8 40:6
places 14:23
plaintiff 1:4 2:2
  10:1 117:14
Plaintiff's 9:8,11
  31:13 35:13
plan 10:16 11:3
  11:5 44:2,4
  66:17,19 71:17
  72:13 117:5,17
  118:2 121:13
  121:20,21
  122:2,14
  123:14 127:2
  128:19 129:3,4
  134:18 135:14
planned 85:23
plans 17:2
play 63:16
please 5:9 6:6
  71:5 88:2
  144:21 145:7
point 16:6,6
  25:23 27:14
  45:25 49:22
  57:8 58:10
  91:22 92:22
  96:15 129:12
  132:11
police 4:20 8:3,7
  8:9,11 101:14
  102:4 103:8,12
  103:21 104:7
  104:13,21
  105:21,22,23
  141:14
populated
  122:13

position 15:5
  49:5
positions 14:22
posted 123:6
potential 81:1
  98:10 99:19
  100:1,7
power 15:14
  19:6,12,17
  119:10 129:10
  134:5,7 138:6
prefer 125:24
preparations
  11:9
prepare 10:22
prepared 9:15
  11:10 144:9,9
preparing
  142:20
presence 8:10
  45:10 105:13
present 2:11 8:7
  39:10,13
  107:24 114:8
presented 62:14
pressure 41:16
Pretty 87:7
prevents 67:22
principal 146:10
print 31:17
prior 14:13
  30:25 31:1,2
  120:11
probably 46:6
  46:21 52:12
  57:5 59:21
  83:12 125:25
problem 78:12
  78:16 79:2
  116:15
problems 22:8
  23:10 25:15,16
  39:23 45:7
  78:24 80:11,15
  80:17
procedure 41:12

54:21 76:23
procedures
  15:15 69:17
process 27:14,23
  51:15 62:5
  85:5 111:12
produced 6:2
  70:3,5 84:25
  127:23 133:16
  134:18
production
  10:15
productivity
  17:9
profile 133:7
program 15:17
  16:17 26:12,20
  75:14
prohibited
  146:7
projected 31:3
promoted 13:13
  14:25
promptly 92:21
properly 21:10
  66:1 74:20,25
  77:2
property 8:4,10
  52:22 103:13
protected 20:17
  21:1
protections 8:17
  20:3,4
protective 125:4
  125:7
provide 82:12
  87:1 146:6,9
provided 48:11
  87:25 122:1
provider 12:16
providing 84:21
  84:24
provision 67:19
  67:25
public 22:7
  148:25

published 71:14
pull 106:14,16
  106:19 111:10
pulled 51:9
  53:24 63:20
  101:6 103:1,13
  106:15,20
  110:10,19
  111:19 112:21
  113:5,12,19
pullers 27:15
pulling 111:4
purpose 69:4
  118:4
Pursuant 146:4
pursue 111:8
put 6:20 24:17
  25:1,19 26:5
  26:14,20,25
  27:25 36:1
  40:3 50:2,10
  58:9 62:17
  65:21 74:4
  75:4,12 76:8
  78:17,24 85:7
  88:17 89:4,13
  92:4 95:4,7
  111:1 126:13
  126:14,14
  129:9 133:15
  139:8 142:25
  143:1
puts 78:22
putting 17:4
  93:9

_____
Q
Q251 21:13 35:8
  36:18,23 37:5
  37:12 38:11,20
  42:2,11,21
  43:13 45:1,20
  47:2 48:22
  53:9,13 56:14
  58:3 60:10
  61:1,12,22

62:13 64:18
  65:14 66:24
  72:8,21 73:6
  76:1 78:12
  80:11 82:23
  84:4 86:9
  89:15 92:9
  93:4,6 94:21
  122:25 123:2,9
  124:5,19
  129:24 131:23
  136:7 138:10
  138:15
Q25130 6:22
  24:12 43:25
  44:7,11 52:1
  122:15 126:23
  127:12
Q255 124:4,5
Q455 21:13
  31:17 35:3
  37:13,15 38:7
  48:18 64:15
  93:2,11,21
  123:11 124:18
  138:1,2
Q45530 31:19
  32:25 33:11
  34:11
qualified 60:19
quantify 24:10
question 18:5,8
  26:2 43:11
  59:2 71:6 86:5
  88:4,6 89:18
  90:21 100:5
  116:14,16
  129:23 130:5
  130:12 135:2,5
questions 9:4
  10:16 67:11
  85:23 87:24
  90:7
quibble 135:16
quick 142:13
quicker 57:23

Brian Murray                                                    5/4/2021

72:15
quickly 101:25
  102:9
quote 89:19
  91:10

_____

**R**

R 4:16 29:5,6
  52:18 148:1,1
radio 41:1 53:18
  125:21 126:1
radios 59:24
  125:17,18
rail 16:8 21:4,9
  23:20 58:20
  59:6 76:3
railcar 27:1,1
  50:15 80:3
railcars 31:25
  37:9 65:3
  80:14
railroad 8:3,6
  8:17,24 14:13
  14:17,17 20:6
  81:6 104:21
range 134:4,6
rates 146:12
re- 119:19
reach 54:12
reached 51:16
  134:23 135:6
reaches 56:22
react 98:3
read 10:24
  87:15 144:15
  144:17 148:3
ready 18:24
  46:14 123:8
  128:23 142:18
real 105:5
  142:12
really 27:15,16
  100:10 112:15
reapply 41:13
  41:14,17
  126:13

reapplying 47:4
rear 23:17,18
reason 122:15
  123:15 128:10
  129:5 134:11
  148:6
reasonable
  35:11 36:14
  37:2 72:8 76:2
  139:14
reasonably 50:6
reasons 22:5
  132:20 134:2,8
Rebecca 1:7
  4:13 5:4 18:13
  28:19 84:10,24
  96:6,20 100:24
  106:17 109:18
  112:22 136:22
  141:13,22
  142:10 143:1
  143:11
recall 28:21 30:8
  55:8 70:14,16
  95:17,20 96:14
  105:16
receive 89:22
received 83:21
  85:14 90:1
  114:18
receiving 25:8
  25:10 27:2,12
  51:7 52:19
  80:22 84:6
recharged 41:15
reckless 68:8
recollection
  70:19,25,25
  82:14
record 31:19
  36:20,22,25
  37:4 52:2
  66:10,11,12
  114:25 115:1,2
  127:22 128:11
  128:13 141:5

142:3,17
  144:13,14
  145:8
recorded 97:10
  97:11 141:25
records 70:3,15
  70:18 127:23
  133:3,5 134:13
  136:24 137:24
  139:11,17,18
  141:14 143:3
refer 29:7 69:12
  69:13
reference 62:23
  62:24,25
  101:20
referring 21:3
  89:7 95:21
reflect 67:10
refused 67:2
  114:11
refusing 20:10
  20:24
regarding
  130:12 135:8
regardless
  116:12,12
  117:11,21,23
regulation 54:24
regulations
  146:5,8
reinstate 111:4
  111:6
reinstated
  111:11
related 45:6
  131:24 147:11
relating 35:16
  62:12
relation 45:22
relationship
  146:10
relatives 11:21
release 23:16,17
released 41:14
relied 143:10

relocking 47:5
remain 101:23
  102:7,10
remained 17:18
remember
  49:12,18 53:17
  63:6 74:6,7
  89:24
removed 7:24
  8:7 108:3
  110:4
repair 15:15
  127:23 128:8
  138:7
repaired 17:12
  51:9 80:18
  127:21,21
  128:9
repeated 65:17
replace 126:5,8
report 4:20 7:7
  22:2 29:3
  40:21 81:11
  84:16 100:6,23
  101:14 126:25
reported 1:18
  20:22 29:8
  40:14,16,24
  80:10,15 99:10
  100:3,11,22
  105:11 127:12
  129:18,25
  131:20,24
  142:11 147:7
reporter 5:9
  144:15,19,22
  144:25 145:4
  147:5,14
reporting 20:16
  20:20 29:6,7
  45:6 81:15
  146:5,6,6,9,9
  146:10
reports 29:5
  99:3 137:25
representative

130:19 135:5
representing
  10:25
reprimand 36:2
  79:5
request 101:21
  102:14,20
  103:21 104:13
  135:15,15
requested 8:6
  102:23,25
  103:7
require 16:18
  77:12 116:13
required 20:14
  22:1 23:11
  32:18 64:14
  65:7 67:1
  119:17
requirement
  65:9,16,20,24
requirements
  19:18,19 21:11
  21:18 22:3
  81:25
rerouted 78:7
reservoir 75:20
reset 76:6,17,24
  125:17
resets 119:9
respect 100:9
respon- 65:2
respond 94:3
  101:24 102:9
responded
  47:25,25
responsibilities
  16:22 26:18
  47:21
responsibility
  36:13 67:2
responsible 17:9
  64:5,10,13,17
  64:19,19,22
  65:2,5,6,13
rest 99:23 119:6

result 22:11
resulting 139:14
retaliate 20:9
retaliated 20:17
retaliation 8:16
retest 43:3,5,13
  75:19 76:11
  77:8,11,20
  116:1,13
  119:17
retested 41:7
  65:18 77:18
retesting 42:25
  74:11,15 76:25
retests 115:20
  115:23 119:19
revealed 43:14
review 9:13
  142:21
reviewed 11:2
  144:8
reviewing
  136:24
revised 91:8
Rice 43:25 45:2
  52:20 121:4
  132:17
ride 83:12
  125:10
right 7:18 15:2
  29:18 33:19
  35:21 43:20
  46:9 50:4,6,18
  50:21 55:2
  56:11 60:17
  64:7 76:6,9,21
  77:12 82:24
  87:6 88:19
  89:20 92:18
  93:2,11,21
  94:25 97:4
  101:10 103:11
  105:21 106:21
  108:4 112:20
  113:25 121:17
  123:12,13,18

126:21 128:20
130:8 133:13
134:15 138:2
140:11
road 6:9 26:24
  28:4 49:6 51:2
Robbins 101:15
Robert 33:25
  51:21 52:11
  53:8
role 63:16
roll 23:13,15,19
  34:10,13,17,19
  34:24 35:2,3,6
  38:7 64:14
  81:5 83:8,14
  83:17 93:2,11
  93:14,21 124:5
  124:18 138:2
rolled 81:5
roughly 34:20
  34:21 35:1
  46:18 78:21
  97:16 126:8
roundabout
  100:15
route 23:4 44:16
  44:23
routed 78:8
rule 6:21 57:11
  57:17,18,21
  67:15,17,19
  70:10,12,20,23
  71:4,12 87:14
rules 19:14 41:6
  71:10 88:24
  146:4,8
runaround
  119:2
running 49:11
  49:12 113:3
Russell 6:7
Ryan 4:9 30:1
  30:14 31:24
  32:1,5,25
  33:14,16,21,24

34:1,2,3,5,9
35:3 37:15
42:17 64:10
136:25

───────────
    S
───────────
S 1:18 123:5
  146:16 147:5
  147:18
safe 67:21 68:4
  115:15 118:1
  124:11
safely 17:21
  68:25 125:22
safer 57:23
safest 23:4
safety 7:8 8:18
  20:6,25 22:5,7
  25:16,16 29:1
  29:9 69:12
  82:6 96:16
  97:6 98:7,24
  105:9 106:25
  118:8 125:9
  141:18,25
sat 73:18
satisfy 21:10,17
  22:2 122:2
  134:19 135:15
saw 53:8 112:11
  136:22
saying 8:11
  32:16 41:11
  50:6 57:21,21
  59:3,4 77:15
  87:5 98:19
  129:3 140:3
says 9:22 35:20
  56:23 57:11
  59:4 72:18
  86:6,16,22
  89:6,17 94:9
  94:19 101:18
scan 132:10,15
scanning 27:17
scared 100:10

105:11
schedule 131:17
scheduled 42:20
  44:8 62:3,3
  72:14,14,15
  98:8 108:8,16
  116:11 117:5
  117:10,18
  122:25 123:3,6
  132:7
school 12:1,7
scope 130:2,5
scrap 126:14
script 85:22
  87:24 88:6
  89:22 90:1
  91:8,13
seal 147:13
second 28:14
  41:22 86:5
  89:22,25 94:7
  125:15 134:16
  142:16
seconds 126:9
  126:12,17
secretary
  144:23
section 89:12
see 9:25 27:5
  31:9 39:22
  44:2,4 48:20
  49:13 53:6
  55:21 58:17
  68:7 69:16
  72:22 73:12,17
  83:3 86:1,3
  88:1 89:5,13
  91:14 94:12
  97:25 100:25
  101:18 102:1
  103:6,19
  114:23 115:9
  134:4
Seeing 17:17
seen 67:8 76:21
  101:16

select 35:21
selected 35:23
send 30:17
  53:22 54:2,6
  86:7 144:18
  145:6
sending 112:22
senior 15:1,2,7
  16:23,24 17:6
  17:8,22 18:1,4
  18:11,12 19:2
  20:9 26:7,13
  26:19 30:23
  31:1 52:7
  74:18
sent 43:8 54:5
  56:17 57:20
  58:14 61:2
  62:4,14 79:1
  79:12 82:3,20
  86:21,23 89:18
  91:11 92:1
  120:4 135:7
sentence 94:7
service 7:25 8:8
  12:4 101:6
  103:1,14
  106:10,14,15
  106:16,19
  108:3,7,10
  110:5,10,20
  111:2,15,19,24
  112:1,9,16,21
  113:6,12,19
services 146:7,9
set 22:19,24
  23:1,2,6,9,16
  23:20 24:4,11
  41:11 43:22
  44:14 45:3
  47:13 60:13
  63:13 72:9,19
  76:6,23 78:5
  80:25 114:6
  127:21 129:14
sets 119:4

Brian Murray                                                    5/4/2021

**setting** 44:17
  62:6 63:15
  129:16 131:14
  131:20 132:4,5
  134:8
**SGF** 94:10,17
**Shakes** 114:14
**shift** 17:24 18:2
  28:7,10,13,25
  29:15,20 31:1
  31:1,2,8 34:10
  47:19 64:11
  101:4,10
  105:19 120:8
  120:12,22
  121:7
**shifts** 18:19,22
**shock** 105:4
**shocked** 105:5,6
  105:10
**shoe** 126:8,20
**shoes** 125:14,14
  126:3,4
**shook** 112:7
**shop** 17:2,11,14
  17:21 27:7
  28:18 29:5,5
  48:20 49:4
  79:1 101:22
**shopping** 80:2
**short** 66:7
**Shortly** 33:13
**shove** 22:21
**show** 9:10 35:15
  82:2 83:20
  85:13 86:16,20
  89:25 92:13,16
  92:17 96:21
  101:12 107:10
  122:15 137:2,3
**showed** 30:16
  60:4 93:24
  128:23
**showing** 122:12
  133:10
**shown** 84:7,10

127:1 130:15
**shows** 26:10
  32:3
**side** 23:2,2,3
  27:18 30:17
  56:17,23 58:12
  58:14,18,20,24
  58:25 59:6,12
  60:10 79:13
  81:23 125:23
  125:23 126:1,2
  138:25 139:1
**sides** 25:13,19
  32:6,13,14
  38:24 39:1
  40:10 42:8
  65:10,21
**sight** 101:23
  102:8,10,11,12
  102:13
**sign** 144:16,17
**significantly**
  64:24
**single** 22:2
**sir** 6:6 9:2,17
  12:20 14:9
  15:6 16:1 17:7
  17:10 18:7,20
  18:25 19:4,7
  19:16 23:14
  26:17,22 28:1
  43:7 48:6,9,12
  49:10 53:14
  59:16 63:11
  66:21,25 69:11
  69:18,22 70:5
  73:2 76:22
  82:5,8,11
  85:12 90:10
  110:22 124:25
  125:2 126:6
  127:21 133:8
  138:11 142:23
  143:2,9 144:10
**site** 26:10
**situation** 90:24

102:22
**Six** 97:15
**small** 113:14
**somebody** 27:13
  30:23,24 54:7
  78:11 102:15
  102:17 125:20
  126:19
**son** 134:21
**sooner** 43:10
**sorry** 34:4 36:21
  40:18 69:20
  110:16
**south** 23:2,3
  37:7 49:18
  58:24 73:4
  120:1,7
**SOUTHERN**
  1:1
**speak** 48:1
  49:23 57:25
  63:8 96:11
**Speaking**
  130:10
**special** 32:3
**specialized**
  19:10
**specific** 30:11
  70:23 71:12
  90:18 115:16
  116:18
**specifically**
  71:11 116:10
  120:20 124:16
**specifies** 66:19
**speculation**
  70:21,24 78:3
**speculations**
  137:21
**speed** 62:4
**spoke** 96:10
**spoken** 60:25
**spot** 72:14 117:5
  122:25 123:6
**spotted** 31:4
  123:2,3,4

128:24 132:21
**spotting** 64:20
**spotty** 118:15,15
**spreadsheets**
  10:16
**SR** 2:3
**staffing** 120:10
  120:18,20
  121:3,5
**stand** 11:7
  102:16 104:22
**standard** 71:14
**standards** 66:15
**standby** 103:21
**standing** 8:13
  90:15 144:22
**start** 48:21
  93:10 118:19
**started** 118:18
  124:19
**starting** 40:17
  93:9
**State** 146:2
  147:2,6,14
**stated** 114:16
  138:12
**statement** 4:14
  4:17,22 56:12
  56:19,20,21
  58:16 59:4
  73:17 82:20
  83:21,24 84:6
  84:9,21 86:14
  86:16,21 91:25
  92:10,12 96:22
  97:1 100:23,23
  104:24 109:11
  109:14,16,19
  109:23 110:1
  111:5,7 112:22
  136:16 137:22
  137:22,23
  143:23,25
**statements** 56:8
  61:2,4,7 84:22
  92:19 95:10

124:25 125:1
  141:12 143:5,6
  143:8,11
**states** 1:1 67:20
  72:3
**stating** 71:20
**status** 23:5 27:3
  27:4 40:4
  41:25 80:3
**stayed** 60:9
**steel-toed** 125:8
**step** 14:2
**Stepped** 126:20
**Stewart** 2:7 5:14
  5:14 10:3,6,12
  10:20 36:9
  57:6,14 58:21
  59:8 71:2,5,22
  79:11 84:14
  86:12 99:21
  104:8 113:7
  114:13 116:14
  116:22 117:13
  120:2,4,17,23
  121:16,23
  124:6 127:18
  127:22,25
  128:4,10,21
  130:1,8,11,23
  131:1 132:12
  134:16 135:4
  135:18 137:2
  138:19 139:21
  139:24 140:4
  140:11 141:5,8
  141:21 142:12
  142:15 143:5
  144:5,17,21
  145:2,6
**sticks** 32:19
**stipulate** 120:14
  120:24
**stipulates**
  119:25
**stipulation**
  120:4

stood 101:19
stop 24:13
  132:25
straight 112:25
  133:17
Street 1:16 2:8
  5:7
strike 64:25
  90:17 138:20
striped 26:25
  27:6,9,13 28:4
  50:16 51:6
stuff 11:3,4
  19:14 128:22
subdivision 15:4
subject 21:24
  85:20 116:20
  120:16
submit 87:17
  91:3
submitted
  139:16 141:19
subordinate
  61:14
subscribed
  148:22
suffered 87:2
suggested 77:10
suggesting 90:8
suggestion
  87:20
Suite 1:16 2:8
summary 82:13
summer 6:17
  28:11
superintendent
  18:9
superintendents
  18:14
superior 84:10
  84:12 100:12
superiors 61:19
supervise 15:9
supervised
  19:24
supervising 16:5

17:23
supervision
  68:19
supervisor 6:16
  13:2 46:12
  59:14 99:10,14
  100:4 111:3
supervisory
  18:17
supply 118:14
supposed 25:10
  25:19 40:11
  112:15 123:12
sure 9:25 17:11
  17:20 23:17
  28:12,23 49:19
  54:23 63:23
  64:2 68:24
  71:9 81:6
  84:15 97:11
  112:24 118:5
  128:11
surprised 51:5
  111:6
Sweat 103:9,10
  103:13,17
switch 45:17
  46:5 47:4,5
  66:5
switched 127:20
switching
  128:19
sworn 5:11 6:2
  148:22
system 41:6
  43:13 75:5,15
  90:16 92:4
  122:11 133:18
  133:19,23

─────── T ───────

T 148:1
tag 26:25 27:9
  27:14 50:16
  51:1
tags 25:19 27:5

27:6,16,18
  28:4 40:6,10
  51:6 63:22
  65:21 78:23
take 14:21 16:6
  16:17 23:7
  34:6 44:17,19
  44:20 46:16
  47:1 59:17
  66:7,15,19
  71:15 83:6,16
  99:9 114:21
  119:3 126:7,10
  126:10,13
  132:25 142:12
taken 41:25
  43:17 50:23
  78:4 98:9,10
  112:16
takes 44:22
  75:22 115:23
  116:6 118:11
  118:17,25
  119:8,12
talk 60:25 62:8
  62:11 142:15
talked 10:25
  39:21 45:19
  75:15 81:21
  96:14 113:2
  118:3 136:22
  143:8
talking 34:3
  56:20 84:20
  112:25
task 54:11
tasks 19:25
  42:10 45:19
  68:23,24
team 57:20
teams 29:23
  57:19
tell 6:6 9:18
  11:25 18:23
  27:18 31:16
  32:24 34:23

37:4,9 44:10
  53:2 54:9 55:6
  55:9 60:1 62:1
  63:12,19 69:1
  74:4 77:7
  91:15 99:25
  100:12 101:13
  107:10 108:25
  116:20 125:16
  144:24
telling 57:3
  58:19 59:5
  85:22 100:13
  100:13 109:12
  113:6,12,19
  124:12 143:22
tells 127:2,5
temperature
  118:14
terminal 18:9
  21:12,14 66:2
  75:11 134:6
terms 16:22
  139:17
test 6:22 19:14
  20:14 21:8,18
  22:3,17 23:10
  23:12,13 31:18
  31:23 32:2,8,9
  32:12 33:11
  38:18 39:4,16
  43:14 45:23
  49:16 53:5
  54:16 59:25
  65:11 66:16
  68:22,23 69:12
  69:13,14,14,15
  69:16 70:12
  71:4,21 72:10
  72:12 76:8
  79:10 81:22,25
  86:8 89:4,4,19
  115:13 118:4
  118:11 124:5
  124:18 125:16
  125:20 138:1

139:13
tested 35:6
  37:16 69:24
  70:10,22 71:9
  71:11 74:21
tester 125:11
testified 6:3,25
  13:5 72:7 73:3
  73:20 74:12
  76:1 86:25
  90:25 91:16
  93:18 114:9
  115:10 135:9
  135:11 136:1
testify 8:24 9:15
  9:20 10:23
  11:10,12 13:3
  36:15 71:19
  115:8 140:18
  142:20 144:9
testifying 12:21
  76:20,22 142:9
  144:4
testimony 92:17
  120:15 147:7
  148:4
testing 19:15
  38:11 42:24
  47:8,12 53:9
  56:14 68:19
  69:4,7,9,10,11
  70:20 84:4
Teston 30:1,3,9
  30:13 33:19
Teston's 30:20
  31:7 64:6
  120:13
tests 19:19,22
  65:17 125:5
thank 128:14
  144:11
thereabout 38:6
thereof 147:9
thin-skinned
  105:6
thing 46:7 86:13

111:21 126:21
129:21 141:19
**things** 17:14
28:2 32:10
42:12 115:6
128:12 133:22
**think** 10:4 15:1
19:13 25:25
29:17 63:3,6
63:25 64:3
86:2 98:5
101:8 103:11
105:15,17
114:20 115:6
120:4 124:6
130:2
**third** 28:14
78:22 86:3
**thirties** 12:10
**Thoele** 1:8 4:8
4:11,14,17 5:4
62:21 63:1
81:19,24 82:3
84:7 85:11,14
86:6,21 87:25
89:17,22 90:1
90:12,23 91:9
91:20,21
106:12
**Thoele's** 141:9
**thought** 104:24
**threat** 98:9,10
99:8,19 100:1
100:7
**threats** 106:5
112:6
**three** 29:23
30:13 38:3,5
41:24 57:22
72:15 73:3
84:1 97:13
99:6 119:16
120:6 132:24
137:21
**three-** 125:16
**three-man**

120:1
**Thursday**
101:18 135:7
**Tidwell** 6:9
**time** 12:22 14:23
15:5 17:4,12
18:11,20,20
19:1 23:1
25:23,25 26:11
27:17 28:11,13
29:8 33:2,3
34:6,23,25
35:11 36:14
37:2,18,22,24
39:11,14 41:5
41:23 42:20,23
44:1,8,12,17
44:19,20 45:13
45:16 46:16
47:25 48:24
52:4 55:9,16
55:17 56:2
60:20,22 61:4
62:3,4,6 64:3
64:23 66:4,8
68:10,17 69:23
71:13,15,20
72:4,8,9,14,19
75:3,25 76:2
77:21 78:4,12
78:15 83:1,1,4
83:16 86:7,17
86:22 89:13
90:11,20 91:11
91:16,22,23
92:13 93:4,5
93:18,24 98:24
102:16 110:19
110:23 111:14
112:11,14
115:12,13,17
115:23 116:6
116:11 117:5,5
117:7,8,11,21
118:19,24
119:16 122:25

123:1,4,6,8,10
126:7,18 129:4
129:10 130:14
131:16,17,18
131:25 132:1,7
132:7 133:25
134:3,7 135:21
136:25 137:5
137:18 138:13
139:14 140:25
**timely** 115:15
**timer** 125:11
**times** 28:12,14
70:4 71:17
76:17 94:2
102:22 117:18
122:12 125:24
137:5
**titled** 67:17
**today** 10:23
87:18 91:3
140:1 141:20
**told** 14:20 53:4
58:23 61:22
62:2,4 79:6,19
79:19 82:10
83:4 88:21
96:8 99:22
105:16,20
106:25 107:6
107:24 109:9
109:20 111:20
112:24 116:10
117:2,9 136:6
138:8 140:9,14
**tolerated** 98:14
**tools** 125:3
**top** 82:17
**topic** 9:23 10:1
118:4 121:2
122:3 124:1,15
125:3 130:2
134:19 135:9
135:13,15
**topics** 8:24 9:6
9:12,16,18

10:14,18 11:11
114:22 115:7
144:4,8
**torn** 126:19
**total** 38:3
**tower** 29:8
30:16 83:12,17
99:2,5,11
**track** 19:3 22:21
23:3 25:1,4,8
25:10 26:14,19
31:20 37:5
49:7 56:24
73:22 92:8
93:20,20
118:15 123:8
128:20,20
131:4 132:9,24
132:24 136:18
**tracking** 84:12
**tracks** 18:24
57:13 58:12
125:11
**traffic** 17:20
121:8
**trailer** 29:7
**train** 6:22 21:9
21:17,21 22:10
22:15,15,21
23:9,14,21,23
23:25 24:2,3,3
24:10,12,23
25:7,13,25
26:9,23 27:25
31:19,23 32:25
34:11,14 35:5
35:9 36:20,23
36:25 37:10
38:3,20,24
39:1,3,6,17
40:19 41:15,19
42:2,8,20,25
43:3,19,25
44:23 45:14,17
45:25 46:13
47:12,12,24

50:8,15,17,21
58:6 60:11,14
61:4,11,20
62:9,13,22
63:10,17 65:10
65:25 66:1,5,5
72:11,24 73:7
75:23 77:5
78:1,12 80:11
80:19 81:16
93:13 97:3
113:23,25
115:17 118:5
118:14 119:6
119:11 122:15
122:19,25
123:2,15,17
126:23,24
127:4,6,12
128:17,23
129:7,10
130:13,14
131:2,4,13,23
132:6,8,21
133:4,10,24
134:2,14
135:10 139:3,5
139:14 140:24
**train's** 24:7 81:1
116:11 117:10
123:21
**trained** 15:11
20:3
**training** 11:8
19:5,6,7,10,12
19:14,18 20:2
21:8
**trainmaster**
15:3 16:2
**trainmasters**
122:11
**trains** 16:6,9
17:11 19:22
20:21 21:4,13
22:7 28:5
47:24 58:12

Brian Murray                                                    5/4/2021

80:23 81:1,12
129:5 136:3
140:20
**transcribed**
147:8
**transcript** 4:7
67:7,10 87:18
91:3 124:24
144:20 147:9
148:3
**transportation**
1:6 5:3 6:11
13:8 14:14,18
15:4 16:4
44:23 46:13
64:20 66:14
87:3,4,21 88:5
90:8,13,16,22
117:6,7 119:10
122:20 123:17
**traverses** 132:8
**traversing**
132:10
**trigger** 62:18
**truck** 49:3,5,9
49:11,14,22
52:15 97:20
138:6,7
**true** 8:8 26:16
29:12 44:10
147:8 148:4
**try** 48:4 49:25
51:11 101:2
112:24
**trying** 19:13
69:16 97:15
**TTGX** 80:2
**Tucker** 2:3 5:12
10:6 121:23
127:22 134:21
135:6 141:5,21
142:15
**Tucker@burg...**
2:5
**turn** 9:6 114:22
**turned** 62:5

**turning** 11:14
36:18 64:22
87:12 92:12
115:5
**twice** 76:6,11,15
76:19,24
104:17
**two** 13:22 15:18
30:14,16 33:6
33:6 37:12
44:8,11,11,12
53:1,1,18 61:2
63:25 64:22
91:23 92:19
99:6 102:22
119:21 123:22
123:22,23,23
126:2 131:11
131:16,17
136:3,4
**type** 118:13
**typically** 111:10

**U**

**Uh-huh** 22:14
36:21 46:1
56:25 76:12
79:23 86:4
87:23 88:12
89:21 90:19
94:8 95:14
114:1
**Uh-uh** 116:21
**uncommon**
102:16 104:12
104:16
**uncouple** 22:20
**undergo** 19:10
**understand** 8:15
112:4 116:22
**understanding**
74:2 104:16
142:6
**understood** 8:14
20:8 21:9
**unhook** 46:21

**Unintelligible**
130:9
**UNITED** 1:1
**unlawful** 8:16
**unlock** 46:4,20
**unlocked** 46:20
**unlocking** 47:3
**unnecessary**
67:22
**unresponsive**
65:1
**unsafe** 23:10
68:7
**unusual** 54:11
**upset** 112:4
**use** 80:18 125:10
**usually** 29:22
73:3 126:1

**V**

**vacancy** 30:9,19
31:7 64:6
120:13
**vacation** 30:6,7
30:10 31:7
33:19
**valves** 134:5
**vary** 17:19
**vent** 134:5
**Verizon** 12:17
**vest** 125:9
**vests** 125:8
**vi-** 99:19
**victim** 8:16
**video** 2:13 5:1
66:9 114:24
144:12,14
**videographer**
2:12 5:1,8 66:9
114:24 115:2
142:18 144:12
**Videotaped** 1:11
1:19
**violate** 20:10
**violated** 88:25
**violating** 6:21

21:22 67:14,20
68:1 70:13
**violation** 8:16
**violence** 98:11
99:8,20 100:2
100:8,16 112:6
**violent** 104:4
**virtually** 110:23
**vs** 1:5 5:3

**W**

**Wait** 130:11
**waited** 106:7
**waiter** 87:7
**waiter's** 87:5
**waive** 144:15
**waiver** 35:21,23
36:4 67:3
**Walker** 2:7 5:14
**Walkerstewar...**
2:10
**want** 15:1 22:7
114:21,23
128:13
**wanted** 18:23
30:20 53:2
**Ware** 11:23
**wasn't** 49:19
63:5 64:5,8,10
64:13,17,19
105:10,10
126:21
**watch** 24:13,14
48:13 73:14,15
73:19,19 75:8
76:11,15 77:4
125:15
**watched** 48:18
73:6,9 74:4,10
76:5,14 78:19
86:20
**watching** 48:21
49:14 69:2,7
74:16 126:2
**way** 17:1 53:23
54:3 56:5

98:22 100:15
100:15
**Waycross** 14:24
15:8 16:21
17:8 18:22
21:14 22:25
24:8 25:7
26:25 27:2,10
27:21 29:4,13
44:1 50:18
51:3 52:20
63:20 68:12,18
78:23 80:3
113:16,18
121:4,13
140:20
**we'll** 43:11
115:9 130:21
**we're** 9:6 112:15
115:2 142:4,18
144:12
**we've** 9:23 10:9
39:21 118:3
119:14 139:15
**week** 30:7
110:12 112:10
133:16
**weeks** 84:1
**went** 19:11,13
55:25 56:7,9
75:7 78:19
82:16 86:19,20
93:6 110:17
131:5,7 138:25
**weren't** 58:22
58:23 74:19
79:13
**Whichever** 31:2
**wings** 105:21
**wish** 87:17 91:2
**withdraw** 10:1
**withdrawn**
141:6
**witness** 3:2 5:10
7:20 10:4
36:10 57:7,15

Brian Murray                                                    5/4/2021

58:22 79:12
84:15 86:13
99:22 104:9
107:25 113:8
114:14 117:16
121:17 124:7
127:24 128:8
128:22 130:9
137:4 139:25
140:3,6 143:6
144:6 147:13
148:3
**witnesses** 84:22
**word** 53:22 54:2
54:5 59:18
98:2 109:4
**words** 56:18
**work** 12:6 13:17
13:19 14:14,18
18:23 19:3
29:3,22 30:12
33:2 35:25
36:14 37:24
47:23,23 48:7
48:13,19 52:5
52:15 56:18
57:13 59:20
60:21 79:6,21
83:5,6 93:10
101:4,9 105:19
114:12 118:16
120:7 124:11
126:5 135:22
135:25 136:3
136:25 137:19
137:25 138:10
139:3
**worked** 14:23
15:12,13,22
16:11 17:21
28:10 29:12
31:4 80:13
**working** 14:16
16:8 28:2,8
30:1,3 31:2,10
33:10 52:25

56:7 57:19
68:18 73:7,22
91:23 93:20
120:21 121:4
132:23,24
136:7 138:6
**workplace**
98:10 99:8,19
99:19 100:2,8
100:16 112:6
**works** 87:3
90:16
**worn** 125:15
126:4
**worried** 102:17
**wouldn't** 35:25
41:23 53:20
64:3 76:14
98:14 105:5,6
105:15 122:21
125:21
**write** 52:4 96:15
96:24
**writing** 71:20
72:3,9,18
111:20 112:2
143:22
**written** 56:8
66:15 96:22
101:14
**wrong** 36:8 57:2
57:10
**wrongly** 108:23
109:20 110:24
**wrote** 27:6 40:6

---
**X**
---

---
**Y**
---
**y'all** 10:13 63:25
120:14
**yard** 10:15 11:3
11:5 16:25
22:18 24:18,20
24:20 27:2,12
27:25 29:6,6

37:7 39:8,14
43:25 44:2,4
44:13,15,15,16
44:22,23 45:2
46:19 48:25
49:4,4 51:7
52:18,19,20
53:1 56:23
63:21 66:17,18
71:17 72:13
73:4 78:8 79:3
79:10 80:22
97:18,19 117:4
117:4,4,16,17
118:2 120:1,7
121:4,20 122:1
122:10,14
123:14,23
127:1 128:17
128:18 129:3,4
129:8,13,17,19
130:15 131:15
132:9,17 133:7
133:17,19,23
134:18 135:14
**yardmasters**
122:11
**yards** 16:8 22:24
**yeah** 9:25 10:5
12:11 18:16
31:12 41:13
44:18,20 46:11
46:18 51:10,10
53:1 54:14
59:22 63:18,18
64:8 69:22
74:13,14 75:18
76:10 77:25
78:6,6 80:20
81:6 82:15,15
87:11 88:8
93:4 99:16
102:14 103:24
103:24 106:12
110:13,25,25
113:17 119:16

125:23 126:8
126:22 127:18
127:24 128:8
137:21 140:6
141:23 142:14
145:6
**years** 13:22
15:18 44:5
63:7 70:18
74:1,3 144:24
**YOB** 133:6
**younger** 59:17

---
**Z**
---
**Z09** 23:1
**Zero** 70:8

---
**0**
---
**0700** 98:25
103:25
**08:35** 33:2

---
**1**
---
**1** 6:22 9:8,11,22
19:19,22 20:13
21:8,18 22:3
22:17 31:17,23
32:2,4,7,9
37:11 38:17
39:4,16 45:23
49:15 52:1
53:5 54:16
59:25 62:5
66:16 72:10,12
79:10 81:22,24
86:8 115:6,13
118:4,11,18
124:12 125:5
138:1 139:13
**1.3** 73:1
**1:00** 56:6,9
92:17 136:10
136:11,15
**1:15** 92:17
**1:40** 136:25
**10** 9:24 46:18

74:8 85:13
86:3 89:17
125:3 136:15
**10.B** 146:4
**10:10** 123:9
132:22
**10:57** 1:14
**101** 4:20
**104.1** 6:21 67:15
70:12 87:14
**107** 4:21
**109** 4:22
**11** 9:24 88:13
94:6 126:23
**11:00** 5:5
**11:01** 33:3
**11:30** 37:20
42:11 93:7
**11:35** 123:1
**12** 9:24 89:25
91:15 97:15
127:10
**12:00** 55:11
**12:10** 86:18,19
**12:15** 86:9,11,17
89:20 91:10,18
92:17 93:1,18
136:7
**12:26** 66:10
**12:30** 55:11
**12:35** 34:20,25
93:23
**12:39** 66:12
**13** 9:24 96:22
129:6 130:2,5
**13:00** 92:11
**13:10** 92:14
**13:15** 92:14
**13:56** 40:18 58:9
78:17
**13:57** 40:18 58:9
114:25
**13:58** 40:18,18
58:9
**130** 37:11,11,12
38:12 42:2

47:2 64:20
72:22 139:6
**132** 32:4,4,6,7
32:25 33:7
**1350** 2:4
**14** 9:24 71:23
76:16 78:20
101:12 132:17
**14:00** 48:23
77:24
**14:07** 40:18 58:9
77:25
**14:10** 73:10,12
73:20,23 74:11
75:4
**14:30** 37:24
42:11,22 43:20
48:23 73:10,13
73:18 131:8
**14th** 147:15
**15** 9:24 10:14
72:17 107:10
122:3 133:3
136:15
**15-14-37** 146:7
**150** 70:3
**1500** 1:16 2:8
**16** 9:24 10:14
72:24 109:15
122:3 133:9
**16:32** 44:7
131:10
**17** 9:24 10:14
73:11 74:13
76:16 97:16,16
122:3
**17072273** 4:20
**18** 9:24 76:16
97:16 135:20
**19** 9:25
**1994** 12:1
**1st** 140:20

───────────
**2**
**2** 9:22 31:13,16
33:4 34:22

44:8 93:3
118:4 124:12
127:25 132:18
132:18
**2:04** 115:3
**2:10** 86:19
**2:19-cv-65** 1:6
**2:23** 85:14
**2:30** 37:25 42:11
45:2
**2:52** 1:14 144:14
145:8
**20** 9:25,25 10:6
10:11 74:8
97:16 140:9
**200** 6:9
**2001** 2:4
**2010** 13:9
**2012** 14:8,21
**2013** 14:25 15:8
68:13
**2014** 15:2
**2015** 15:1,2
18:12 128:1
140:20
**2017** 6:18,23 7:5
7:9,22 8:1,8
12:14 17:5
20:9 24:3,12
26:16 28:7,22
29:16,25 30:3
30:20,22 31:8
31:20 33:1,13
36:16,19,23
42:12 45:21
47:18 48:2
51:24 53:9
63:2 66:14,24
81:4,11 82:4
85:15 95:22
101:19 105:3
106:21 108:9
109:4 120:2,6
121:5 122:15
124:2 125:6
140:21 143:17

**2019** 15:3,8
18:12
**2021** 1:13 5:5
147:15 148:23
**2023** 128:1
**205.251.9000**
2:5
**21** 10:1 140:16
**215** 72:1 127:25
**22** 10:1,6,11
91:15 141:2,6
**22nd** 121:24
**23** 32:3 141:3,8
**232** 32:18
**24** 10:2 87:12,14
91:1 141:12
**25** 10:4 123:2
**251** 37:19 45:10
48:17 50:15
58:18 65:4
73:10 128:17
129:9,9 139:5
**26** 7:9 10:5 33:4
33:6 82:17
87:12,14 105:3
143:14
**26th** 82:4 83:25
85:15 86:22
95:22 97:2
107:1 109:4
112:23
**27** 7:5 8:8 63:2
92:13 106:21
144:3
**27th** 8:1 36:16
63:2 66:24
69:23 101:19
110:3 111:8
137:12 143:16
**28** 144:3
**28th** 107:18
108:2
**2nd** 7:22 108:9
108:15 110:18

───────────
**3**

**3** 9:22 23:12,14
23:16 35:13,15
67:15 118:10
**30** 6:23 24:3,12
29:16 30:3,20
31:8 35:1
36:23 38:6
72:17 116:11
117:10 122:14
124:2 126:9,12
126:17
**30-plus-year**
59:16
**30(b)(6)** 116:15
**30th** 28:7,21
30:13 31:20
33:1,13 36:19
42:12 45:20
47:18 48:1
51:24 53:9
81:4,11 84:1
86:20 121:18
**31** 4:4
**31005** 6:9
**31208-5088** 1:17
2:9
**31st** 140:21
**32** 87:15
**33** 71:23
**35** 4:5
**35203** 2:4
**36** 4:6 87:12
**38** 144:24

───────────
**4**
**4** 1:13 9:22
36:19,22 39:22
87:3 119:25
127:14
**4:10** 73:9
**4:32** 45:2
**45** 92:13 94:3
139:4
**455** 93:15 124:6
124:7,9,19
**478-365-5112**

12:13
**478.745.1625**
2:10
**4th** 5:5

───────────
**5**
**5** 9:24 67:7
72:24 120:10
121:2
**5/4/2021** 148:2
**5088** 2:9
**577** 1:16 2:8 5:6

───────────
**6**
**6** 3:4 9:24 10:14
82:2
**6/30/17** 4:11
**67** 4:7

───────────
**7**
**7** 9:24 10:14
83:20 122:3
**7,082** 72:25
**7.C** 146:8
**7/10/17** 4:5
**7/26/17** 4:4,8,9
4:12,14,17,18
**7/27/17** 4:20,22
**7/28/17** 4:21
**7/9/17** 4:6,15

───────────
**8**
**8** 9:24 84:7
124:1
**8:55** 101:19
103:24
**82** 4:8
**83** 4:9
**84** 4:11,12
**85** 4:14
**88** 4:15
**89** 4:17

───────────
**9**
**9** 4:3 9:24 84:10
124:21

Brian Murray

5/4/2021

Page 172

**1975** 11:16
**9:20** 82:8
**96** 4:18
**987** 137:10
**988** 137:10