IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| **JEFFERY DALE GRANTHAM,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | NO. 2:19-CV-00065-LGW-BWC |
| **CSX TRANSPORTATION, INC.,** ) | |
| a corporation, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jeffery Dale Grantham and Defendant CSX Transportation, Inc. hereby file this Joint Stipulation of Dismissal of Plaintiff's Complaint with Prejudice. The parties shall bear their own attorney's fees and costs.

This 24th day of October, 2022.

|  |  |
|---|---|
|  | /s/ F. Tucker Burge, Sr. |
|  | F. TUCKER BURGE, SR. |
| Burge & Burge, P.C. | Georgia Bar No. 095140 |
| 2001 Park Place, Ste. 1350 | Attorney for Plaintiff Jeffery Dale Grantham |
| Birmingham, AL 35203 |  |
| Phone: (205) 251-9000 |  |
| tucker@burge-law.com |  |
| ftb@burge-law.com |  |
|  | /s/ Walker S. Stewart |
|  | WALKER S. STEWART |
| Hall, Bloch, Garland & Meyer, LLP | Georgia Bar No. 221715 |
| P. O. Box 5088 | JOHN A. WILKERSON |
| Macon, GA 31208-5088 | Georgia Bar No. 639382 |
| Telephone: (478) 745-1625 | Attorneys for Defendant CSX Transportation, Inc. |
| walkerstewart@hbgm.com |  |
| johnwilkerson@hbgm.com |  |